Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. from 7/22/2013 through 04/07/2017

| Date | Amount | Transaction I | Description | Bank Name | Account Nur | Account Entity |
|---|---|---|---|---|---|---|
| 07/22/13 | -$25,500.00 | Check | CHECK 1003 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/06/13 | -$20,068.08 | Check | CHECK 1027 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/08/13 | -$15,712.23 | Check | CHECK 1031 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/14/13 | -$36,000.00 | Check | CHECK 1030 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/05/13 | -$37,908.65 | Check | CHECK 1053 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/11/13 | -$39,819.24 | Check | CHECK 1061 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/11/13 | -$50,975.63 | Check | 1098 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/16/13 | -$5,000.00 | Check | 1095 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/08/13 | -$41,000.00 | Check | CHECK 1121 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/20/13 | -$55,366.48 | Check | 1135 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/18/13 | -$58,391.55 | Check | 1158 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/27/13 | -$48,087.48 | Check | 1159 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/17/14 | -$45,644.05 | Check | 1193 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/24/14 | -$43,300.67 | Check | 1199 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/05/14 | -$44,917.72 | Check | 1216 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/14/14 | -$57,288.00 | Check | 1228 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/14/14 | -$68,644.75 | Check | 1258 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/18/14 | -$110,731.09 | Check | 1264 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/08/14 | -$73,813.21 | Check | 1292 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/22/14 | -$83,936.52 | Check | 1312 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/08/14 | -$47,000.00 | Check | 1321 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/21/14 | -$19,000.00 | Check | 1330 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/22/14 | -$56,597.72 | Check | 1333 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/13/14 | -$35,000.00 | Check | 1353 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/19/14 | -$45,000.00 | Check | 1355 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/01/14 | -$97,454.00 | Check | 1367 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/11/14 | -$109,117.51 | Check | 1385 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/14 | -$57,883.69 | Check | 1427 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/10/14 | -$61,717.13 | Check | 1460 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/16/14 | -$65,772.62 | Check | 1470 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/21/14 | -$42,105.13 | Check | 1487 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/05/14 | -$65,000.00 | Check | 1509 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/18/14 | -$65,000.00 | Check | 1515 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/03/14 | -$60,220.27 | Check | 1530 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/14 | -$65,000.00 | Check | 1542 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/14 | -$65,000.00 | Check | 1546 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/13/15 | -$55,000.00 | Check | 1558 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/28/15 | -$45,000.00 | Check | 1564 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/15 | -$39,892.47 | Check | 1575 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/15 | -$47,953.14 | Check | 1574 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/25/15 | -$58,068.21 | Check | 1584 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/10/15 | -$65,000.00 | Check | 1596 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/24/15 | -$65,000.00 | Check | 1607 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/21/15 | -$65,000.00 | Check | 1623 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/01/15 | -$57,482.97 | Check | 1634 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/06/15 | -$65,000.00 | Check | 1637 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |

EXHIBIT
A



Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. from 7/22/2013 through 04/07/2017

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 05/21/15 | -$45,481.03 | Check | 1646 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/08/15 | -$7,358.06 | Check | 1661 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/12/15 | -$6,627.18 | Check | 1670 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/17/15 | -$17,766.16 | Check | 1676 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/18/15 | -$65,000.00 | Check | 1672 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/19/15 | -$5,942.93 | Check | 1680 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/23/15 | -$55,879.51 | Check | 1690 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/13/15 | -$65,000.00 | Check | 1709 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/15/15 | -$14,296.14 | Check | 1711 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/24/15 | -$10,489.27 | Check | 1721 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/30/15 | -$10,000.00 | Check | 1729 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/06/15 | -$12,204.10 | Check | 1734 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/15 | -$30,000.00 | Check | 1736 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/14/15 | -$60,500.00 | Check | 1739 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/19/15 | -$5,079.09 | Check | 1743 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/19/15 | -$15,389.06 | Check | 1748 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/26/15 | -$65,000.00 | Check | 1756 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/28/15 | -$12,204.10 | Check | 1760 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/28/15 | -$25,000.00 | Check | 1758 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/04/15 | -$13,606.80 | Check | 1770 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/09/15 | -$80,938.23 | Check | 1772 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/11/15 | -$15,422.40 | Check | 1773 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/18/15 | -$30,000.00 | Check | 1776 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/18/15 | -$37,385.80 | Check | 1777 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/23/15 | -$27,938.96 | Check | 1781 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/25/15 | -$60,000.00 | Check | 1782 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/07/15 | -$35,000.00 | Check | 1801 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/08/15 | -$63,000.00 | Check | 1803 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/16/15 | -$14,443.20 | Check | 1810 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/19/15 | -$85,000.00 | Check | 1812 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/21/15 | -$10,221.87 | Check | 1815 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/26/15 | -$39,737.50 | Check | 1825 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/30/15 | -$25,000.00 | Check | 1831 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/04/15 | -$36,500.00 | Check | 1833 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/06/15 | -$25,000.00 | Check | 1838 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/17/15 | -$90,000.00 | Check | 1844 check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/18/15 | -$35,000.00 | Check | 1847 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/02/15 | -$44,406.59 | Check | 1869 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/03/15 | -$36,500.00 | Check | 1870 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/04/15 | -$12,802.48 | Check | 1874 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/15 | -$7,140.45 | Check | 1891 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/15 | -$86,817.24 | Check | 1894 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/15 | -$67,970.00 | Check | 1901 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/30/15 | -$40,078.13 | Check | 1902 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/13/16 | -$30,700.00 | Check | 1917 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/14/16 | -$41,332.10 | Check | 1919 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |



Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. from 7/22/2013 through 04/07/2017

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 01/21/16 | -$9,178.93 | Check | 1930 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/26/16 | -$90,209.05 | Check | 1941 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/02/16 | -$30,063.00 | Check | 1956 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/09/16 | -$6,174.00 | Check | 1962 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/16 | -$90,309.91 | Check | 1963 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/23/16 | -$70,000.00 | Check | Check 1972 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/02/16 | -$15,000.00 | Check | 1980 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/03/16 | -$5,985.00 | Check | 1982 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/09/16 | -$55,157.88 | Check | 2001 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/26/16 | -$11,385.49 | Check | 2060 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/05/16 | -$45,000.00 | Check | 2077 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/25/16 | -$7,469.16 | Check | 2092 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/07/16 | -$9,143.26 | Check | 2110 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/29/16 | -$28,000.00 | Check | 2156 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/01/16 | -$45,000.00 | Check | 2153 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/07/16 | -$154,257.85 | Other Debit | WT Fed#03212 Prosperity Bank /Ftr/an=Tdr Services Inc Srf#0006969189864764 Trn#160707122735 be# | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/13/16 | -$50,000.00 | Check | 2175 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/22/16 | -$10,000.00 | Check | 2182 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/27/16 | -$58,000.00 | Check | 2184 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/29/16 | -$38,000.00 | Check | 2190 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/04/16 | -$11,796.30 | Check | 2204 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/05/16 | -$41,140.53 | Check | 2205 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/09/16 | -$80,000.00 | Check | 2207 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/16 | -$27,106.57 | Check | 2214 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/12/16 | -$50,000.00 | Check | 2217 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/25/16 | -$45,256.40 | Check | 2229 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/25/16 | -$70,111.00 | Check | 2228 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/29/16 | -$16,715.46 | Check | 2233 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/08/16 | -$15,000.00 | Check | 2243 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/15/16 | -$46,645.78 | Check | 2265 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/16/16 | -$12,192.86 | Check | 2266 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/21/16 | -$70,000.00 | Check | 2271 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/23/16 | -$30,000.00 | Check | 2276 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/27/16 | -$163,213.60 | Check | 2278 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/06/16 | -$74,000.00 | Check | 2298 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/07/16 | -$54,573.98 | Check | 2299 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/17/16 | -$66,338.60 | Check | 2309 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/19/16 | -$80,000.00 | Check | 2312 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/20/16 | -$55,000.00 | Check | 2317 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/26/16 | -$40,545.88 | Check | 2327 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/04/16 | -$70,000.00 | Check | 2342 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/14/16 | -$24,000.00 | Check | 2348 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/16/16 | -$115,000.00 | Check | 2353 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |


Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. from 7/22/2013 through 04/07/2017

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 11/22/16 | -$65,575.00 | Check | 2365 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/30/16 | -$51,490.50 | Check | 2370 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/01/16 | -$98,348.03 | Check | 2371 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/05/16 | -$11,737.91 | Check | 2382 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/09/16 | -$29,993.00 | Check | 2400 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/12/16 | -$55,241.24 | Check | 2404 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/15/16 | -$139,169.88 | Check | 2408 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/20/16 | -$15,837.52 | Check | 2412 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/16 | -$70,000.00 | Check | 2421 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/30/16 | -$42,169.90 | Check | 2425 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/09/17 | -$40,000.00 | Check | 2438 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/17/17 | $0.13 | Other Credit | Expertpay xxxxe164 Tdr Services, Inc. | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/19/17 | -$11,100.00 | Check | 2501 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/23/17 | -$37,939.40 | Check | 2516 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/27/17 | -$47,175.00 | Check | 2538 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/03/17 | -$10,568.92 | Check | 2560 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/15/17 | -$17,568.92 | Check | 2574 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/22/17 | -$5,805.90 | Check | 2633 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/07/17 | -$5,215.08 | Check | 2668 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| **Total** | **-$6,945,435.15** | | | | | |



Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. after Three Global began paying monthly for QuickBook services

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 02/05/14 | -$44,917.72 | Check | 1216 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/14/14 | -$57,288.00 | Check | 1228 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/14/14 | -$68,644.75 | Check | 1258 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/18/14 | -$110,731.09 | Check | 1264 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/08/14 | -$73,813.21 | Check | 1292 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/22/14 | -$83,936.52 | Check | 1312 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/08/14 | -$47,000.00 | Check | 1321 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/21/14 | -$19,000.00 | Check | 1330 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/22/14 | -$56,597.72 | Check | 1333 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/13/14 | -$35,000.00 | Check | 1353 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/19/14 | -$45,000.00 | Check | 1355 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/01/14 | -$97,454.00 | Check | 1367 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/11/14 | -$109,117.51 | Check | 1385 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/14 | -$57,883.69 | Check | 1427 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/10/14 | -$61,717.13 | Check | 1460 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/16/14 | -$65,772.62 | Check | 1470 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/21/14 | -$42,105.13 | Check | 1487 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/05/14 | -$65,000.00 | Check | 1509 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/18/14 | -$65,000.00 | Check | 1515 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/03/14 | -$60,220.27 | Check | 1530 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/14 | -$65,000.00 | Check | 1542 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/14 | -$65,000.00 | Check | 1546 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/13/15 | -$55,000.00 | Check | 1558 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/28/15 | -$45,000.00 | Check | 1564 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/15 | -$39,892.47 | Check | 1575 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/15 | -$47,953.14 | Check | 1574 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/25/15 | -$58,068.21 | Check | 1584 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/10/15 | -$65,000.00 | Check | 1596 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/24/15 | -$65,000.00 | Check | 1607 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/21/15 | -$65,000.00 | Check | 1623 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/01/15 | -$57,482.97 | Check | 1634 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/06/15 | -$65,000.00 | Check | 1637 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/21/15 | -$45,481.03 | Check | 1646 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/08/15 | -$7,358.06 | Check | 1661 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/12/15 | -$6,627.18 | Check | 1670 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/17/15 | -$17,766.16 | Check | 1676 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/18/15 | -$65,000.00 | Check | 1672 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/19/15 | -$5,942.93 | Check | 1680 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/23/15 | -$55,879.51 | Check | 1690 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/13/15 | -$65,000.00 | Check | 1709 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/15/15 | -$14,296.14 | Check | 1711 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/24/15 | -$10,489.27 | Check | 1721 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/30/15 | -$10,000.00 | Check | 1729 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/06/15 | -$12,204.10 | Check | 1734 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/15 | -$30,000.00 | Check | 1736 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/14/15 | -$60,500.00 | Check | 1739 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/19/15 | -$5,079.09 | Check | 1743 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/19/15 | -$15,389.06 | Check | 1748 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/26/15 | -$65,000.00 | Check | 1756 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |

Sorted by Date of Transaction



Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. after Three Global began paying monthly for QuickBook services

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 08/28/15 | -$12,204.10 | Check | 1760 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/28/15 | -$25,000.00 | Check | 1758 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/04/15 | -$13,606.80 | Check | 1770 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/09/15 | -$80,938.23 | Check | 1772 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/11/15 | -$15,422.40 | Check | 1773 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/18/15 | -$30,000.00 | Check | 1776 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/18/15 | -$37,385.80 | Check | 1777 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/23/15 | -$27,938.96 | Check | 1781 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/25/15 | -$60,000.00 | Check | 1782 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/07/15 | -$35,000.00 | Check | 1801 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/08/15 | -$63,000.00 | Check | 1803 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/16/15 | -$14,443.20 | Check | 1810 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/19/15 | -$85,000.00 | Check | 1812 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/21/15 | -$10,221.87 | Check | 1815 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/26/15 | -$39,737.50 | Check | 1825 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/30/15 | -$25,000.00 | Check | 1831 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/04/15 | -$36,500.00 | Check | 1833 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/06/15 | -$25,000.00 | Check | 1838 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/17/15 | -$90,000.00 | Check | 1844 check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/18/15 | -$35,000.00 | Check | 1847 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/02/15 | -$44,406.59 | Check | 1869 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/03/15 | -$36,500.00 | Check | 1870 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/04/15 | -$12,802.48 | Check | 1874 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/15 | -$7,140.45 | Check | 1891 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/16/15 | -$86,817.24 | Check | 1894 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/15 | -$67,970.00 | Check | 1901 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/30/15 | -$40,078.13 | Check | 1902 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/13/16 | -$30,700.00 | Check | 1917 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/14/16 | -$41,332.10 | Check | 1919 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/21/16 | -$9,178.93 | Check | 1930 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/26/16 | -$90,209.05 | Check | 1941 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/02/16 | -$30,063.00 | Check | 1956 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/09/16 | -$6,174.00 | Check | 1962 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/10/16 | -$90,309.91 | Check | 1963 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/23/16 | -$70,000.00 | Check | Check 1972 TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/02/16 | -$15,000.00 | Check | 1980 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/03/16 | -$5,985.00 | Check | 1982 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/09/16 | -$55,157.88 | Check | 2001 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/26/16 | -$11,385.49 | Check | 2060 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/05/16 | -$45,000.00 | Check | 2077 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 05/25/16 | -$7,469.16 | Check | 2092 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/07/16 | -$9,143.26 | Check | 2110 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 06/29/16 | -$28,000.00 | Check | 2156 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/01/16 | -$45,000.00 | Check | 2153 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/07/16 | -$154,257.85 | Other Debit | WT Fed#03212 Prosperity Bank /Ftr/an=Tdr Services Inc Srf#0006969189864764 Trn#160707122735 be# | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/13/16 | -$50,000.00 | Check | 2175 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |

Sorted by Date of Transaction

EXHIBIT 12 PAGE 2 OF 3

Copy from re:SearchTX

Checks and Debits from Three Globals Wells Fargo Account #5789300505 to TDR Services, Inc. after Three Global began paying monthly for QuickBook services

| Date | Amount | Transaction I | Description | Bank Name | Account Nun | Account Entity |
|---|---|---|---|---|---|---|
| 07/22/16 | -$10,000.00 | Check | 2182 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/27/16 | -$58,000.00 | Check | 2184 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 07/29/16 | -$38,000.00 | Check | 2190 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/04/16 | -$11,796.30 | Check | 2204 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/05/16 | -$41,140.53 | Check | 2205 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/09/16 | -$80,000.00 | Check | 2207 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/11/16 | -$27,106.57 | Check | 2214 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/12/16 | -$50,000.00 | Check | 2217 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/25/16 | -$45,256.40 | Check | 2229 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/25/16 | -$70,111.00 | Check | 2228 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 08/29/16 | -$16,715.46 | Check | 2233 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/08/16 | -$15,000.00 | Check | 2243 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/15/16 | -$46,645.78 | Check | 2265 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/16/16 | -$12,192.86 | Check | 2266 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/21/16 | -$70,000.00 | Check | 2271 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/23/16 | -$30,000.00 | Check | 2276 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 09/27/16 | -$163,213.60 | Check | 2278 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/06/16 | -$74,000.00 | Check | 2298 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/07/16 | -$54,573.98 | Check | 2299 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/17/16 | -$66,338.60 | Check | 2309 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/19/16 | -$80,000.00 | Check | 2312 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/20/16 | -$55,000.00 | Check | 2317 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 10/26/16 | -$40,545.88 | Check | 2327 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/04/16 | -$70,000.00 | Check | 2342 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/14/16 | -$24,000.00 | Check | 2348 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/16/16 | -$115,000.00 | Check | 2353 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/22/16 | -$65,575.00 | Check | 2365 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 11/30/16 | -$51,490.50 | Check | 2370 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/01/16 | -$98,348.03 | Check | 2371 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/05/16 | -$11,737.91 | Check | 2382 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/09/16 | -$29,993.00 | Check | 2400 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/12/16 | -$55,241.24 | Check | 2404 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/15/16 | -$139,169.88 | Check | 2408 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/20/16 | -$15,837.52 | Check | 2412 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/29/16 | -$70,000.00 | Check | 2421 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 12/30/16 | -$42,169.90 | Check | 2425 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/09/17 | -$40,000.00 | Check | 2438 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/17/17 | $0.13 | Other Credit | Expertpay xxxxe164 Tdr Services, Inc. | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/19/17 | -$11,100.00 | Check | 2501 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/23/17 | -$37,939.40 | Check | 2516 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 01/27/17 | -$47,175.00 | Check | 2538 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/03/17 | -$10,568.92 | Check | 2560 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 02/15/17 | -$17,568.92 | Check | 2574 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 03/22/17 | -$5,805.90 | Check | 2633 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| 04/07/17 | -$5,215.08 | Check | 2668 Check TDR SERVICES INC | WELLS FARGO | 5789300505 | THREE GLOBAL LLC |
| **Total** | **-$6,422,661.09** | | | | | |

Sorted by Date of Transaction

**EXHIBIT 12 PAGE 3 OF 3**

Copy from re:SearchTX