EXHIBIT B
tabbies

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130722 | 1003 | 11190065 | 5789300505 | 000060 | 25,500.00 | 8180000964 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1003
37-65/1119 2731
5789300505

DATE 7-22-13

PAY TO THE ORDER OF TDR Services Inc $ 25,500/00/xx

Twenty five thousand five hundred and 00/xx DOLLARS

WELLS FARGO Wells Fargo Bank, N.A. Texas wellsfargo.com

FOR Labor

⑈0000001003⑈ ⑆111900659⑆ 5789300505⑈

>111322655<
Prosperity Bank
72237001092120 07/22/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130806 | 1027 | 11190065 | 5789300505 | 000060 | 20,068.08 | 8588842052 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1027
37-65/1119 2731
5789300505

DATE 5-8-13

PAY TO THE ORDER OF TDR Services Inc $ 20,068.08

twenty thousand, sixty eight 08/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 7-22-13 7-28-13 hours

⑈0000001027⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
72237001181980 08/06/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130814 | 1030 | 11190065 | 5789300505 | 000060 | 36,000.00 | 8389660127 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1030
37-65/1119 2731
5789300505

DATE 8/14/13

PAY TO THE ORDER OF TDR Services, Inc. $ 36,000.00

thirty six thousand 00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR payroll 8/16/13

⑈000000 1030⑈ ⑆111900659⑆ 5789300505⑈

:31113122655:<
Prosperity Bank
72237001230930 08/14/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000035



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130808 | 1031 | 11190065 | 5789300505 | 000060 | 15,712.23 | 8288923052 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1031
37-65/1119 2731
5789300505

DATE 8/8/13

PAY TO THE ORDER OF TDR Services, Inc. $ 15,712.23

fifteen thousand seven hundred twelve 23/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice # 080313-TRI (hours)

⑈0000001031⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237001192930 08/08/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130905 | 1053 | 11190065 | 5789300505 | 000060 | 37,908.65 | 8689429876 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1053
37-65/1119 2731
5789300505

DATE 9-5-13

PAY TO THE ORDER OF TDR Services Inc. $ 37,908.65

Thirty seven thousand nine hundred eight and 65/xx DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice 090413-TR3

⑈0000001053⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230001671650 09/05/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20130911 | 1061 | 11190065 | 5789300505 | 000060 | 39,819.24 | 8187704695 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1061
37-66/1119 273
5789300505

DATE 9/11/13

PAY TO THE ORDER OF TDR Services Inc. $ 39,819.24

thirty nine thousand eight hundred ninteen 24/100 DOLLARS

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR labor 8/26-8/31 : 9/2-9/8

⑈000000 1061⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237000033010 09/11/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131016 | 1095 | 11190065 | 5789300505 | 000060 | 5,000.00 | 8685830546 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1095
37-65/1119 2731
5789300505

DATE 10-16-13

PAY TO THE ORDER OF T. D. R. $ 5000 00/100

Five Thousand & 00/100 DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR C&H

⑈0000001095⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230001990700 10/16/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131011 | 1098 | 11190065 | 5789300505 | 000060 | 50,975.63 | 8388302203 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1098
37-65/1119 2731
5789300505

DATE 10/10/13

PAY TO THE ORDER OF TDR Services Inc $ 50,975/63/xx

Fifty thousand ninehundred seventy-five and 63/xx DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR

⑈0000001098⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230001959150 10/11/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131108 | 1121 | 11190065 | 5789300505 | 000060 | 41,000.00 | 8186480005 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1121

DATE 11/8/13

PAY TO THE ORDER OF TDR Services, Inc $ 41,000.00

fourty one thousand 00/100 DOLLARS

WELLS FARGO

FOR labor 9/23/13-10/6/13, partial 10/7-10/20/13

⑈0000001121⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 072237000247040 11/08/13

>1113122655 <
Prosperity Bank
72237000247040 11/08/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

Page 14 of 39

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131120 | 1135 | 11190065 | 5789300505 | 000060 | 55,366.48 | 8383875168 | |

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1135

DATE 11/18/13

PAY TO THE ORDER OF TDR Services, Inc $ 55,366.48

fifty-five three hundred sixty six 48/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
wellsfargo.com

FOR Labor partial 10/7/13 - 10/20/13 - full 10/21/13 - 11/3/13

⑈0000001135⑈ ⑆111900659⑆ 5789300505⑈

>111312265< 072237000306540 11/20/13

>113122655 <
Prosperity Bank
72237000306540 11/20/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000042


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131218 | 1158 | 11190065 | 5789300505 | 000060 | 58,391.55 | 8889052112 | |

CASH ONLY IF ALL SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1158

12/17/13

PAY TO THE ORDER OF TDR Services, Inc. $ 58,391.55

fifty eight thousand three hundred ninty one 55/100 DOLLARS

MEMO week of 11/4/13 - 11/17/13

⑈001158⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 072237000461730 12/18/13

>1113122655 <
Prosperity Bank
72237000461730 12/18/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20131227 | 1159 | 11190065 | 5789300505 | 000060 | 48,087.48 | 8880394483 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1159

WELLS FARGO BANK TEXAS, NA
37-65/1119

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

12/17/13

PAY TO THE ORDER OF TDR Services, Inc. $ 48,087.48

fortyeight thousand eighty seven 48/100 DOLLARS

MEMO Week of 11/18/13 - 12/1/13

⑈001159⑈ ⑆111900659⑆ 5789300505⑈

>1131226555< 072237000509180 12/27/13

>1113122655<
Prosperity Bank
72237000509180 12/27/2013

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140117 | 1193 | 11190065 | 5789300505 | 000060 | 45,644.05 | 8788654630 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1193

1/16/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **45,644.05

Forty-Five Thousand Six Hundred Forty-Four and 05/100*********************************************************************** DOLLARS

TDR Services, Inc.

MEMO 12-2-13 to 12-15-13

⑈001193⑈ ⑆111900659⑆ 5789300505⑈

©2011 INTUIT INC #785 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

Proceeds D[redacted]posited to the
Account [redacted] the Payee
Prosp[redacted]ty Bank

>1113122655 <
Prosperity Bank
71230002779150 01/17/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140124 | 1199 | 11190065 | 5789300505 | 000060 | 43,300.67 | 8284025980 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1199

1/24/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **43,300.67

Forty-Three Thousand Three Hundred and 67/100*************************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll for 12/16/14 - 12/29/13

⑈001199⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. # 765 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

Proceeds Deposited to the Account of the Payee Prosperity Bank

>1113122655 <
.Prosperity Bank
71230002828070 01/24/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140205 | 1216 | 11190065 | 5789300505 | 000060 | 44,917.72 | 8886033175 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING.

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1216

2/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **44,917.72

Forty-Four Thousand Nine Hundred Seventeen and 72/100************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll

⑈001216⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
71230002927460 02/05/2014

Proceeds D[redacted]osited to the
Account o[redacted]the Payee
Prospe[redacted]ty Bank

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140214 | 1228 | 11190065 | 5789300505 | 000060 | 57,288.00 | 8484739829 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1228

2/14/2014

PAY TO THE ORDER OF TDR Services, Inc. $**57,288.00

Fifty-Seven Thousand Two Hundred Eighty-Eight and 00/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO acct 10188778

⑈001228⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

Proceeds [redacted]eposited to the
Accoun[redacted]of the Pay
Pros[redacted]erity Bank

>1113122655 <
Prosperity Bank
71230003010420 02/14/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140314 | 1258 | 11190065 | 5789300505 | 000060 | 68,644.75 | 8688683564 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1258

3/14/2014

PAY TO THE ORDER OF TDR Services, Inc. $*68,644.75

Sixty-Eight Thousand Six Hundred Forty-Four and 75/100****************************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll 2/10-2/23 payday 2/28/14 10188778

⑈001258⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

>1113122655 <
Prosperity Bank
71230003237070 03/14/2014

Proceeds De [redacted] osited to the
Account o [redacted] ne Payee
.. Prospe [redacted] y Bank

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140318 | 1264 | 11190065 | 5789300505 | 000060 | 110,731.09 | 8787890530 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1264

3/17/2014

PAY TO THE ORDER OF TDR Services, Inc. $**110,731.09

One Hundred Ten Thousand Seven Hundred Thirty-One and 09/100************************************************** DOLLARS

TDR Services, Inc.

MEMO Hamilton SWD

⑈001264⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237000922890 03/18/14

>1113122655 <
Prosperity Bank
72237000922890 03/18/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140408 | 1292 | 11190065 | 5789300505 | 000060 | 73,813.21 | 8682464191 | |

ORIGINAL Check Lock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1292

4/2/2014

PAY TO THE ORDER OF TDR Services, Inc. $**73,813.21

Seventy-Three Thousand Eight Hundred Thirteen and 21/100****************************** DOLLARS

TDR Services, Inc.

MEMO payroll 2/24/14 - 3/09/14

⑈001292⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

>113122655< 071230000070480 04/08/14

>1113122655 <
Prosperity Bank
71230000070480 04/08/2014

Proceeds Deposited to the Account of the Payee
Prosperity Bank

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140422 | 1312 | 11190065 | 5789300505 | 000060 | 83,936.52 | 8586969811 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING.

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1312

4/22/2014

PAY TO THE ORDER OF TDR Services, Inc. $**83,936.52

Eighty-Three Thousand Nine Hundred Thirty-Six and 52/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll

⑈001312⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000178510 04/22/14

>1113122655 <
Prosperity Bank
71230000178510 04/22/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140508 | 1321 | 11190065 | 5789300505 | 000060 | 47,000.00 | 8785497097 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1321

5/8/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **47,000.00

Forty-Seven Thousand and 00/100********************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Partial payment payroll

⑈001321⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000307990 05/08/14

>1113122655 <
Prosperity Bank
71230000308170 05/08/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140521 | 1330 | 11190065 | 5789300505 | 000060 | 19,000.00 | 8489863282 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1330

5/20/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **19,000.00

Nineteen Thousand and 00/100****************************************** DOLLARS

TDR Services, Inc.

MEMO partial payroll payment for 4-11-14 Payroll date

⑈001330⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237001274950 05/21/14

>1113122655 <
Prosperity Bank
72237001275080 05/21/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140522 | 1333 | 11190065 | 5789300505 | 000060 | 56,597.72 | 8480012696 | |

CASH ONLY IF ALL CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1333

5/22/2014

PAY TO THE ORDER OF TDR Services, Inc. $**56,597.72

Fifty-Six Thousand Five Hundred Ninety-Seven and 72/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO Payroll 4/7/14 - 4/14/14 payday 4/25/14

⑈001333⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000423570 05/22/14

>1113122655 <
Prosperity Bank
71230000423770. 05/22/2014

Proceeds Deposited to the Account of the Payee Prosperity Bank

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140613 | 1353 | 11190065 | 5789300505 | 000060 | 35,000.00 | 8780970031 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1353

6/12/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100****************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO PARTIAL PAYROLL(APRIL)

⑈001353⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

acct# 10188778

>1113122655< 071230000617410 06/13/14

>1113122655<
Prosperity Bank
71230000617520 06/13/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140619 | 1355 | 11190065 | 5789300505 | 000060 | 45,000.00 | 8886642801 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1355

6/19/2014

PAY TO THE ORDER OF TDR Services, Inc. $**45,000.00

Forty-Five Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Remainder May and Partial June Payroll

⑈001355⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655< 071230000660330 06/19/14

>1113122655<
Prosperity Bank
71230000660330 06/19/2014

OCC# 101 88778

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140701 | 1367 | 11190065 | 5789300505 | 000060 | 97,454.00 | 8388739777 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1367

6/30/2014

PAY TO THE ORDER OF TDR Services, Inc. $**97,454.00

Ninety-Seven Thousand Four Hundred Fifty-Four and 00/100****************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Trinity

⑈001367⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237001367810 07/01/14

>1113122655<
Prosperity Bank
72237001368110 07/01/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140711 | 1385 | 11190065 | 5789300505 | 000060 | 109,117.51 | 8785122892 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

WELLS FARGO BANK TEXAS, NA
37-65/1119

1385

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

7/8/2014

PAY TO THE ORDER OF TDR Services, Inc. $**109,117.51

One Hundred Nine Thousand One Hundred Seventeen and 51/100************************************************ DOLLARS

TDR Services, Inc.

MEMO Labor 10188778

⑈001385⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000031030 07/11/14

>1113122655<
Prosperity Bank
71230000031030 07/11/2014

Proceeds Deposited to the Account of the Payee Prosperity Bank

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

PLS000059



Copy from re:SearchTX

Page 10 of 30

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140811 | 1427 | 11190065 | 5789300505 | 000060 | 57,883.69 | 8884643307 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1427

7/2/2014

PAY TO THE ORDER OF TDR Services, Inc. $**57,883.69

Fifty-Seven Thousand Eight Hundred Eighty-Three and 69/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR 06.20.14

⑈001427⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 871237882762888 08/11/2814

>1113122655<
Prosperity Bank
71237002762080 08/11/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140910 | 1460 | 11190065 | 5789300505 | 000060 | 61,717.13 | 8588070004 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1460

9/9/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **61,717.13

Sixty-One Thousand Seven Hundred Seventeen and 13/100****************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

⑈001460⑈ ⑆111900659⑆ 5789300505⑈

©2011 INTUIT INC. # 765 1-800-433-0310

Details on Back

Intuit® CheckLock™ Secure Check

>113122655< 072237000174230 09/10/14

>113122655<
Prosperity Bank
72237000174230 09/10/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20140916 | 1470 | 11190065 | 5789300505 | 000060 | 65,772.62 | 8380370070 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1470

8/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,772.62

Sixty-Five Thousand Seven Hundred Seventy-Two and 62/100****************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

⑈001470⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237000205580 09/16/14

>113122655<
Prosperity Bank
72237000205580 09/16/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141021 | 1487 | 11190065 | 5789300505 | 000060 | 42,105.13 | 8885122822 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1487

10/21/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **42,105.13

Forty-Two Thousand One Hundred Five and 13/100****************************************** DOLLARS

TDR Services, Inc.

MEMO PAYROLL

⑈001487⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
1018778

>113122655<
Prosperity
Bank
712300000856250 10/21/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141105 | 1509 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8387621491 | |

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1509

11/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO G16 and partial G17

⑈001509⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
10188778

>113122655<
Prosperity
Bank
7123000990680 11/05/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141118 | 1515 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8280152740 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1515

11/18/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001515⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07223700053627O 11/18/14

>113122655<
Prosperity Bank
72237000536270 11/18/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141203 | 1530 | 11190065 | 5789300505 | 000060 | 60,220.27 | 8282609712 | |

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

12/3/2014

1530

**60,220.27

PAY TO THE ORDER OF TDR Services, Inc. $

Sixty Thousand Two Hundred Twenty and 27/100 DOLLARS

TDR Services, Inc.

MEMO REMAINDER G18;PARTIAL G19

⑈001530⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230001246010 12/03/14

>113122655<
Prosperity Bank
71230001246010 12/03/2014

FOR DEPOSIT ONLY
Acct# 10188778

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141216 | 1542 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8780256490 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1542

12/16/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈001542⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237000683100 12/16/14

>113122655<
Prosperity Bank
72237000683170 12/16/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20141229 | 1546 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8781990497 | |

CASHING OF ALL CHECKS SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1546

12/29/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001546⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
ACT 10188778

>113122655< 071230001456590 12/29/14

>113122655<
Prosperity Bank
71230001456590 12/29/2014

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150113 | 1558 | 11190065 | 5789300505 | 000060 | 55,000.00 | 8388496426 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1558

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **55,000.00

Fifty-Five Thousand and 00/100************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001558⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

>113122655< 072237000802980 01/13/15

>113122655<
Prosperity Bank
72237000802980 01/13/2015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150128 | 1564 | 11190065 | 5789300505 | 000060 | 45,000.00 | 8786529801 | |

CAUTION: CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1564

1/28/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **45,000.00

Forty-Five Thousand and 00/100****************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001564⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-8310

Intuit® CheckLock™ Secure Check Details on Back

>113122655< 074237000040990 01282015

>113122655<
Prosperity Bank
74237000040990 01282015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150210 | 1574 | 11190065 | 5789300505 | 000060 | 47,953.14 | 8480163365 | |

CASH-ONLY ... CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1574

WELLS FARGO BANK TEXAS, NA
37-65/1119

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

2/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **47,953.14

Forty-Seven Thousand Nine Hundred Fifty-Three and 14/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO plastic

⑈001574⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 074237000107530 02102015

>113122655<
Prosperity Bank
74237000107530 02102015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150210 | 1575 | 11190065 | 5789300505 | 000060 | 39,892.47 | 8480163366 | |

CASH ONLY IF ... CHECKLOCK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1575

2/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **39,892.47

Thirty-Nine Thousand Eight Hundred Ninety-Two and 47/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO PAYROLL

⑈001575⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

2011 AT JIT INC # 785 1-800-433-8810

>113122655< 074237000107550 02102015

>113122655<
Prosperity Bank
74237000107550 02102015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150225 | 1584 | 11190065 | 5789300505 | 000060 | 58,068.21 | 8884465705 | |

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1584

2/25/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **58,068.21

Fifty-Eight Thousand Sixty-Eight and 21/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO payroll expense

⑈001584⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
TDR SERVICES
10188778

>113122655< 074237000181160 02252015

>113122655<
Prosperity Bank
74237000181160 02252015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000073



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150310 | 1596 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8180897670 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

gl

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1596

3/10/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001596⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. 1-800-433-6810

Details on Back. Intuit CheckLock™ Secure Check

FOR DEPOSIT ONLY
1018877 8

>113122655< 072230000397720 03102015

>113122655<
Prosperity Bank
72230000397720 03102015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150324 | 1607 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8587774116 | |

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1607

3/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************************************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001607⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
74237000297470 03242015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150421 | 1623 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8581873690 | |

WELLS FARGO BANK TEXAS, NA
37-65/1119

1623

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

4/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100******************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001623⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
74237000441270 04212015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150501 | 1634 | 11190065 | 5789300505 | 000060 | 57,482.97 | 8583661076 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1634

4/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **57,482.97

Fifty-Seven Thousand Four Hundred Eighty-Two and 97/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈001634⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071237003654870 05/01/2015

>113122655<
Prosperity Bank
71237003654870 05/01/2015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150506 | 1637 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8584650393 | |

CASH ONLY IF ALL SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1637

5/5/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001637⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 074237000509180 05062015

>113122655<
Prosperity Bank
74237000509180 05062015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150521 | 1646 | 11190065 | 5789300505 | 000060 | 45,481.03 | 8486044898 | |

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1646

5/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **45,481.03

Forty-Five Thousand Four Hundred Eighty-One and 03/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001646⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
72230000996130 05212015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150608 | 1661 | 11190065 | 5789300505 | 000060 | 7,358.06 | 8184917759 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1661

6/8/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **7,358.06

Seven Thousand Three Hundred Fifty-Eight and 06/100*** DOLLARS

TDR Services, Inc.

MEMO reimbursment for bluecross blueshield

⑈001661⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
722100011136240
06082015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150612 | 1670 | 11190065 | 5789300505 | 000060 | 6,627.18 | 8687758617 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1670

6/12/15

PAY TO THE ORDER OF TDR Services, Inc. $ 6,627.18

Six thousand Six hundred twenty Seven dollars and 18/100 DOLLARS

MEMO Plastic

⑈001670⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business call our check fraud experts at ...

111312265 Prosperity Bank 06122015 7221600 178590

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | • "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | • Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | • Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | • Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | • "INTUIT® CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | • Stains or spots appear on front or back |
| Fugitive Ink on Back | • Ink on back looks pink or has disappeared |
| Toner Adhesion | • Printed information appears tampered with |
| Protected Against Fraud Area | • Pink discoloration appears in Protected Against Fraud area and/or information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | • Red and blue fibers are not visible |
| Invisible Fibers | • White and blue fibers are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears directly to the left of this message |
| Security Weave Backer | • "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000081

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150617 | 1676 | 11190065 | 5789300505 | 000060 | 17,766.16 | 8282506905 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1676

6/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **17,766.16

Seventeen Thousand Seven Hundred Sixty-Six and 16/100 DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001676⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655< 074207000715210 06172015

113122655<
Prosperity Bank
742070007 15210 06172015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150618 | 1672 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8382259648 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1672

6/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100*** DOLLARS

TDR Services, Inc.

MEMO

⑈001672⑈ ⑆111900659⑆ 5789300505⑈



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150623 | 1690 | 11190065 | 5789300505 | 000060 | 55,879.51 | 8882951856 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1408 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1690

6/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **55,879.51

Fifty-Five Thousand Eight Hundred Seventy-Nine and 51/100********************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001690⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
742370007396 90
06232015

RESULTING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH
Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Screen
Chemically Sensitive Paper
Fluorescent on Back
Toner Adhesion
Protected Against Fraud Area
Visible Fibers
Invisible Fibers
VOID Indication
Security Warning Border

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150619 | 1680 | 11190065 | 5789300505 | 000060 | 5,942.93 | 8382392926 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1680

6/19/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **5,942.93

Five Thousand Nine Hundred Forty-Two and 93/100****************************** DOLLARS

IS PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001680⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this ... Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

>113122655< 0742370000727630 06192015

113122655
Prosperity Bank
742370000727630 06192015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150918 | 1776 | 11190065 | 5789300505 | 000060 | 30,000.00 | 8781847666 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-68/1119

1776

9/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $**30,000.00

Thirty Thousand and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001776⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL DOCUMENT

>113122655< 8752378000386740 09182015

>113122655<
Prosperity Bank
75237000386740 09182015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150918 | 1777 | 11190065 | 5789300505 | 000060 | 37,385.80 | 8781847665 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1777

9/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $**37,385.80

Thirty-Seven Thousand Three Hundred Eighty-Five and 80/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001777⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

>113122655< 75237000386720 09182015

>113122655<
Prosperity Bank
75237000386720 09182015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150911 | 1773 | 11190065 | 5789300505 | 000060 | 15,422.40 | 8482262520 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1773

9/11/2015

PAY TO THE ORDER OF TDR Services, Inc. $**15,422.40

Fifteen Thousand Four Hundred Twenty-Two and 40/100********** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001773⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this ... Secure Premier check ... reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts ...

13122655<
Prosperity Bank
742 ... 011 18690
09112015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border in Microprint Lines | "INTUIT CHECKLOCK™ SECURITYSYSTEM" not visible with magnification |
| Chemically Sensitive Paper | Stains or spots appear on front or back |
| Fugitive Ink on Back | Ink on back looks pink or has disappeared |
| Toner Adhesion | Printed information appears tampered with |
| Protected Against Fraud Area | Pink ... appears in PROTECTED AGAINST FRAUD area and information appears broken, scratched and shows signs of paper damage |
| Visible Fibers | Red and blue fibers are not visible |
| Invisible Fibers | White and blue fibers are not visible under ultraviolet light |
| VOID Indication | "VOID" appears clearly to the left of this message |
| Security Weave™ Backer | "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Padlock icon ... Check Payments Systems Association

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150909 | 1772 | 11190065 | 5789300505 | 000060 | 80,938.23 | 8189066986 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1772

9/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **80,938.23

Eighty Thousand Nine Hundred Thirty-Eight and 23/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

[signature] MP

⑈001772⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: / DO NOT CASH IF:

Security Hologram; Multi-Colored Prismatic Background; CheckLock™ Watermark; Heat Sensitive Ink; Security Border or Microprint Lines; Chemically Sensitive Paper; Fugitive Ink on Back; Toner Adhesion; Protected Against Fraud Area; Visible Fibers; Invisible Fibers; VOID Indication; Security Woven Backer

Listed and not listed check security features exceed industry standards.

113122655
Prosperity Bank
722300001869420
09092015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150904 | 1770 | 11190065 | 5789300505 | 000060 | 13,606.80 | 8581902700 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1770

9/3/15

PAY TO THE ORDER OF TDR, INC $13,606.80

thirteen thousand six hundred six dollars 80/100 DOLLARS

MEMO

⑈001770⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

113122655
Prosperity Bank
7474001081940
09042015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150828 | 1760 | 11190065 | 5789300505 | 000060 | 12,204.10 | 8883292858 | |

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1760

8/28/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **12,204.10

Twelve Thousand Two Hundred Four and 10/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

BC/BS and Guardian

⑈001760⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

ENDORSE HERE

Proceeds Deposi[redacted]
Account of the P[redacted]yee
Prosperity Ba[redacted]k

DO NOT WRITE, STAMP, OR SIGN B[redacted]OW THIS LINE
RESERVED FOR FINANCIAL INSTIT[redacted]ION USE

113122655
Prosperity Bank
72200001774060
08282015

REPLICATING, FORGING OR ALTERING TH[redacted] CHECK IS EXTREMELY DIFFICULT DUE TO *CheckLock*™ HIGH [redacted] SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH [redacted]

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150828 | 1758 | 11190065 | 5789300505 | 000060 | 25,000.00 | 8883292748 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-86/1119

1758

8/27/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **25,000.00

Twenty-Five Thousand and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001758⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES: DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

113122655<
Prosperity Bank
742370010483 60 08282015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150826 | 1756 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8580455020 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1756

8/26/2015

PAY TO THE ORDER OF TDR Services, Inc. $**65,000.00

Sixty-Five Thousand and 00/100************************************ DOLLARS

TDR Services, Inc.

⑈001756⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposi...
Account of the Pa...
Prosperity Ban...

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

113122655<
Prosperity Bank
72300001765710
08262015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150819 | 1743 | 11190065 | 5789300505 | 000060 | 5,079.09 | 8381657293 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1743

8/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **5,079.09

Five Thousand Seventy-Nine and 09/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001743⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the
Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at 1-800-548-0280 or visit www.intuitmarket.com/fraudprotection

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | "INTUIT CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | Stains or spots appear on front or back |
| Fugitive Ink on Back | Ink on back looks pink or has disappeared |
| Toner Adhesion | Printed information appears tampered with |
| Protected Against Fraud Area | Pink discoloration appears in Protected Against Fraud area and information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | Red and blue fibers are not visible |
| Invisible Fibers | White and blue fibers are not visible under ultraviolet light |
| VOID Indication | "VOID" appears clearly to the left of this message |
| Security Weave™ Backer | "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Padlock icon visible on front and back of check indicates security features. Padlock design is a certification mark of Check Payment Systems Association.

1119122655 Prosperity Bank 72200017021 08192015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150819 | 1748 | 11190065 | 5789300505 | 000060 | 15,389.06 | 8381657292 | |







Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150814 | 1739 | 11190065 | 5789300505 | 000060 | 60,500.00 | 8281306844 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1460 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1739

8/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **60,500.00

Sixty Thousand Five Hundred and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc

MEMO

⑈001739⑈ ⑆111900659⑆ 5789300505⑈




Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150811 | 1736 | 11190065 | 5789300505 | 000060 | 30,000.00 | 8184673147 | |

CASH ONLY IF ALL CheckLock℠ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1736

8/11/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **30,000.00

Thirty Thousand and 00/100****** DOLLARS

Protected Against Fraud

TDR Services, Inc.

MEMO

⑈001736⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150806 | 1734 | 11190065 | 5789300505 | 000060 | 12,204.10 | 8785678498 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1734

8/6/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **12,204.10

Twelve Thousand Two Hundred Four and 10/100************************************* DOLLARS

TDR Services, Inc.

PROTECTED AGAINST FRAUD

MEMO

⑈001734⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

X Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
7228800158630
08062015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150730 | 1729 | 11190065 | 5789300505 | 000060 | 10,000.00 | 8685192334 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1729

7/30/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,000.00

Ten Thousand and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001729⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
07302015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.







Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C[illegible] |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150724 | 1721 | 11190065 | 5789300505 | 000060 | 10,489.27 | 8888031063 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1721

7/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,489.27

Ten Thousand Four Hundred Eighty-Nine and 27/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001721⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at [illegible] or visit: [illegible]

113422655<
Prosperity Bank
07242015
7423000000000

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border [illegible] | INTUIT™ CHECKLOCK™ SECURITY SYSTEM [illegible] |
| Chemically Sensitive Paper | Stains or spots appear on front or back |
| [illegible] | Ink on back [illegible] pink or has disappeared |
| Toner Adhesion | Printed information appears tampered with |
| Protected Against Fraud Area | Pink discoloration appears in PROTECTED AGAINST FRAUD area and/or information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | Red and blue fibers are not visible |
| Invisible Fibers | White and blue fibers are not visible under ultraviolet light |
| VOID Indication | "VOID" appears clearly to the left of this message |
| Security Weave Backer | "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150715 | 1711 | 11190065 | 5789300505 | 000060 | 14,296.14 | 8180935365 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1490 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1711

7/14/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **14,296.14

Fourteen Thousand Two Hundred Ninety-Six and 14/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001711⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this Secure Premier check will help reduce your risk of fraud and liability.
To learn how to protect your business, call our check fraud experts at ...

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES
DO NOT CASH IF:

SECURITY FEATURES:
Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border of Microprint Lines
Chemically Sensitive Paper
Protection Against Counterfeit
VOID Indicator
Security Weave Backer

111122655< 07421/000837740 07152015

111122655<
Prosperity Bank
07421/000837740 07152015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150713 | 1709 | 11190065 | 5789300505 | 000060 | 65,000.00 | 8885957869 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1709

7/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001709⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at 1 800-543-0200 or visit:

134122655<
Prosperity Bank
07132015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | "INTUIT CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | Stains or spots appear on front or back |
| Fugitive Ink on Back | Ink on back looks pink or has disappeared |
| Toner Adhesion | Printed information appears tampered with |
| Protected Against Fraud Area | Pink discoloration appears in PROTECTED AGAINST FRAUD area and/or information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | Red and blue fibers are not visible |
| Invisible Fibers | White and blue fibers are not visible under ultraviolet light |
| VOID Indicator | "VOID" appears clearly to the left of this message |
| Security Weave - Backer | "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000102



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150925 | 1782 | 11190065 | 5789300505 | 000060 | 60,000.00 | 8387683656 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

smr

WELLS FARGO BANK TEXAS, NA
37-65/1119

1782

9/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **60,000.00

Sixty Thousand and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001782⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
742370011811660
09252015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:
Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000103



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150923 | 1781 | 11190065 | 5789300505 | 000060 | 27,938.96 | 8584385789 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1781

9/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **27,938.96

Twenty-Seven Thousand Nine Hundred Thirty-Eight and 96/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈001781⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

Proceeds Dep...
Account of the P[redacted]yee
Prosperity Ba[redacted]

DO NOT WRITE, STAMP OR SIGN B[redacted]LOW THIS LINE
RESERVED FOR FINANCIAL INST[redacted]ION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.
To learn how to protect your business, call our check fraud experts at ...

113122655
Prosperity Bank
7223000197453
09232015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | • "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | • Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | • Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | • Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | • "INTUIT® CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | • Stains or spots appear on front or back |
| Fugitive Ink on Back | • Ink on back looks pink or has disappeared |
| Toner Adhesion | • Printed information appears tampered with |
| Protected Against Fraud Area | • Pink discoloration appears in Protected Against Fraud area and/or information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | • Red and blue fibers are not visible |
| Invisible Fibers | • White and blue fibers are not visible under ultraviolet light |
| VOID Indicator | • "VOID" appears only to the left of this message |
| Security Weave Backer | • "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150925 | 1782 | 11190065 | 5789300505 | 000060 | 60,000.00 | 8387683656 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

SM7

WELLS FARGO BANK TEXAS, NA
37-65/1119

1782

9/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **60,000.00

Sixty Thousand and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001782⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer of this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:
Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink

>113122655<
Prosperity Bank
7423700118166O
09252015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150923 | 1781 | 11190065 | 5789300505 | 000060 | 27,938.96 | 8584385789 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1781

9/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **27,938.96

Twenty-Seven Thousand Nine Hundred Thirty-Eight and 96/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001781⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the P[redacted]ee Prosperity Ba[redacted]

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check helps reduce your risk of fraud liability. To learn how to protect your business, call our check fraud experts at

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH-SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

111122655
Prosperity Bank
7223000197530
09232015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151008 | 1803 | 11190065 | 5789300505 | 000060 | 63,000.00 | 8183497960 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1803

10/8/2015

PAY TO THE ORDER OF TDR Services, Inc. $**63,000.00

Sixty-Three Thousand and 00/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈001803⑈ ⑆111900659⑆ 5789300505⑈

SECURITY FEATURES: REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

As the issuer, this CheckLock™ Secure Premier check helps reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at 1-800-548-0970 or visit ...

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
72250002090880 10082015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000107

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151007 | 1801 | 11190065 | 5789300505 | 000060 | 35,000.00 | 8289317389 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1801

10/7/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈001801⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

X

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at

10/07/2015

113122655
Prosperity Bank
7223000200374O

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000108

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151216 | 1891 | 11190065 | 5789300505 | 000060 | 7,140.45 | 8380090577 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1891

12/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **7,140.45

Seven Thousand One Hundred Forty and 45/100****** DOLLARS

TDR Services, Inc.

⑈001891⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Deposited
Account of the Paye
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

12162015
Prosperity Bank

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border or Microprint Lines
Chemically Sensitive Paper
Fugitive Ink on Back
Toner Adhesion
Protected Against Fraud Area
Visible Fibers
Invisible Fibers
VOID Indication
Security Warning Backer

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

25-07002-smr Doc#4-2 Filed 04/09/25 Entered 04/09/25 11:14:28 Exhibit B Pg 77 of 325

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151216 | 1894 | 11190065 | 5789300505 | 000060 | 86,817.24 | 8380090575 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

**WELLS FARGO BANK TEXAS, NA**
37-65/1119

**1894**

12/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **86,817.24

Eighty-Six Thousand Eight Hundred Seventeen and 24/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001894⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

X

**Proceeds Deposited to Account of the Paye Prosperity Bank**

DO NOT WRITE, STAMP OR SIGN B OW THIS LINE
RESERVED FOR FINANCIAL INSTIT ION USE

As the issuer, this ... Secure Premier check ... help reduce your risk of fraud ... liability.

To learn how to protect your business, call our check fraud ... at ...

111922655
Prosperity Bank
72200000331860 12162015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Listed and not listed check security features exceed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000110



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151204 | 1874 | 11190065 | 5789300505 | 000060 | 12,802.48 | 8585150509 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1874

12/3/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **12,802.48

Twelve Thousand Eight Hundred Two and 48/100**************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO BC/BS and Tex-Fi

⑈001874⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X For deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74237001522220 12042015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151203 | 1870 | 11190065 | 5789300505 | 000060 | 36,500.00 | 8888206344 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1870

12/3/2015

PAY TO THE ORDER OF TDR Services, Inc. $**36,500.00

Thirty-Six Thousand Five Hundred and 00/100***************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001870⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
72230000243220 12032015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000112



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151202 | 1869 | 11190065 | 5789300505 | 000060 | 44,406.59 | 8287055590 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1869

12/2/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **44,406.59

Forty-Four Thousand Four Hundred Six and 59/100****** DOLLARS

TDR Services, Inc.

⑈001869⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business call our check fraud experts at

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

[redacted]

Prosperity Bank
12022015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151118 | 1847 | 11190065 | 5789300505 | 000060 | 35,000.00 | 8385548646 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1847

11/18/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001847⑈ ⑆111900659⑆ 5789300505⑈




Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151117 | 1844 | 11190065 | 5789300505 | 000060 | 90,000.00 | 8482560355 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1844

11/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **90,000.00

Ninety Thousand and 00/100******** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑆001844⑆ ⑆111900659⑆ 5789300505⑆

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
7423 001449920 11172015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151106 | 1838 | 11190065 | 5789300505 | 000060 | 25,000.00 | 8283730937 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1838

11/6/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **25,000.00

Twenty-Five Thousand and 00/100******************************** DOLLARS

TDR Services, Inc.

⑈001838⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check helps reduce your risk of fraud and liability.

To learn how to protect your business call our check fraud experts at

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

111922655
Prosperity Bank
72200000008770 11062015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151104 | 1833 | 11190065 | 5789300505 | 000060 | 36,500.00 | 8187615866 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

**WELLS FARGO BANK TEXAS, NA**
37-65/1119

**1833**

11/4/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **36,500.00

Thirty-Six Thousand Five Hundred and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001833⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN B[redacted]LOW THIS LINE
RESERVED FOR FINANCIAL INSTI[redacted]N USE

As the issuer, this Chec[redacted]Lock™ Secure Premier check [redacted]ay help reduce your risk of fraud [redacted]d liability.

To learn how to protect yo[redacted] business, call our check fraud ex[redacted]erts at 1-800-848-0265 or [redacted]sit

13122655
Prosperity Bank
722300002329330
11042015

REPLICATING, FORGING OR ALTERING TH[redacted]S CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH [redacted]ECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH I[redacted] |
|---|---|
| Security Hologram | • "CheckLock" is [redacted] visible in foil medallion |
| Multi-Colored Prismatic Background | • Pattern on front [redacted] check does not vary in color from edge [redacted] edge |
| CheckLock™ Watermark | • Word "CheckLo[redacted]" is not visible in paper when held to lig[redacted] |
| Heat Sensitive Ink | • Pink icon does [redacted] fade & reappear when rubbed or breat[redacted] on |
| Security Border or Microprint Lines | • "INTUIT®CHEC[redacted]OCK™SECURITYSYSTEM" not visible with [redacted]gnification |
| Chemically Sensitive Paper | • Stains or spots [redacted] appear on front or back |
| Fugitive Ink on Back | • Ink on back loo[redacted] pink or has disappeared |
| Toner Adhesion | • Printed informa[redacted] appears tampered with |
| Protected Against Fraud Area | • Pink discolora[redacted] appears in Protected Against Fraud area and [redacted] information appears broken, stretched or [redacted] shows signs of paper damage |
| Visible Fibers | • Red and blue fi[redacted]s are not visible |
| Invisible Fibers | • White and blue [redacted]ers are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears [redacted] arly to the left of this message |
| Security Weave® Backer | • "ORIGINAL DO[redacted]MENT" cannot be read |

Listed and not listed check security features [redacted]eed industry standards.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000117



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151030 | 1831 | 11190065 | 5789300505 | 000060 | 25,000.00 | 8580141137 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1831

10/30/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **25,000.00

Twenty-Five Thousand and 00/100******************** DOLLARS

TDR Services, Inc.

⑈001831⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

Intuit CheckLock™ Secure Check

ENDORSE HERE

X

**Proceeds Deposited to the Account of the Payee Prosperity Bank**

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at 1-800-[illegible] or visit [illegible]

113122655
Prosperity Bank
7222002284480
10302015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | • "CheckLock" is not visible in full medallion |
| Multi-Colored Prismatic Background | • Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | • Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | • Padlock icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | • "INTUIT CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | • Stains or spots appear on front or back |
| Fugitive Ink on Back | • Ink on back looks pink or has disappeared |
| Toner Adhesion | • Printed information appears tampered with |
| Protected Against Fraud Area | • Pink discoloration appears in PROTECTED AGAINST FRAUD area and/or information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | • Red and blue fibers are not visible |
| Invisible Fibers | • White and blue fibers are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears clearly to the left of this message |
| Security Weave™ Backer | • "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

[illegible]

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000118

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151026 | 1825 | 11190065 | 5789300505 | 000060 | 39,737.50 | 8282125859 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1825

10/26/2015

PAY TO THE ORDER OF TDR Services, Inc. $**39,737.50

Thirty-Nine Thousand Seven Hundred Thirty-Seven and 50/100**************************************************************** DOLLARS

TDR Services, Inc.

MEMO Plastic

⑈001825⑈ ⑆111900659⑆ 5789300505⑈




Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151021 | 1815 | 11190065 | 5789300505 | 000060 | 10,221.87 | 8488772804 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1815

10/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,221.87

Ten Thousand Two Hundred Twenty-One and 87/100****** DOLLARS

TDR Services, Inc.

BC/BS and Guardian

⑈001815⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

Intuit® CheckLock™ Secure Check

ENDORSE HERE

X

Proceeds Deposited to t... Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at 1 800 ...

111322655
Prosperity Bank
72...0002199320
10212015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | "CheckLock" is not visible in foil medallion |
| Multi-Colored Prismatic Background | Pattern on front of check does not vary in color from edge to edge |
| CheckLock™ Watermark | Word "CheckLock™" is not visible in paper when held to light |
| Heat Sensitive Ink | Pink icon does not fade & reappear when rubbed or breathed on |
| Security Border or Microprint Lines | "INTUIT CHECKLOCK™ SECURITY SYSTEM" not visible with magnification |
| Chemically Sensitive Paper | Stains or spots appear on front or back |
| Fugitive Ink on Back | Ink on back lost ink or has disappeared |
| Toner Adhesion | Printed information appears tampered with |
| Protected Against Fraud Area | Pink discoloration appears in Protected Against Fraud area and information appears broken, scratched and/or shows signs of paper damage |
| Visible Fibers | Red and blue fibers are not visible |
| Invisible Fibers | White and blue fibers are not visible under ultraviolet light |
| VOID Indication | "VOID" appears clearly to the left of this message |
| Security Weave Backer | "ORIGINAL DOCUMENT" cannot be read |

Listed and not listed check security features exceed industry standards.

Padlock icon visible on front and back alerts that check has security features. Padlock design is a certification mark of Check Payment Systems Association.

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000120



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151019 | 1812 | 11190065 | 5789300505 | 000060 | 85,000.00 | 8488291989 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1812

10/19/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **85,000.00

Eighty-Five Thousand and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001812⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this ... Secure Premier check ... reduce your risk of fraud ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH ...

111322655
Prosperity Bank
7423001289800
10192015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151016 | 1810 | 11190065 | 5789300505 | 000060 | 14,443.20 | 8280753968 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-88/1119

1810

10/15/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **14,443.20

Fourteen Thousand Four Hundred Forty-Three and 20/100****************************** DOLLARS

TDR Services, Inc.

MEMO Plastic

⑈001810⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

>113122655<
Prosperity Bank
74... 0012?4610 10162015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151230 | 1902 | 11190065 | 5789300505 | 000060 | 40,078.13 | 8882044642 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1902

12/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **40,078.13

Forty Thousand Seventy-Eight and 13/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001902⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES: DO NOT CASH

113122655<
Prosperity Bank
722... 12302015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151229 | 1901 | 11190065 | 5789300505 | 000060 | 67,970.00 | 8488162601 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1901

12/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **67,970.00

Sixty-Seven Thousand Nine Hundred Seventy and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001901⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

SECURITY FEATURES:

113122655<
Prosperity Bank
7223000041835 0 12292015

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160121 | 1930 | 11190065 | 5789300505 | 000060 | 9,178.93 | 8284753986 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1930

1/20/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **9,178.93

Nine Thousand One Hundred Seventy-Eight and 93/100****** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molina

⑈001930⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
7123000009980 01212016

SECURITY FEATURES: DO NOT CASH ...

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160114 | 1919 | 11190065 | 5789300505 | 000060 | 41,332.10 | 8789089427 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1919

1/14/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **41,332.10

Forty-One Thousand Three Hundred Thirty-Two and 10/100************************************ DOLLARS

TDR Services, Inc.

MEMO

Sandra Milner

⑈001919⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CheckLock™ SECURITY FEATURES

[redacted]

113122655<
Prosperity Bank
7423 001716180 01142016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160113 | 1917 | 11190065 | 5789300505 | 000060 | 30,700.00 | 8788889223 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1917

1/13/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **30,700.00

Thirty Thousand Seven Hundred and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001917⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

DUPLICATING, FORGING OR ALTERING CHECKS IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

>113122655<
Prosperity Bank
7223000012470 01132016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160309 | 2001 | 11190065 | 5789300505 | 000060 | 55,157.88 | 8883248468 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2001

3/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $**55,157.88

Fifty-Five Thousand One Hundred Fifty-Seven and 88/100****** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈002001⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
7123000403400 03092016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160303 | 1982 | 11190065 | 5789300505 | 000060 | 5,985.00 | 8786471401 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1982

3/3/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **5,985.00

Five Thousand Nine Hundred Eighty-Five and 00/100*** DOLLARS

TDR Services, Inc.

MEMO

⑈001982⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

>111913122655<
Prosperity Bank
71230000353560 03032016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000129



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160302 | 1980 | 11190065 | 5789300505 | 000060 | 15,000.00 | 8487701798 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1980

3/2/2016

PAY TO THE ORDER OF TDR Services, Inc. $**15,000.00

Fifteen Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001980⑈ ⑆111900659⑆ 5789300505⑈

©2014 INTUIT INC. Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

SECURITY FEATURES:

DO NOT CASH

113122655<
Prosperity Bank
7123000034759 03022016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160223 | 1972 | 11190065 | 5789300505 | 000060 | 70,000.00 | 8686897979 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1972

2/23/2016

PAY TO THE ORDER OF TDR Services, Inc. $**70,000.00

Seventy Thousand and 00/100******************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001972⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
7123000028010 02232016

SECURITY FEATURES:
DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160210 | 1963 | 11190065 | 5789300505 | 000060 | 90,309.91 | 8783377337 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1963

2/10/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **90,309.91

Ninety Thousand Three Hundred Nine and 91/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001963⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160209 | 1962 | 11190065 | 5789300505 | 000060 | 6,174.00 | 8888435394 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1962

2/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **6,174.00

Six Thousand One Hundred Seventy-Four and 00/100*********** DOLLARS

TDR Services, Inc.

MEMO Plastic

Sandra Molinar

⑈001962⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
712300001684401 02092016

SECURITY FEATURES:

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160202 | 1956 | 11190065 | 5789300505 | 000060 | 30,063.00 | 8887287341 | |

CASH ONLY IF ALL ChockLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1956

2/2/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **30,063.00

Thirty Thousand Sixty-Three and 00/100******************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001956⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

113122655<
Prosperity Bank
71230000115700 02022016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160126 | 1941 | 11190065 | 5789300505 | 000060 | 90,209.05 | 8385900677 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1941

1/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $**90,209.05

Ninety Thousand Two Hundred Nine and 05/100****************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001941⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES

>113122655<
Prosperity Bank
7123000000047910 01262016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160629 | 2156 | 11190065 | 5789300505 | 000060 | 28,000.00 | 8880030437 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING
Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720
WELLS FARGO BANK TEXAS, NA
37-65/1119
2156
6/29/16
PAY TO THE ORDER OF TDR Services $ 28,000
twenty-eight thousand dollars DOLLARS
MEMO Expenses
⑈002156⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE
Proceeds Deposited to the Account of the Payee
Prosperity Bank
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
>113122655<
Prosperity Bank
71230001245170 06292016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160607 | 2110 | 11190065 | 5789300505 | 000060 | 9,143.26 | 8781092351 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2110

6/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $**9,143.26

Nine Thousand One Hundred Forty-Three and 26/100****************************** DOLLARS

TDR Services, Inc.

MEMO plastic

Sandra Molinar

⑈002110⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

113122655<
Prosperity Bank
71230001080420 06072016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000137



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160525 | 2092 | 11190065 | 5789300505 | 000060 | 7,469.16 | 8384784233 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2092

5/25/2016

PAY TO THE ORDER OF TDR Services, Inc. $**7,469.16

Seven Thousand Four Hundred Sixty-Nine and 16/100****************************** DOLLARS

TDR Services, Inc.

MEMO BC/BS, Guadrian & Verizon

Sandra Molnar

⑈002092⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
7123000097680 05252016

REPLICATING, FORGING OR ALTERING IS DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


PLS000138
Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160505 | 2077 | 11190065 | 5789300505 | 000060 | 45,000.00 | 8487866013 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

2077

WELLS FARGO BANK TEXAS, NA
37-65/1119

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

5/5/2016

PAY TO THE ORDER OF TDR Services, Inc. $**45,000.00

Forty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002077⑈ ⑆111900659⑆ 5789300505⑈

© 2014 INTUIT INC. 1-800-433-8810 · Intuit™ CheckLock™ Secure Check · Details on Back

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES: DO NOT CASH IF ...

[redacted]

113122655<
Prosperity Bank
71200000330500 05052016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160426 | 2060 | 11190065 | 5789300505 | 000060 | 11,385.49 | 8182827128 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2060

4/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $**11,385.49

Eleven Thousand Three Hundred Eighty-Five and 49/100****** DOLLARS

TDR Services, Inc.

MEMO

⑈002060⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
712300000752540 04262016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160727 | 2184 | 11190065 | 5789300505 | 000060 | 58,000.00 | 8580371737 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2184

7/27/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **58,000.00

Fifty-Eight Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

Sandra Molina

⑈002184⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
71230000018530 07272016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160722 | 2182 | 11190065 | 5789300505 | 000060 | 10,000.00 | 8186015767 | |

CASH ONLY IF ALL ChockLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2182

7/22/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **10,000.00

Ten Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002182⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

≥113122655<
Prosperity Bank
71230000032420 07222016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160713 | 2175 | 11190065 | 5789300505 | 000060 | 50,000.00 | 8280522903 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

JMP

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2175

7/13/16

PAY TO THE ORDER OF TDR Services, INC $ 50,000.00

Fifty thousand dollars and xx/100 DOLLARS

MEMO

Sandra Molinar

⑈002175⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds deposited to the account of the payee
Prosperity Bank
1011088

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
71230001352680 07132016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160701 | 2153 | 11190065 | 5789300505 | 000060 | 45,000.00 | 8288738877 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2153

7/1/16

PAY TO THE ORDER OF TDR Services $ 45,000.00

fourty-five thousand dollars xx/100 DOLLARS

MEMO

Sandra Molnar

⑈002153⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
24237002511700 07012016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160921 | 2271 | 11190065 | 5789300505 | 000060 | 70,000.00 | 8881593912 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2271

9/21/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **70,000.00

Seventy Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002271⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000000007630 09212016

>113122655<
Prosperity Bank
74230000007630 09212016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160916 | 2266 | 11190065 | 5789300505 | 000060 | 12,192.86 | 8785984121 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2266

9/16/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **12,192.86

Twelve Thousand One Hundred Ninety-Two and 86/100****** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈002266⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655<
Prosperity Bank
73230000162300 09162016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160915 | 2265 | 11190065 | 5789300505 | 000060 | 46,645.78 | 8487576303 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2265

9/14/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **46,645.78

Forty-Six Thousand Six Hundred Forty-Five and 78/100************************************************ DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002265⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655<
Prosperity Bank
73230000151520 09152016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160908 | 2243 | 11190065 | 5789300505 | 000060 | 15,000.00 | 8182633672 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2243

9/8/16

PAY TO THE ORDER OF TOR Services, Inc. $ 15,000.00

Fifteen Thousand and no/100 DOLLARS

MEMO

Sandra Molinar

⑈002243⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
73230000095730 09082016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160829 | 2233 | 11190065 | 5789300505 | 000060 | 16,715.46 | 8888321693 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2233

8/29/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **16,715.46

Sixteen Thousand Seven Hundred Fifteen and 46/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002233⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
73230000026680 08292016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160825 | 2229 | 11190065 | 5789300505 | 000060 | 45,256.40 | 8484543449 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2229

8/25/2016

PAY TO THE ORDER OF TDR Services. Inc. $45,256.40

Forty-Five thousand two hundred fifty-six and 40/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO

Sandra Molinar

⑈002229⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072225002626360 08252016

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
72225002626360 08252016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160825 | 2228 | 11190065 | 5789300505 | 000060 | 70,111.00 | 8484543450 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2228

8/25/16

PAY TO THE ORDER OF TDR Services, Inc. $ 70,111.00

Seventy thousand one hundred eleven and 00/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO

Sandra Molina

⑈002228⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the
Account of the Payee
Prosperity Bank

>113122655< 0722250026266300 08252016

>113122655<
Prosperity Bank
72225002626630 08252016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160812 | 2217 | 11190065 | 5789300505 | 000060 | 50,000.00 | 8681633869 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2217

8/12/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **50,000.00

Fifty Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

Sandra Molinar

MEMO Contract labor

⑈002217⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
72230000068890 08122016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160811 | 2214 | 11190065 | 5789300505 | 000060 | 27,106.57 | 8886192485 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2214

8/11/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **27,106.57

Twenty-Seven Thousand One Hundred Six and 57/100****************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002214⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
72230000057810 08112016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000153



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160809 | 2207 | 11190065 | 5789300505 | 000060 | 80,000.00 | 8780315338 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2207

8/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **80,000.00

Eighty Thousand and 00/100****************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002207⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
72230000045240 08092016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160805 | 2205 | 11190065 | 5789300505 | 000060 | 41,140.53 | 8385540993 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2205

8-4-16

PAY TO THE ORDER OF TDR Services Inc. $ 41,140.53/xx

Fourty one thousand one hundred fourty and 53/xx DOLLARS

MEMO PO# 10276, 10277, 10279

⑈002205⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 071231001582710 08052016

>113122655<
Prosperity Bank
71231001582710 08052016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160804 | 2204 | 11190065 | 5789300505 | 000060 | 11,796.30 | 8581558127 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2204

8-4-16

PAY TO THE ORDER OF TDR Services Inc. $ 11,796/30

Eleven thousand seven hundred ninty-six and 30/xx DOLLARS

MEMO Note 051716-D1, 051716-02

⑈002204⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

X

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
72230000002670 08042016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000156

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160729 | 2190 | 11190065 | 5789300505 | 000060 | 38,000.00 | 8283264402 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2190

7/29/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **38,000.00

Thirty-Eight Thousand and 00/100*** DOLLARS

TDR Services, Inc.

MEMO

⑈002190⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
71280000035430 07292016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160927 | 2278 | 11190065 | 5789300505 | 000060 | 163,213.60 | 8687557439 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2278

9/27/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **163,213.60

One Hundred Sixty-Three Thousand Two Hundred Thirteen and 60/100****************************** DOLLARS

TDR Services, Inc.

[redacted]

Sandra Molinar

MEMO Loan#091516-01

⑈002278⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000043980 09272016

>113122655<
Prosperity Bank
74230000043980 09272016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160923 | 2276 | 11190065 | 5789300505 | 000060 | 30,000.00 | 8488882426 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2276

8/23/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **30,000.00

Thirty Thousand and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Contract labor

Sandra Molina

⑈002276⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000022230 09232016

>113122655<
Prosperity Bank
74230000022230 09232016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161026 | 2327 | 11190065 | 5789300505 | 000060 | 40,545.88 | 8682125752 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2327

10/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **40,545.88

Forty Thousand Five Hundred Forty-Five and 88/100*** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002327⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655< 074223000256940 10262016

>113122655<
Prosperity Bank
74230000256940 10262016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161020 | 2317 | 11190065 | 5789300505 | 000060 | 55,000.00 | 8188338361 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2317

10/20/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **55,000.00

Fifty-Five Thousand and 00/100****************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002317⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
742300000214350 10202016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000161

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161019 | 2312 | 11190065 | 5789300505 | 000060 | 80,000.00 | 8386362992 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2312

10/19/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **80,000.00

Eighty Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈002312⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000208160 10192016

>113122655<
Prosperity Bank
74230000208160 , 10192016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161017 | 2309 | 11190065 | 5789300505 | 000060 | 66,338.60 | 8187807882 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

SMP

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2309

10/17/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **66,338.60

Sixty-Six Thousand Three Hundred Thirty-Eight and 60/100*** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002309⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000192890 10172016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161007 | 2299 | 11190065 | 5789300505 | 000060 | 54,573.98 | 8384528828 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2299

10/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **54,573.98

Fifty-Four Thousand Five Hundred Seventy-Three and 98/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002299⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
71237000170480 10072016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161006 | 2298 | 11190065 | 5789300505 | 000060 | 74,000.00 | 8689096006 | |

CASH ONLY IF ALL ChuckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2298

10/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **74,000.00

Seventy-Four Thousand and 00/100******************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002298⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655< 074230000121730 10062016

>113122655<
Prosperity Bank
74230000121730 10062016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161220 | 2412 | 11190065 | 5789300505 | 000060 | 15,837.52 | 8788953311 | |







Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161215 | 2408 | 11190065 | 5789300505 | 000060 | 139,169.88 | 8788363342 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2408

12/15/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **139,169.88

One Hundred Thirty-Nine Thousand One Hundred Sixty-Nine and 88/100********************************************* DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002408⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE
X
Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000653660 12152016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161212 | 2404 | 11190065 | 5789300505 | 000060 | 55,241.24 | 8383603408 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2404

12/12/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **55,241.24

Fifty-Five Thousand Two Hundred Forty-One and 24/100************************************ DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molina

⑈002404⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000620470 12122016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161209 | 2400 | 11190065 | 5789300505 | 000060 | 29,993.00 | 8282658961 | |


CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2400

12/9/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **29,993.00

Twenty-Nine Thousand Nine Hundred Ninety-Three and 00/100**************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molina

⑈002400⑈ ⑆111900659⑆ 5789300505⑈


ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000605080 12092016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161205 | 2382 | 11190065 | 5789300505 | 000060 | 11,737.91 | 8882228606 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2382

12/2/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **11,737.91

Eleven Thousand Seven Hundred Thirty-Seven and 91/100********************************* DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molnar

⑈002382⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74230000560110 12052016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161201 | 2371 | 11190065 | 5789300505 | 000060 | 98,348.03 | 8786340245 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2371

12/1/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **98,348.03

Ninety-Eight Thousand Three Hundred Forty-Eight and 03/100*************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molnar

⑈002371⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000534560 12012016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161130 | 2370 | 11190065 | 5789300505 | 000060 | 51,490.50 | 8281327204 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2370

11/30/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **51,490.50

Fifty-One Thousand Four Hundred Ninety and 50/100*********************************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002370⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000526070 11302016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161122 | 2365 | 11190065 | 5789300505 | 000060 | 65,575.00 | 8588040635 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2365

11/22/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **65,575.00

Sixty-Five Thousand Five Hundred Seventy-Five and 00/100*** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002365⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74230000479970 11222016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161116 | 2353 | 11190065 | 5789300505 | 000060 | 115,000.00 | 8587142166 | |







Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

Page 28 of 250

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161114 | 2348 | 11190065 | 5789300505 | 000060 | 24,000.00 | 8586677402 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2348

11/14/16

PAY TO THE ORDER OF TDR Services, Inc. $ 24,000.00

Twenty-Four thousand and 00/100 — DOLLARS

MEMO

Sandra Molinar

⑈002348⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07423000041296 0 11142016

>113122655<
Prosperity Bank
74230000412960 11142016

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161104 | 2342 | 11190065 | 5789300505 | 000060 | 70,000.00 | 8388647498 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2342

11/4/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **70,000.00

Seventy Thousand and 00/100*************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002342⑈ ⑆111900659⑆ 5789300505⑈

---

ENDORSE HERE

Proceeds Deposited to Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<-074230000348290 11042016

>113122655<
Prosperity Bank
74230000348290 11042016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



PLS000176

Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161230 | 2425 | 11190065 | 5789300505 | 000060 | 42,169.90 | 8885666803 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2425

12/30/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **42,169.90

Forty-Two Thousand One Hundred Sixty-Nine and 90/100*************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002425⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

PROCEEDS DEPOSITED TO THE ACCOUNT OF THE PAYEE PROSPERITY BANK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000763250 12302016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.





Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161229 | 2421 | 11190065 | 5789300505 | 000060 | 70,000.00 | 8385967545 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2421

12/29/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **70,000.00

Seventy Thousand and 00/100****************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molina

⑈002421⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000751070 12292016

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170127 | 2538 | 11190065 | 5789300505 | 000060 | 47,175.00 | 8685546530 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2538

1/24/2017

PAY TO THE ORDER OF TDR Services, INC.- $ **47,175.00

Forty-Seven Thousand One Hundred Seventy-Five and 00/100*** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002538⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071237000671870 01272017

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655<
Prosperity Bank
71237000671870 01272017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170123 | 2516 | 11190065 | 5789300505 | 000060 | 37,939.40 | 8783963214 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2516

1-23-17

PAY TO THE ORDER OF TDR Services, INC. $37,939.40

Thirty Seven thousand nine hundred thirty nine dollars and 40/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO

Sandra Molnar

⑈002516⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000938720 01232017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170119 | 2501 | 11190065 | 5789300505 | 000060 | 11,100.00 | 8684335108 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2501

1-19-17

PAY TO THE ORDER OF TDR Services Inc. $ 11,100/00/xx

Eleven thousand one hundred and 00/xx DOLLARS

MEMO PO# 10704 Plastic.

⑈002501⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE:

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000911280 01192017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170109 | 2438 | 11190065 | 5789300505 | 000060 | 40,000.00 | 8584779983 | |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2438

1/6/2017

PAY TO THE ORDER OF TDR Services, INC.- $ **40,000.00

Forty Thousand and 00/100************************************************************************************************ DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

⑈002438⑈ ⑆111900659⑆ 5789300505⑈



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 071237000588150 01092017

>113122655<
Prosperity Bank
71237000588150 01092017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170322 | 2633 | 11190065 | 5789300505 | 000060 | 5,805.90 | 8887493550 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2633

3/22/2017

PAY TO THE ORDER OF TDR Services, INC.- $ **5,805.90

Five Thousand Eight Hundred Five and 90/100****************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002633⑈ ⑆111900659⑆ 5789300505⑈




Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170215 | 2574 | 11190065 | 5789300505 | 000060 | 17,568.92 | 8787336754 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2574

2/10/2017

PAY TO THE ORDER OF TDR Services, INC.- $ **17,568.92

Seventeen Thousand Five Hundred Sixty-Eight and 92/100****************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002574⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

**Proceeds** Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
74230001133440 02152017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170203 | 2560 | 11190065 | 5789300505 | 000060 | 10,568.92 | 8588704037 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2560

2/3/2017

PAY TO THE ORDER OF TDR Services, INC. $ **10,568.92

Ten Thousand Five Hundred Sixty-Eight and 92/100********************************************** DOLLARS

TDR Services, INC.
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002560⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee
Prosperity Bank

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230001049340 02032017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20170407 | 2668 | 11190065 | 5789300505 | 000060 | 5,215.08 | 8488078847 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2668

4/7/2017

PAY TO THE ORDER OF TDR Services, INC.- $ **5,215.08

Five Thousand Two Hundred Fifteen and 08/100*************************************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002668⑈ ⑆111900659⑆ 5789300505⑈

Intuit® CheckLock™ Secure Check — Details on Back

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
**Prosperity Bank**

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74230001512480 04072017

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

# EXHIBIT B-2

***Flournoy_000455 – Flournoy_000624***
***(All Checks)***

**Davidson Sheen, LLP**
ATTORNEYS FOR PLAINTIFFS
12405 Quaker Avenue, Suite B
Lubbock, Texas 79424
Telephone: (806) 412-6000
Facsimile: (806) 412-6010

Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1558

1/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **55,000.00

Fifty-Five Thousand and 00/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001558⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07223700080298O 01/13/15

>113122655<
Prosperity Bank
72237000802980 01/13/2015

REQUEST 00007792240000000 55000.00
ROLL ECIA 20150113 000008388496426
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026023

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1564

1/28/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **45,000.00

Forty-Five Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001564⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC #785 1-800-433-6310

Details on Back. Intuit® CheckLock™ Secure Check

>113122655< 074237000040990 01282015

>113122655<
Prosperity Bank
74237000040990 01282015

REQUEST 00007792240000000 45000.00
ROLL ECIA 20150128 000008786529801
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

SECURITY FEATURES LISTED ON BACK. INDICATE NO TAMPERING OR COPYING.

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1575

2/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **39,892.47

Thirty-Nine Thousand Eight Hundred Ninety-Two and 47/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO PAYROLL

⑈001575⑈ ⑆111900659⑆ 5789300505⑈

©2011 ATJIT INC #785 1-800-433-6610

Details on Back. Intuit® CheckLock™ Secure Check

>113122655< 074237000107550 02102015

>113122655<
Prosperity Bank
74237000107550 02102015

REQUEST 00007792240000000 39892.47
ROLL ECIA 20150210 000008480163366
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026034



Copy from re:SearchTX

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1574

2/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **47,953.14

Forty-Seven Thousand Nine Hundred Fifty-Three and 14/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO plastic

⑈001574⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 074237000107530 02102015

>113122655<
Prosperity Bank
74237000107530 02102015

REQUEST 00007792240000000 47953.14
ROLL ECIA 20150210 000008480163365
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026035

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1584

2/25/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **58,068.21

Fifty-Eight Thousand Sixty-Eight and 21/100****************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll expense

⑈001584⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 705 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

FOR DEPOSIT ONLY
TDR SERVICES
10188778

>113122655< 074237000181160 02252015

>113122655<
Prosperity Bank
74237000181160 02252015

REQUEST 00007792240000000 58068.21
ROLL ECIA 20150225 000008884465705
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026044

**Withdrawal**

7144 WELLS FARGO

(Check One) [X] Checking [ ] Savings [ ] Money Market Access [ ] Command

Account Number *1332251162

Date 1/5/15

Please print: Name Three Global Fact

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

x [signature]

Seventy seven thousand four hundred 00/100 Dollars $ 27400.00

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

Bank Use Only (When SVT is Not Available) TLR8586 (03/11) WF0115 40279377

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
| --- | --- | --- | --- |

⑈7144⑈ ⑆500000694⑆

4883823344

REQUEST 00007792227000000 27400.00
ROLL ECIA 20150105 000004883823344
JOB ECIA E ACCT 8080001332251162
REQUESTOR U726206
22588495 11/04/2019 Research 22607395

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS024217

CASH ONLY IF ALL Check Lock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

gc

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1596

3/10/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100********************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001596⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
101887778

>113122655< 07223000039772O 03102015

>113122655<
Prosperity Bank
72230000397720 03102015

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150310 000008180897670
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1607

3/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001607⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
74237000297470 03242015

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150324 000008587774116
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026068



Copy from re:SearchTX

1623

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

4/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001623⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
74237000441270 04212015

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150421 000008581873690
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026085



Copy from re:SearchTX

CASH ONLY IF ALL CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1634

4/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **57,482.97

Fifty-Seven Thousand Four Hundred Eighty-Two and 97/100******************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001634⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 0712370003654870 05/01/2015

>113122655<
Prosperity Bank
71237003654870 05/01/2015

REQUEST 00007792240000000 57482.97
ROLL ECIA 20150501 000008583661076
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026093



Copy from re:SearchTX

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1637

5/5/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001637⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 074237000509180 05062015

>113122655<
Prosperity Bank
74237000509180 05062015

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150506 000008584650393
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026095



Copy from re:SearchTX

WELLS FARGO BANK TEXAS, NA
87-66/1119

1646

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

5/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **45,481.03

Forty-Five Thousand Four Hundred Eighty-One and 03/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001646⑈ ⑆111900659⑆ 5789300505⑈

>113122655<
Prosperity Bank
72230000996130 05212015

REQUEST 00007792240000000 45481.03
ROLL ECIA 20150521 000008486044898
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026103

**Withdrawal** 8659 WELLS FARGO

(Check One) [✓] Checking [ ] Savings [ ] Money Market Access [ ] Command

Account Number

* 5789300505 Date 06-04-15

Please print: Name Robert Roland.

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

X [signature]

nineteen thousand eight hundred sixteen 28/100 Dollars $ 19816.28

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available) TLR8586 (08/11) WFD115 40507033

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|
| | | | |

⑈8659⑈ ⑆500000694⑆

4882323237

REQUEST 00007792240000000 19816.28
ROLL ECIA 20150604 000004882323237
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026109



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1663

6/8/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **4,000.00

Four Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO reimbursment for Mike Speck-salesman

⑈001663⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES
SECURITY FEATURES: DO NOT CASH IF:

113122655
Prosperity Bank
06082015

REQUEST 00007792240000000 4000.00
ROLL ECIA 20150608 000008184917760
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026113



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1661

6/8/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **7,358.06

Seven Thousand Three Hundred Fifty-Eight and 06/100**************************************** DOLLARS

TDR Services, Inc.

MEMO reimbursment for bluecross blueshield

⑈001661⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

15122655
Prosperity Bank
722000011136240 06082015

REQUEST 00007792240000000 7358.06
ROLL ECIA 20150608 000008184917759
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1670

6/12/15

PAY TO THE ORDER OF TDR Services, Inc. $ 6,627.18

Six Thousand Six hundred twenty Seven dollars and 18/00 DOLLARS

MEMO Plastic

⑈001670⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock's Secure Premier check may help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud specialists at ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:
Security Hologram • "CheckLock" is visible in foil medallion
Multi-Colored Prismatic Background • Pattern on front of check does not vary in color from edge to edge
CheckLock™ Watermark • Word "CheckLock" is not visible in paper when held to light
Heat Sensitive Ink • Pink icon does not fade & reappear when rubbed or breathed on
Security Border or Microprint Lines • "INTUITCHECKSECURITYSYSTEM" not visible within ...
Chemically Sensitive Paper • Stains or spots on front or back
Fugitive Ink on Back • Ink on back looks pink or has disappeared
Toner Adhesion • Printed information appears tampered with
Protected Against Fraud Area • Pink discoloration appears in Protected Area or Fraud area under information appears broken, scratched and/or shows signs of paper damage
Visible Fluoro • Red and blue fibers are not visible
Invisible Fibers • White and blue fibers are not visible under ultraviolet light
VOID Indicator • "VOID" appears to the left of this message
Security Weave™ Backer • "ORIGINAL DOCUMENT" cannot be read
Listed and not listed check security features conform to CPSA and industry standards.

181226555
Prosperity Bank
722 0001178590 06122015

REQUEST 00007792240000000 6627.18
ROLL ECIA 20150612 000008687758617
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026123

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1676

6/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **17,766.16

Seventeen Thousand Seven Hundred Sixty-Six and 16/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001676⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655< 07423700071S210 06172015

113122655<
Prosperity Bank
07423700071S210 06172015

REQUEST 00007792240000000 17766.16
ROLL ECIA 20150617 000008282506905
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026127

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1672

6/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************************************ DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001672⑈ ⑆111900659⑆ 5789300505⑈

Details on Back — Intuit CheckLock™ Secure Check

ENDORSE HERE

X

Proceeds Deposited [illegible] the Account of the Pay[illegible]e
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN B[illegible]LOW THIS LINE
RESERVED FOR FINANCIAL INSTIT[illegible]ION USE

As the issuer, this [illegible] Secure Premier check [illegible] help reduce your risk of fraud [illegible] liability.

To learn how to protect you[illegible] business, call our check fraud ex[illegible]s at 1-800-[illegible] or [illegible]

[illegible]1122653 Prosperity Bank 72230001216370 06192015

REPLICATING, FORGING OR ALTERING TH[illegible] CHECK IS EXTREMELY DIFFICULT DUE TO *CheckLock*™ HIGH [illegible]ECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH I[illegible] |
|---|---|
| Security Hologram | • "*CheckLock*" is [illegible] visible in foil medallion |
| Multi-Colored Prismatic Background | • Pattern on front [illegible] check does not vary in color from edge [illegible] edge |
| *CheckLock*™ Watermark | • Word "*CheckLo[illegible]*" is not visible in paper when held to lig[illegible] |
| Heat Sensitive Ink | • Pink logo does [illegible] fade & reappear when rubbed or breat[illegible] on |
| Security Border or Microprint Lines | • "INTUIT-CHEC[illegible]OCK™SECURITYSYSTEM" not visible with [illegible]gnification |
| Chemically Sensitive Paper | • Stains or spots [illegible]pear on front or back |
| Fugitive Ink on Back | • Ink on back [illegible] ink or has disappeared |
| Toner Adhesion | • Printed informat[illegible] appears tampered with |
| Protected Against Fraud Area | • Pink discolorati[illegible] appears in PROTECTED AGAINST FRAUD area and/[illegible] information appears broken, scratched and/[illegible] shows signs of paper damage |
| Visible Fibers | • Red and blue fi[illegible] are not visible |
| Invisible Fibers | • White and blue [illegible] are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears [illegible] to the left of this message |
| Security Weave™ Backer | • "ORIGINAL DO[illegible]MENT" cannot be read |

*Listed and not listed check security features [illegible]eed industry standards.*

[illegible] visible on front and back [illegible] security features [illegible] Check Payment [illegible] Association

REQUEST 000077922400000000 65000.00
ROLL ECIA 20150618 000008382259648
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026129

Exhibit 22 Page 18 of Page 170

Copy from re:SearchTX

Flournoy_000472

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1680

8/19/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **5,942.93

Five Thousand Nine Hundred Forty-Two and 93/100********** DOLLARS

TDR Services, Inc.

MEMO

⑈001680⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this ... Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

>111322655< 0742070000727630 06192015

111322655<
Prosperity Bank
7427000727630
06192015

REQUEST 00007792240000000 5942.93
ROLL ECIA 20150619 000008382392926
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026130

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1406 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1690

6/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **55,879.51

Fifty-Five Thousand Eight Hundred Seventy-Nine and 51/100**************************************** DOLLARS

IS PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001690⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655

Prosperity Bank

7423700073969O 06232015

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

REQUEST 00007792240000000 55879.51
ROLL ECIA 20150623 000008882951856
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026134

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1691

6/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **4,733.44

Four Thousand Seven Hundred Thirty-Three and 44/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001691⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655< Prosperity Bank 7423000751470 06262015

REPLICATING, FORGING OR ALTERING THE CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

REQUEST 00007792240000000 4733.44
ROLL ECIA 20150626 000008283879785
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026138

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-86/1119

1694

6/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ ***1,395.40

One Thousand Three Hundred Ninety-Five and 40/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001694⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security Hologram
Multi Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border of Microprint Lines
Chemically Sensitive Paper
Fugitive Ink on Back
Toner Adhesion
Protected Against Fraud Area
Visible Fibers
Invisible Fibers
VOID Indicator
Security Weave™ Backer

Prosperity Bank
06292015

REQUEST 00007792240000000 1395.40
ROLL ECIA 20150629 000008789915193
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026140



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1450 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1710

7/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **4,763.00

Four Thousand Seven Hundred Sixty-Three and 00/100******************************** DOLLARS

IS PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001710⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
07142015

REQUEST 00007792240000000 4763.00
ROLL ECIA 20150713 000008885957868
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026158



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1709

7/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001709⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this Intuit Secure Premier check may help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at 1 800-433-8810 or visit:

113122655<
Prosperity Bank
742 000832700 07132015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:
- Security Hologram: "CheckLock" is not visible in foil medallion
- Multi-Colored Prismatic Background: Pattern on front of check does not vary in color from edge to edge
- CheckLock™ Watermark: Word "CheckLock" is not visible in paper when held to light
- Heat Sensitive Ink: Pink icon does not fade & reappear when rubbed or breathed on
- Security Border: "INTUIT-CHECKLOCK™-SECURITY SYSTEM" not visible with magnification
- Chemically Sensitive Paper: Stains or spots appear on front or back
- Fugitive Ink on Back: Ink on back looks pink or has disappeared
- Tamper Resistant: Printed information appears tampered with
- Protected Against Fraud Area: Pink discoloration appears in Protected Against Fraud area and/or information appears broken, scratched and/or shows signs of paper damage
- Invisible Fibers: Red and blue fibers are not visible under ultraviolet light
- VOID Indicator: "VOID" appears clearly to the left of this message
- Security Warning Banner: ORIGINAL DOCUMENT cannot be read

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150713 000008885957869
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026159



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1490 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1711

7/14/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **14,296.14

Fourteen Thousand Two Hundred Ninety-Six and 14/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001711⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this Secure Premier check can help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at ... or visit ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

111312655< 742970008377740 07152015

111312655<
Prosperity Bank
742970008377740 07152015

REQUEST 00007792240000000 14296.14
ROLL ECIA 20150715 000008180935365
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026162

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1715

7/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **4,733.44

Four Thousand Seven Hundred Thirty-Three and 44/100*** DOLLARS

IS PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001715⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

>113122655<
Prosperity Bank
75237000206190 07172015

REQUEST 00007792240000000 4733.44
ROLL ECIA 20150717 000008484139100
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026163

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1721

7/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,489.27

Ten Thousand Four Hundred Eighty-Nine and 27/100*** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001721⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud liability.
To learn how to protect your business, call our check fraud experts at 1-...

>113122655<
Prosperity Bank
742370000000000
07242015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO *CheckLock*™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security Hologram • "CheckLock" is not visible in foil medallion
Multi-Colored Prismatic Background • Pattern on front of check does not vary in color from edge to edge
CheckLock™ Watermark • Word "CheckLock™" is not visible in paper when held to light
Heat Sensitive Ink • Pink icon does not fade & reappear when rubbed or breathed on
Security Border or ... • "INTUIT CHECKLOCK™ SECURITY SYSTEM" ... magnification
Chemically Sensitive Paper • Stains or spots appear on front or back
Fugitive ... Ink • Ink on back has pink or has disappeared
... Adhesion • Printed information appears tampered with
Protector Against Fraud Area • Pink discoloration appears in Protection Against Fraud area or information appears broken, scratched and/or shows signs of paper damage
Visible Fibers • Red and blue fibers are not visible
Invisible Fibers • Red and blue fibers are not visible under ultraviolet light
VOID Indication • VOID appears clearly to the left of this message
Security Weave Border • "ORIGINAL DOCUMENT" cannot be read
Listed and not listed check security features exceed industry standards.

REQUEST 00007792240000000 10489.27
ROLL ECIA 20150724 000008888031063
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026168

**Withdrawal** 9360 WELLS FARGO

(Check One) [X] Checking [ ] Savings [ ] Money Market Access [ ] Command

Account Number
*5789 300505 Date 7/28/15

Please print: Name
Robert E Roland

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

X

One hundred forty one thousand four hundred forty one 12/100 Dollars $ 141441.12

Wells Fargo Internal Use When Blank
Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available) TLR3588 (08/11) WF0115 50019100

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈9360⑈ ⑆500000694⑆

4882326440

REQUEST 00007792240000000 141441.12
ROLL ECIA 20150728 000004882326441
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026172



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-68/1119

1729

7/30/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,000.00

Ten Thousand and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001729⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE.

113122655<
Prosperity Bank
742370009113307 07302015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 10000.00
ROLL ECIA 20150730 000008685192334
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026173

Exhibit 22 Page 29 of Page 170

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1734

8/6/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **12,204.10

Twelve Thousand Two Hundred Four and 10/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001734⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
7228600(599630) 08/06/2015

REQUEST 00007792240000000 12204.10
ROLL ECIA 20150806 000008785678498
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026185

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1760

8/28/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **12,204.10

Twelve Thousand Two Hundred Four and 10/100****************************** DOLLARS

TDR Services, Inc.

MEMO BC/BS and Guardian

⑈001760⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposit... Account of the P[redacted]yee
Prosperity B[redacted]k

DO NOT WRITE, STAMP OR SIGN B[redacted]OW THIS LINE
RESERVED FOR FINANCIAL INSTI[redacted]TION USE

113122655
Prosperity Bank
7222?0001774050 08282015

REPLICATING, FORGING OR ALTERING T[redacted] CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH [redacted] SECURITY FEATURES

REQUEST 00007792240000000 12204.10
ROLL ECIA 20150828 000008883292858
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026207

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1815

10/21/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **10,221.87

Ten Thousand Two Hundred Twenty-One and 87/100********************************************* DOLLARS

TDR Services, Inc.

MEMO BC/BS and Guardian

⑈001815⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Deposited to t... Account of the Payee Prosperity Ba...

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

111322655
Prosperity Bank
7220002390320 10212015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

REQUEST 00007792240000000 10221.87
ROLL ECIA 20151021 000008488772804
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038





Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1874

12/3/2015

PAY TO THE ORDER OF TDR Services, Inc. $**12,802.48

Twelve Thousand Eight Hundred Two and 48/100************************************ DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO BC/BS and Tax-Fi

⑈001874⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

For deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
742370001522220 12042015

REQUEST 00007792240000000 12802.48
ROLL ECIA 20151204 000008585150509
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026320

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

JMP

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

**WELLS FARGO BANK TEXAS, NA**
37-85/1119

1891

12/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **7,140.45

Seven Thousand One Hundred Forty and 45/100******************************************* DOLLARS

TDR Services, Inc.

⑈001891⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
722200000332170 12162015

SECURITY FEATURES: DO NOT CASH IF:
REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border or Microprint Lines
Chemically Sensitive Paper
Fugitive Ink on Back
Tone Across in Protected Against Fraud Area
Visible Fibers
Invisible Fibers
VOID Indication
Security Weave Backer

REQUEST 00007792240000000 7140.45
ROLL ECIA 20151216 000008380090577
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026334



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1736

8/11/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **30,000.00

Thirty Thousand and 00/100******************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001736⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

Intuit CheckLock™ Secure Check

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN B[redacted]LOW THIS LINE
RESERVED FOR FINANCIAL INSTIT[redacted]ION USE

As the issuer, this Chec[redacted]Lock™ Secure Premier check [redacted]ay help reduce your risk of fraud [redacted]d liability.

To learn how to protect yo[redacted] business, call our check fraud ex[redacted]erts at 1-800-543-(0?00) or [redacted]sit:

111312265 Prosperity Bank 7225001841410 08/12/2015

REPLICATING, FORGING OR ALTERING T[redacted] CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH[redacted]ECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH I[redacted] |
|---|---|
| Security Hologram | • "CheckLock" is [redacted] visible in full medallion |
| Multi-Colored Prismatic Background | • Pattern on front [redacted] check does not vary in color from edge [redacted] edge |
| CheckLock™ Watermark | • Word "CheckLo[redacted]" is not visible in paper when held to lig[redacted] |
| Heat Sensitive Ink | • Pink icon does [redacted] fade & reappear when rubbed or breat[redacted] on |
| Security Border or Microprint Lines | • "INTUIT-CHEC[redacted]OCK™SECURITYSYSTEM" not visible with [redacted]gnification |
| Chemically Sensitive Paper | • Stains or spots [redacted]pear on front or back |
| Fugitive Ink on Back | • Ink on back loo[redacted] faint or has disappeared |
| Toner Adhesion | • Printed informat[redacted] appears tampered with |
| Protected Against Fraud Area | • Pink discolorati[redacted] appears in Protected Against Fraud area and/[redacted] information appears broken, scratched and/or [redacted] shows signs of paper damage |
| Visible Fibers | • Red and blue fi[redacted] are not visible |
| Invisible Fibers | • White and blue [redacted] are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears [redacted]ly to the left of this message |
| Security Weave™ Backer | • "ORIGINAL DO[redacted]MENT" cannot be read |

Listed and not listed check security features [redacted]ceed industry standards.

REQUEST 00007792240000000 30000.00
ROLL ECIA 20150811 000008184673147
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026186

Exhibit 22 Page 35 of Page 170

Flournoy_000489

Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1460 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1739

8/13/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **60,500.00

Sixty Thousand Five Hundred and 00/100****************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001739⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

113122655< 0742370000979280 08142015

113122655<
Prosperity Bank
0742370000979280
08142015

REQUEST 00007792240000000 60500.00
ROLL ECIA 20150814 000008281306844
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026188



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1743

8/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **5,079.09

Five Thousand Seventy-Nine and 09/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO Plastic

⑈001743⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00007792240000000 5079.09
ROLL ECIA 20150819 000008381657293
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026191

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1748

8/19/2015

PAY TO THE ORDER OF TDR Services, INC. $ 15,389.06

Fifteen thousand three hundred eighty-nine and 06/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO Paladin

⑈001748⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud liability.

To learn how to protect your business, call our check fraud experts at 1-800-…

113122655
Prosperity Bank
7220001202110 08192015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:
Security Hologram — "CheckLock" is visible in foil medallion
Multi-Colored Prismatic Background — Pattern on front of check does not vary in color from edge to edge
CheckLock™ Watermark — Word "CheckLock" is not visible in paper when held to light
Heat Sensitive Ink — Pink icon does not fade & reappear when rubbed or breathed on
Security Border or Microprint Lines — "INTUITSCHECKSECURITYSYSTEM" not visible with magnification
Chemical Sensitive Paper — Stains or spots appear on front or back
Fugitive Ink on Back — Ink on back looks pink or has disappeared
Toner Adhesion — Printed information appears unharmed with
Protected Against Fraud Area — Pink discoloration appears in Protected Against Fraud area, information appears broken, or shows signs of paper damage
Visible Fibers — Red and blue fibers are not visible
Invisible Fibers — White and blue fibers are not visible under ultraviolet light
VOID Indicator — "VOID" appears prior to the end of this message
Security Weave™ Border — "ORIGINAL DOCUMENT" cannot be read
Listed and not listed check security features and industry standards.

REQUEST 00007792240000000 15389.06
ROLL ECIA 20150819 000008381657292
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026194



Copy from re:SearchTX

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1756

8/26/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************************************************************** DOLLARS

TDR Services, Inc.

Memo:

⑈001756⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
722000017557100 08262015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 65000.00
ROLL ECIA 20150826 000008580455020
JOB ECIA B ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026203

Exhibit 22 Page 39 of Page 170

Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-86/1119

1758

8/27/2015

PAY TO THE ORDER OF TDR Services, Inc. $**25,000.00

Twenty-Five Thousand and 00/100****************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001758⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

113122655<
Prosperity Bank
7423700104836O 08282015

REQUEST 00007792240000000 25000.00
ROLL ECIA 20150828 000008883292748
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026208

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1770

9/3/15

PAY TO THE ORDER OF TDR, INC $13,606.80

thirteen thousand six hundred six dollars 80/100 DOLLARS

IS PROTECTED AGAINST FRAUD

MEMO

⑈001770⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES: DO NOT CASH IF ...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

131122655
Prosperity Bank
742?001083910
09042015

REQUEST 00007792240000000 13606.80
ROLL ECIA 20150904 000008581902700
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026217

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1772

9/9/2015

PAY TO THE ORDER OF TDR Services, Inc. $**80,938.23

Eighty Thousand Nine Hundred Thirty-Eight and 23/100*********************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001772⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

Prosperity Bank
7223000 1869420 09092015

REQUEST 00007792240000000 80938.23
ROLL ECIA 20150909 000008189066986
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026218

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1773

9/11/2015

PAY TO THE ORDER OF TDR Services, Inc. $**15,422.40

Fifteen Thousand Four Hundred Twenty-Two and 40/100******** DOLLARS

TDR Services, Inc.

MEMO Plastic

⑈001773⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

DO NOT CASH

>113122655<
Prosperity Bank
7422700111600
09112015

REQUEST 00007792240000000 15422.40
ROLL ECIA 20150911 000008482262520
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026220

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1776

9/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $**30,000.00

Thirty Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001776⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 875237800386740 09182015

>113122655<
Prosperity Bank
75237800386740 09182015

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ORIGINAL DOCUMENT

REQUEST 00007792240000000 30000.00
ROLL ECIA 20150918 000008781847666
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026226

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1110

1777

9/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $**37,385.80

Thirty-Seven Thousand Three Hundred Eighty-Five and 80/100************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001777⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 75237000386720 09182015

>113122655<
Prosperity Bank
75237000386720 09182015

ENDORSE HERE

REQUEST 00007792240000000 37385.80
ROLL ECIA 20150918 000008781847665
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026227

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1781

9/23/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **27,938.96

Twenty-Seven Thousand Nine Hundred Thirty-Eight and 96/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001781⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Dep[redacted] Account of the P[redacted]ees Prosperity Ba[redacted]

DO NOT WRITE, STAMP OR SIGN B[redacted]LOW THIS LINE
RESERVED FOR FINANCIAL INST[redacted]ION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.
To learn how to protect your business, call our check fraud experts at 1-800-...

113122655 Prosperity Bank 72230001071520 09232015

REPLICATING, FORGING OR ALTERING TH[redacted] CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH [redacted]ECURITY FEATURES

| SECURITY FEATURES: | DO NOT CASH IF: |
|---|---|
| Security Hologram | • "CheckLock" is [redacted] visible in foil medallion |
| Multi-Colored Prismatic Background | • Pattern on front [redacted] check does not vary in color from edge [redacted] edge |
| CheckLock™ Watermark | • Word "CheckLo[redacted]" is not visible in paper when held to lig[redacted] |
| Heat Sensitive Ink | • Pink icon does n[redacted] fade & reappear when rubbed or breath[redacted] on |
| Security Border or Microprint Lines | • "INTUIT CHEC[redacted]OCK™ SECURITY SYSTEM" not visible with [redacted] ification |
| Chemically Sensitive Paper | • Stains or spots [redacted] ear on front or back |
| Fugitive Ink on Back | • Ink on back look[redacted] ink or has disappeared |
| Toner Adhesion | • Printed informat[redacted] appears tampered with |
| Protected Against Fraud Area | • Pink discoloratio[redacted] appears in Protected Against Fraud area and [redacted] information appears broken, scratched and/o[redacted] shows signs of paper damage |
| Visible Fibers | • Red and blue fi[redacted] are not visible |
| Invisible Fibers | • White and blue [redacted] rs are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears [redacted] ally to the left of this message |
| Security Warning Backer | • "ORIGINAL DOC[redacted]MENT" cannot be read |

Listed and not listed check security features [redacted] ceed industry standards.

REQUEST 00007792240000000 27938.96
ROLL ECIA 20150923 000008584385789
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026228

Exhibit 22 Page 46 of Page 170

Copy from re:SearchTX

Flournoy_000500

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-45/1119

1782

9/24/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **60,000.00

Sixty Thousand and 00/100********** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001782⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer of this CheckLock™ Secure Premier check ... reduce your risk of fraud and liability.

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

113122655<
Prosperity Bank
742...001181660
09252015

REQUEST 00007792240000000 60000.00
ROLL ECIA 20150925 000008387683656
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026231

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1801

10/7/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001801⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

111322655
Prosperity Bank
7230002098740
10072015

REQUEST 00007792240000000 35000.00
ROLL ECIA 20151007 000008289317389
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026247



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1803

10/8/2015

PAY TO THE ORDER OF TDR Services, Inc. $**63,000.00

Sixty-Three Thousand and 00/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001803⑈ ⑆111900659⑆ 5789300505⑈

REQUEST 00007792240000000 63000.00
ROLL ECIA 20151008 000008183497960
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026249

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1810

10/15/2015

PAY TO THE ORDER OF TDR Services, Inc. $**14,443.20

Fourteen Thousand Four Hundred Forty-Three and 20/100****** DOLLARS

TDR Services, Inc.

MEMO Plastic

⑈001810⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

111322655
Prosperity Bank
742370012746 10
10162015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

REQUEST 00007792240000000 14443.20
ROLL ECIA 20151016 000008280753968
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026256



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-88/1110

1812

10/19/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **85,000.00

Eighty-Five Thousand and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001812⑈ ⑆111900659⑆ 5789300505⑈

Details on Back — Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

10122655
Prosperity Bank
7423 0012890000 10192015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ High SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 85000.00
ROLL ECIA 20151019 000008488291989
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026258



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1825

10/26/2015

PAY TO THE ORDER OF TDR Services, Inc. $**39,737.50

Thirty-Nine Thousand Seven Hundred Thirty-Seven and 50/100****** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Plastic

⑈001825⑈ ⑆111900659⑆ 5789300505⑈

Details on Back — Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud and liability. To learn how to protect your business, call our check fraud experts at

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CHECKLOCK'S HIGH SECURITY FEATURES

13122655
Prosperity Bank
7422001334740 10/26/2015

REQUEST 00007792240000000 39737.50
ROLL ECIA 20151026 000008282125859
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026267

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1831

10/30/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **25,000.00

Twenty-Five Thousand and 00/100****************************** DOLLARS

TDR Services, Inc.

⑈001831⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:
REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

1113122655
Prosperity Bank
7223000228440
10302015

REQUEST 00007792240000000 25000.00
ROLL ECIA 20151030 000008580141137
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026273

Exhibit 22 Page 53 of Page 170

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1833

11/4/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **36,500.00

Thirty-Six Thousand Five Hundred and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001833⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock™ Secure Premier check may help reduce your risk of fraud and liability.

To learn how to protect your business, call our check fraud experts at 1-800-...

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border or Microprint Lines
Chemically Sensitive Paper
Fugitive Ink on Back
Toner Adhesion
Protected Against Fraud Area
Visible Fibers
Invisible Fibers
VOID Indicator
Security Weave® Backer

113122655
Prosperity Bank
7223000232930 11042015

REQUEST 00007792240000000 36500,00
ROLL ECIA 20151104 000008187615866
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026279

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1838

11/6/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **25,000.00

Twenty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

⑈001838⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

118192655
Prosperity Bank
7220000000008770 11062015

REQUEST 00007792240000000 25000.00
ROLL ECIA 20151106 000008283730937
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026281



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1844

11/17/2015

PAY TO THE ORDER OF TDR Services, Inc. $**90,000.00

Ninety Thousand and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001844⑈ ⑆111900659⑆ 5789300505⑈

Intuit® CheckLock™ Secure Check. Details on Back.

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ High SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
742?001449920 11172015

REQUEST 00007792240000000 90000.00
ROLL ECIA 20151117 000008482560355
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026292



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1847

11/18/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001847⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

As the issuer, this CheckLock Secure Premier check may help reduce your risk of fraud liability.

113022655<
Prosperity Bank
7230000100680 11182015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES
DO NOT CASH
SECURITY FEATURES:

REQUEST 00007792240000000 35000.00
ROLL ECIA 20151118 000008385548646
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

**Withdrawal**

7092

WELLS FARGO

(Check One) ☐ Checking ☐ Savings ☐ Money Market Access ☐ Command

Account Number *5789300505.

Date 11.19.15.

Please print: Name Sandra molinar

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

x Sandra Molinar

ten thousand Dollars $ 10 000.00

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available) TLR6586 (08/11) WF0115 50019100

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
| --- | --- | --- | --- |

⑈7092⑈ ⑆500000694⑆

4882327789

REQUEST 00007792240000000 10000.00
ROLL ECIA 20151119 000004882327789
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026299



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1869

12/2/2015

PAY TO THE ORDER OF TDR Services, Inc. $**44,406.59

Forty-Four Thousand Four Hundred Six and 59/100****************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001869⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
7230000205860 12022015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

REQUEST 00007792240000000 44406.59
ROLL ECIA 20151202 000008287055590
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026315

Exhibit 22 Page 59 of Page 170

Copy from re:SearchTX

Flournoy_000513

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1870

12/3/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **36,500.00

Thirty-Six Thousand Five Hundred and 00/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001870⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF

>113122655<
Prosperity Bank
7223000023220 12032015

REQUEST 00007792240000000 36500.00
ROLL ECIA 20151203 000008888206344
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026316

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1894

12/16/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **86,817.24

Eighty-Six Thousand Eight Hundred Seventeen and 24/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

⑈001894⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
722300000331860 12162015

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 86817.24
ROLL ECIA 20151216 000008380090575
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026335



Copy from re:SearchTX

CASH ONLY IF ALL ChockLook™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1901

12/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **67,970.00

Sixty-Seven Thousand Nine Hundred Seventy and 00/100****************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈001901⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

SECURITY FEATURES: DO NOT CASH ... DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

113122655<
Prosperity Bank
72230000418350 12292015

REQUEST 00007792240000000 67970.00
ROLL ECIA 20151229 000008488162601
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026347



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1902

12/29/2015

PAY TO THE ORDER OF TDR Services, Inc. $ **40,078.13

Forty Thousand Seventy-Eight and 13/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈001902⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
72200000124180 12302015

REQUEST 00007792240000000 40078.13
ROLL ECIA 20151230 000008882044642
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1193

1/16/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **45,644.05

Forty-Five Thousand Six Hundred Forty-Four and 05/100************************************** DOLLARS

TDR Services, Inc.

MEMO 12-2-13 to 12-15-13

⑈001193⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
71230002779150 01/17/2014

Proceeds Deposited to the Account of the Payee Prosperity Bank

REQUEST 00007792240000000 45644.05
ROLL ECIA 20140117 000008788654630
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025706



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1199

1/24/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **43,300.67

Forty-Three Thousand Three Hundred and 67/100******************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll for 12/16/14 - 12/29/13

⑈001199⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. # 765 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

Proceeds Deposited to the Account of the Payee Prosperity Bank

>1113122655 <
Prosperity Bank
71230002828070 01/24/2014

REQUEST 00007792240000000 43300.67
ROLL ECIA 20140124 000008284025980
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025711



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1216

2/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **44,917.72

Forty-Four Thousand Nine Hundred Seventeen and 72/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO
payroll

⑈001216⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. # 785 1-800-433-8810

Intuit® CheckLock™ Secure Check

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>1113122655 <
Prosperity Bank
71230002927460 02/05/2014

REQUEST 00007792240000000 44917.72
ROLL ECIA 20140205 000008886033175
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025719



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1228

2/14/2014

PAY TO THE ORDER OF TDR Services, Inc. $**57,288.00

Fifty-Seven Thousand Two Hundred Eighty-Eight and 00/100******************************************************************* DOLLARS

TDR Services, Inc.

MEMO *Acct 10188778*

⑈001228⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-8810

Details on Back. Intuit® CheckLock™ Secure Check

Proceeds deposited to the Account of the Payee Prosperity Bank

>1113122655 <
Prosperity Bank
71230003010420 02/14/2014

REQUEST 00007792240000000 57288.00
ROLL ECIA 20140214 000008484739829
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025732



Copy from re:SearchTX

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1258

3/14/2014

PAY TO THE ORDER OF TDR Services, Inc. $**68,644.75

Sixty-Eight Thousand Six Hundred Forty-Four and 75/100************************************************ DOLLARS

TDR Services, Inc.

MEMO payroll 2/10-2/23 payday 2/28/14 10188778

⑈001258⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the
Account of the Payee
Prosperity Bank

>1113122655 <
Prosperity Bank
71230003237070 03/14/2014

REQUEST 00007792240000000 68644.75
ROLL ECIA 20140314 000008688683564
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025750



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1264

3/17/2014

PAY TO THE ORDER OF TDR Services, Inc. $**110,731.09

One Hundred Ten Thousand Seven Hundred Thirty-One and 09/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO Hamilton SWD

⑈001264⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 72237000922890 03/18/14

>1113122655 <
Prosperity Bank
72237000922890 03/18/2014

REQUEST 00007792240000000 110731.09
ROLL ECIA 20140318 000008787890530
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025752



Copy from re:SearchTX

**PROSPERITY BANK®**

Statement Date 2/28/2014
Account No 3013956755
Page 1 of 4

THREE GLOBAL, LLC
3101 CROCKETT AVE
SNYDER TX 79549-4431

19634

2

## STATEMENT SUMMARY — TX Small Business Account No 3013956755

| | | | | |
|---|---|---|---|---|
| 02/01/2014 | Beginning Balance | | | $646.68 |
| | 1 Deposits/Other Credits | | + | $14,550.00 |
| | 2 Checks/Other Debits | | - | $14,560.00 |
| 02/28/2014 | Ending Balance | 28 Days in Statement Period | | $636.68 |
| | Total Enclosures | | | 1 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/12/2014 | Deposit | $14,550.00 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 02/18/2014 | Transfer Withdrawal | $14,550.00 |
| 02/28/2014 | Service Charge | $10.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-01 | $646.68 | 02-18 | $646.68 | | |
| 02-12 | $15,196.68 | 02-28 | $636.68 | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Total Fees | 02/28/2014 | $10.00 |
| Maintenance Fee | | $10.00 |

9002

102201 : 01963401

MEMBER FDIC    EQUAL HOUSING LENDER    NYSE Symbol "PB"

Exhibit 22 Page 70 of Page 170

PLS014596

Copy from re:SearchTX

Flournoy_000524

VOID IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1292

4/2/2014

PAY TO THE ORDER OF TDR Services, Inc. $**73,813.21

Seventy-Three Thousand Eight Hundred Thirteen and 21/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO payroll 2/24/14 - 3/09/14

⑈001292⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000070480 04/08/14

>1113122655 <
Prosperity Bank
71230000070480 04/08/2014

Proceeds Deposited to the Account of the Payee Prosperity Bank

REQUEST 00007792240000000 73813.21
ROLL ECIA 20140408 000008682464191
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025781

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1312

4/22/2014

PAY TO THE ORDER OF TDR Services, Inc. $**83,936.52

Eighty-Three Thousand Nine Hundred Thirty-Six and 52/100********************************************************************* DOLLARS

TDR Services, Inc.

MEMO payroll

⑈001312⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 071230000178510 04/22/14

>1113122655 <
Prosperity Bank
71230000178510 04/22/2014

REQUEST 00007792240000000 83936.52
ROLL ECIA 20140422 000008586969811
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025797



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1321

5/8/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **47,000.00

Forty-Seven Thousand and 00/100************************************************************************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Partial payment payroll

⑈001321⑈ ⑆111900659⑆ 5789300505⑈

>111312265< 0712300000307990 05/08/14

>1113122655 <
Prosperity Bank
71230000308170 05/08/2014

REQUEST 00007792240000000 47000.00
ROLL ECIA 20140508 000008785497097
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025805



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1330

5/20/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **19,000.00

Nineteen Thousand and 00/100******************************************************************************** DOLLARS

TDR Services, Inc.

MEMO partial payroll payment for 4-11-14 Payroll date

⑈001330⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237001274950 05/21/14

>1113122655 <
Prosperity Bank
72237001275080 05/21/2014

REQUEST 00007792240000000 19000.00
ROLL ECIA 20140521 000008489863282
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025813



Copy from re:SearchTX

CASH ONLY IF ALL SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1333

5/22/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **56,597.72

Fifty-Six Thousand Five Hundred Ninety-Seven and 72/100*************************************************************** DOLLARS

TDR Services, Inc.

MEMO Payroll 4/7/14 - 4/14/14 payday 4/25/14

⑈001333⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 07123000042377 05/22/14

>1113122655 <
Prosperity Bank
71230000423770 05/22/2014

Proceeds Deposited to the Account of the Payee.
Prosperity Bank

REQUEST 00007792240000000 56597.72
ROLL ECIA 20140522 000008480012696
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025817



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1353

6/12/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **35,000.00

Thirty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO PARTIAL PAYROLL(APRIL)

⑈001353⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230000617520 06/13/2014

Proceeds Deposited to the Account of the Payee
Prosperity Bank

acct# 101/8878

REQUEST 00007792240000000 35000.00
ROLL ECIA 20140613 000008780970031
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025830



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1355

6/19/2014

PAY TO THE ORDER OF TDR Services, Inc. $**45,000.00

Forty-Five Thousand and 00/100*********************************************************************************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Remainder May and Partial June Payroll

⑈001355⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655< 071230000660330 06/19/14

>1113122655<
Prosperity Bank
71230000660330 06/19/2014

REQUEST 00007792240000000 45000.00
ROLL ECIA 20140619 000008886642801
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025835



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1367

6/30/2014

PAY TO THE ORDER OF TDR Services, Inc. $**97,454.00

Ninety-Seven Thousand Four Hundred Fifty-Four and 00/100****************************************************************** DOLLARS

TDR Services, Inc.
p.o. box 390
Snyder, Texas 79550

MEMO Trinity

⑈001367⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 0722370013687810 07/01/14

>1113122655<
Prosperity Bank
72237001368110 07/01/2014

REQUEST 00007792240000000 97454.00
ROLL ECIA 20140701 000008388739777
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025845

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1385

7/8/2014

PAY TO THE ORDER OF TDR Services, Inc. $**109,117.51

One Hundred Nine Thousand One Hundred Seventeen and 51/100************************************************************ DOLLARS

TDR Services, Inc.

MEMO Labor 10188778

⑈001385⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655< 071230000031030 07/11/14

>1113122655<
Prosperity Bank
71230000031030 07/11/2014

REQUEST 00007792240000000 109117.51
ROLL ECIA 20140711 000008785122892
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025859

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1460

9/9/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **61,717.13

Sixty-One Thousand Seven Hundred Seventeen and 13/100**************************************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

⑈001460⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. # 765 1-800-433-0310

Details on Back. CheckLock™ Secure Check

>113122655< 0722370001742300 09/10/14

>113122655<
Prosperity Bank
72237000174230 09/10/2014

REQUEST 00007792240000000 61717.13
ROLL ECIA 20140910 000008588070004
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025930



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1427

7/2/2014

PAY TO THE ORDER OF TDR Services, Inc. $**57,883.69

Fifty-Seven Thousand Eight Hundred Eighty-Three and 69/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR 06.20.14

⑈001427⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 871237002762080 08/11/2014

>1113122655<
Prosperity Bank
71237002762080 08/11/2014

REQUEST 00007792240000000 57883.69
ROLL ECIA 20140811 000008884643307
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025897

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1470

8/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,772.62

Sixty-Five Thousand Seven Hundred Seventy-Two and 62/100******************************************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

⑈001470⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 072237000205580 09/16/14

>113122655<
Prosperity Bank
72237000205580 09/16/2014

REQUEST 00007792240000000 65772.62
ROLL ECIA 20140916 000008380370070
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025936



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1487

10/21/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **42,105.13

Forty-Two Thousand One Hundred Five and 13/100*********************************************************************** DOLLARS

TDR Services, Inc.

MEMO PAYROLL

⑈001487⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC. #785 1-800-433-6810

Details on Back. Intuit CheckLock™ Secure Check

FOR DEPOSIT ONLY
101887712

>113122655<
Prosperity Bank
7123000856250 10/21/2014

REQUEST 00007792240000000 42105.13
ROLL ECIA 20141021 000008885122822
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025963



Copy from re:SearchTX

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1509

11/5/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****** DOLLARS

TDR Services, Inc.

MEMO G16 and partial G17

⑈001509⑈ ⑆111900659⑆ 5789300505⑈

FOR DEPOSIT ONLY
10188778

>113122655<
Prosperity
Bank
71230000990680 11/05/2014

REQUEST 00007792240000000 65000.00
ROLL ECIA 20141105 000008387621491
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025975



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1515

11/18/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001515⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07223700053627 0 11/18/14

>113122655<
Prosperity
Bank
.7223700053627 0 11/18/2014

REQUEST 00007792240000000 65000.00
ROLL ECIA 20141118 000008280152740
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025980

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

12/3/2014

1530

**60,220.27

PAY TO THE ORDER OF TDR Services, Inc. $

Sixty Thousand Two Hundred Twenty and 27/100 DOLLARS

TDR Services, Inc.

MEMO REMAINDER G18;PARTIAL G19

⑈001530⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07123000124601 12/03/14

>113122655<
Prosperity Bank
71230001246010 12/03/2014

FOR DEPOSIT ONLY
Acct# 10188778

REQUEST 00007792240000000 60220.27
ROLL ECIA 20141203 000008282609712
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025987

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1542

12/16/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001542⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 0722370006?2100 12/16/14

>113122655<
Prosperity Bank
72237000683170 12/16/2014

REQUEST 00007792240000000 65000.00
ROLL ECIA 20141216 000008780256490
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1546

12/29/2014

PAY TO THE ORDER OF TDR Services, Inc. $ **65,000.00

Sixty-Five Thousand and 00/100****************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001546⑈ ⑆111900659⑆ 5789300505⑈

© 2011 INTUIT INC # 785 1-800-433-6810

Details on Back. Intuit® CheckLock™ Secure Check

FOR DEPOSIT ONLY
ACCT 10188778

>113122655< 07123000145659 12/29/14

>113122655<
Prosperity Bank
71230001456590 12/29/2014

REQUEST 00007792240000000 65000.00
ROLL ECIA 20141229 000008781990497
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026010

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Thrає Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1917

1/13/2016

PAY TO THE ORDER OF TDR Services, Inc. $**30,700.00

Thirty Thousand Seven Hundred and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001917⑈ ⑆111900659⑆ 5789300505⑈

REQUEST 00007792240000000 30700.00
ROLL ECIA 20160113 000008788889223
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026362

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1919

1/14/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **41,332.10

Forty-One Thousand Three Hundred Thirty-Two and 10/100*** DOLLARS

TDR Services, Inc.

MEMO

Sandra Melinar

⑈001919⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
742370001716180 01142016

REQUEST 00007792240000000 41332.10
ROLL ECIA 20160114 000008789089427
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026363

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1930

1/20/2016

PAY TO THE ORDER OF TDR Services, Inc. $**9,178.93

Nine Thousand One Hundred Seventy-Eight and 93/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001930⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
7122000000009080 01212016

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 9178.93
ROLL ECIA 20160121 000008284753986
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026374

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1941

1/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $**90,209.05

Ninety Thousand Two Hundred Nine and 05/100****************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈001941⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

Security Hologram
Multi-Colored Prismatic Background
CheckLock™ Watermark
Heat Sensitive Ink
Security Border

Prosperity Bank
0126201б

REQUEST 00007792240000000 90209.05
ROLL ECIA 20160126 000008385900677
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026386

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1956

2/2/2016

PAY TO THE ORDER OF TDR Services, Inc. $**30,063.00

Thirty Thousand Sixty-Three and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001956⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Prosperity Bank

113122655<

71230000115700 02022016

REQUEST 00007792240000000 30063.00
ROLL ECIA 20160202 000008887287341
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026397

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1961

2/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $**4,994.45

Four Thousand Nine Hundred Ninety-Four and 45/100******************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001961⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
712300000168420 02092016

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security Hologram

Multi-Colored Prismatic Background

CheckLock™ Watermark

Heat Sensitive Ink

Security Border or Microprint Lines

Chemically Sensitive Paper

Visible Fibers

VOID Indication

REQUEST 00007792240000000 4994.45
ROLL ECIA 20160209 000008888435393
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Exhibit 22 Page 94 of Page 170

PLS026404

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

1962

2/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $**6,174.00

Six Thousand One Hundred Seventy-Four and 00/100******************************************************************* DOLLARS

TDR Services, Inc.

MEMO Plastic

Sandra Molinar

⑈001962⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee— Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

113122655<
Prosperity Bank
71230000168440 02092016

REQUEST 00007792240000000 6174.00
ROLL ECIA 20160209 000008888435394
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026405



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1963

2/10/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **90,309.91

Ninety Thousand Three Hundred Nine and 91/100******************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001963⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
712300000167600 02102016

REPLICATING, FORGING OR ALTERING IS EXTREMELY DIFFICULT DUE TO CheckLock™ SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH

REQUEST 00007792240000000 90309.91
ROLL ECIA 20160210 000008783377337
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026408



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-66/1119

1972

2/23/2016

PAY TO THE ORDER OF TDR Services, Inc. $**70,000.00

Seventy Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001972⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

[redacted]

113122655<
Prosperity Bank
712300002300910 02232016

REQUEST 00007792240000000 70000.00
ROLL ECIA 20160223 000008686897979
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock℠ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1978

2/29/2016

PAY TO THE ORDER OF TDR Services, Inc. $**2,500.00

Two Thousand Five Hundred and 00/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001978⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655
Prosperity Bank
7123000032220 02292016

REQUEST 00007792240000000 2500.00
ROLL ECIA 20160229 000008785768179
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026422

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1980

3/2/2016

PAY TO THE ORDER OF TDR Services, Inc. $**15,000.00

Fifteen Thousand and 00/100******************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈001980⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

Prosperity Bank

71236000347590 03022016

REQUEST 00007792240000000 15000.00
ROLL ECIA 20160302 000008487701798
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026428

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1982

3/3/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **5,985.00

Five Thousand Nine Hundred Eighty-Five and 00/100********************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈001982⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

SECURITY FEATURES:

113122655<
Prosperity Bank
7123000353560 03032016

REQUEST 00007792240000000 5985.00
ROLL ECIA 20160303 000008786471401
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026429

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2001

3/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $**55,157.88

Fifty-Five Thousand One Hundred Fifty-Seven and 88/100****************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑆002001⑆ ⑈111900659⑈ 5789300505⑆

ENDORSE HERE

Access Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
712500006403400 03092016

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

Security hologram • CheckLock™ is visible in reflected light
Multi-Colored Prismatic Background • Pattern on front checks does not vary in color from edge to edge
CheckLock™ Watermark • Word "CheckLock" is not visible in paper when held to light
Heat Sensitive Ink • Prism does not fade & reappear when rubbed or breathed on
Security Border or Microprint Lines • "INTUIT CHECKLOCK" "SECURITY SYSTEM" not visible with magnification
Chemically Sensitive Paper • Stains or spots appear on front or back
Fugitive Ink on Back • Ink on back looks blurred or has disappeared
Tamper Resistant Toner Adhesion • Printed information appears tampered with
Protection Against Fraud Area • Pink discoloration appears in Protection Against Fraud area or information appears broken, scratched or shows signs of toner damage
Visible Fibers • Red and blue fibers are not visible
Invisible Fibers • White and blue fibers are not visible under ultraviolet light
VOID Indication • "VOID" appears only on the word "ORIGINAL" on front
Security Weave Border • "ORIGINAL DOCUMENT" ...

Listed and not listed check security features exceed industry standards

REQUEST 00007792240000000 55157.88
ROLL ECIA 20160309 000008883248468
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026438

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2060

4/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $**11,385.49

Eleven Thousand Three Hundred Eighty-Five and 49/100************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈002060⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee

Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>111322655<
Prosperity Bank
71230000752540 04262016

REPLICATING, FORGING OR ALTERING THIS CHECK IS DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 11385.49
ROLL ECIA 20160426 000008182827128
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Exhibit 22 Page 102 of Page 170

PLS026499

Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2077

5/5/2016

PAY TO THE ORDER OF TDR Services, Inc. $**45,000.00

Forty-Five Thousand and 00/100************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molmar

⑈002077⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee.
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1113122655<
Prosperity Bank
712500000330500 05052016

DUPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF:

REQUEST 00007792240000000 45000.00
ROLL ECIA 20160505 000008487866013
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026517



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1110

2084

5/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $**2,565.00

Two Thousand Five Hundred Sixty-Five and 00/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molina

⑈002084⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds-Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

116122855
Prosperity Bank
7123000005
05062016

REQUEST 00007792240000000 2565.00
ROLL ECIA 20160506 000008184392053
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026523



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2092

5/25/2016

PAY TO THE ORDER OF TDR Services, Inc. $**7,469.16

Seven Thousand Four Hundred Sixty-Nine and 16/100*********************************************************************** DOLLARS

TDR Services, Inc.

MEMO BC/BS, Guadrian & Verizon

Sandra Molnar

⑈002092⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
7123000000076800 05252016

REPLICATING, FORGING OR ALTERING IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES:

REQUEST 00007792240000000 7469.16
ROLL ECIA 20160525 000008384784233
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026534

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2110

6/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $**9,143.26

Nine Thousand One Hundred Forty-Three and 26/100****** DOLLARS

TDR Services, Inc.

MEMO plastic

Sandra Molinar

⑈002110⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
712300001080420 06072016

REQUEST 00007792240000000 9143.26
ROLL ECIA 20160607 000008781092351
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026549



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2156

6/29/16

PAY TO THE ORDER OF TDR Services $ 28,000

twenty-eight thousand dollars DOLLARS

MEMO Expenses

Sandra Molina

⑈002156⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
71230001245170 06292016

REQUEST 00007792240000000 28000.00
ROLL ECIA 20160629 000008880030437
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026582

**Withdrawal**

4372

WELLS FARGO

(Check One) ☐ Checking ☐ Savings ☐ Money Market Access ☐ Command

Account Number
* 5789 300505.

Date 06·30·16.

Please print Name
Robert Roland

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

(X) [signature]

Seven Thousand Five hundred ——— Dollars $ 7500.00

Wells Fargo Internal Use When Blank
Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available) TLR8536 (04/15) WF0115 50285068

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
| --- | --- | --- | --- |
| | | | |

⑈4372⑈ ⑆500000694⑆

4888805625

REQUEST 00007792240000000 7500.00
ROLL ECIA 20160630 000004883825625
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026586



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2153

7/1/16

PAY TO THE ORDER OF TDR Services $ 45,000.00

fourty-five thousand dollars xx/100 DOLLARS

MEMO

Sandra Molinar

⑈002153⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655<
Prosperity Bank
24237002511700 07012016

REQUEST 00007792240000000 45000.00
ROLL ECIA 20160701 000008288738877
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026589



Copy from re:SearchTX

**Withdrawal** 3787 WELLS FARGO

(Check One) ☐ Checking ☐ Savings ☐ Money Market Access ☐ Command

Account Number *5789300505 Date 07-07-16.

Please print: Name Robert Roland

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal from the account listed above.
Please sign in teller's presence. Two forms of ID may be required.

X

twothousand sixhundred forty seven and no/100 Dollars $ 2647.00

Bank Use Only (When SVT is Not Available) TLR8586 (04/15) WF8115 5028500

| Customer Id: | Exp. date: | Token Verified (✓) ☐ | Approval: |
|---|---|---|---|

⑈3787⑈ ⑆5000006914⑆

Wells Fargo Internal Use When Blank
Wells Fargo Confidential When Completed

4888436381

REQUEST 00007792240000000 2647.00
ROLL ECIA 20160707 000004888436381
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026594



Copy from re:SearchTX

**PROSPERITY BANK®**

PO Drawer G
El Campo TX 77437

**Wire Transfer of Funds Notice**

**INCOMING DOMESTIC WIRE**

**Deposit Account**

**XXXXXX8778**

TDR SERVICES INC
PO BOX 390
SNYDER, TX 79550

Customer:

TDR SERVICES INC
PO BOX 51988
MIDLAND, TX 79710

Processing Date: 7/07/2016
Time: 2:47PM

The Following Information Was Received For: Regular Transfer of Funds

Originator: ID#: XXXXXXXXXXXXXX0505
THREE GLOBAL LLC
1400 E HIGHWAY 350
BIG SPRING, TX 79720-0477

Wire Amount: $154,257.85

Beneficiary: ID#: XXXXXXXXXXXXXX8778
TDR SERVICES INC

Wire Credited To: XXXXXX8778

IMAD: 20160707I1B7033R013212

Additional Wire Information:

Reference: 2016070700122735 Reference to Ben: 0006969189864764 Sending Bank: 1210-0024-8 WELLS FARGO SF
OMAD: 20160707QMGFNP6300207907071534FT03

**If you have any questions, please contact your local Banking Center.**

5

Ref #: 832

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

SMP

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2175

7/13/16

PAY TO THE ORDER OF TDR Services, INC $ 50,000.00

Fifty-thousand dollars and xx/100 DOLLARS

MEMO

Sandra Molinar

⑈002175⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds deposited to the account of the payee
Prosperity Bank
101888126

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

113122655<
Prosperity Bank
71230001352680 07132016

REQUEST 00007792240000000 50000.00
ROLL ECIA 20160713 000008280522903
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026608



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2182

7/22/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **10,000.00

Ten Thousand and 00/100****************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈002182⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

≥113122655<
Prosperity Bank
71230000032420 07222016

REQUEST 00007792240000000 10000.00
ROLL ECIA 20160722 000008186015767
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026617

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2184

7/27/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **58,000.00

Fifty-Eight Thousand and 00/100****************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO LABOR

Sandra Molina

⑈002184⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee

Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
71230000018530 07272016

REQUEST 00007792240000000 58000.00
ROLL ECIA 20160727 000008580371737
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026619



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2190

7/29/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **38,000.00

Thirty-Eight Thousand and 00/100*************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002190⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Proceeds Deposited to the Account of the Payee

Prosperity Bank

ENDORSE HERE

>113122655<
Prosperity Bank
71230000035430 07292016

REQUEST 00007792240000000 38000.00
ROLL ECIA 20160729 000008283264402
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026624

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2204

8-4-16

PAY TO THE ORDER OF TDR Services Inc. $ 11,796/30

Eleven thousand seven hundred ninty-six and 30/xx DOLLARS

MEMO Note 051716-01, 051716-02

⑈002204⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
72230000002670 08042016

REQUEST 00007792240000000 11796.30
ROLL ECIA 20160804 000008581558127
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026633

CASH ONLY IF ALL ChockLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2205

8-4-16

PAY TO THE ORDER OF TDR Services Inc. $ 41,140.53/xx

Fourty one thousand one hundred fourty and 53/xx DOLLARS

MEMO PO# 10276, 10277, 10279

⑈002205⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 071231001582710 08052016

>113122655<
Prosperity Bank
7123100158271O 08052016

REQUEST 00007792240000000 41140.53
ROLL ECIA 20160805 000008385540993
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026636



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2207

8/9/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **80,000.00

Eighty Thousand and 00/100*************************************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002207⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655<
Prosperity Bank
72230000045240 08092016

REQUEST 00007792240000000 80000.00
ROLL ECIA 20160809 000008780315338
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026642

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

WELLS FARGO BANK TEXAS, NA
37-65/1119

2214

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

8/11/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **27,106.57

Twenty-Seven Thousand One Hundred Six and 57/100*************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002214⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
7223000057810 08112016

REQUEST 00007792240000000 27106.57
ROLL ECIA 20160811 000008886192485
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

2217

WELLS FARGO BANK TEXAS, NA
37-65/1119

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

8/12/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **50,000.00

Fifty Thousand and 00/100****************************************************** DOLLARS

TDR Services, Inc.

Sandra Molinar

MEMO Contract labor

⑈002217⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
72230000068890 08122016

REQUEST 00007792240000000 50000.00
ROLL ECIA 20160812 000008681633869
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2229

8/25/2016

PAY TO THE ORDER OF TDR Services, Inc. $45,256.40

Forty-Five thousand two hundred fifty-six and 40/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO

Sandra Molinar

⑈002229⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

>113122655< 07222500262636 08252016

>113122655<
Prosperity Bank
72225002626360 08252016

Proceeds Deposited to the Account of the Payee
Prosperity Bank

REQUEST 00007792240000000 45256.40
ROLL ECIA 20160825 000008484543449
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026666

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2228

8/25/16

PAY TO THE ORDER OF TDR Services, Inc. $ 70,111.00

Seventy thousand one hundred eleven and 00/100 DOLLARS

PROTECTED AGAINST FRAUD

MEMO

Sandra Molinar

⑈002228⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655< 72225002626630 08252016

>113122655<
Prosperity Bank
72225002626630 08252016

REQUEST 00007792240000000 70111.00
ROLL ECIA 20160825 000008484543450
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026667



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2233

8/29/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **16,715.46

Sixteen Thousand Seven Hundred Fifteen and 46/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002233⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to Account of the Payee Prosperity Bank

>113122655<
Prosperity Bank
73230000026680 08292016

REQUEST 00007792240000000 16715.46
ROLL ECIA 20160829 000008888321693
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026670

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2243

9/8/16

PAY TO THE ORDER OF TOR Services, Inc. $ 15,000.00

Fifteen Thousand and no/100 DOLLARS

MEMO

Sandra Molinar

⑈002243⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655<
Prosperity Bank
73230000095730 09082016

REQUEST 00007792240000000 15000.00
ROLL ECIA 20160908 000008182633672
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2265

9/14/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **46,645.78

Forty-Six Thousand Six Hundred Forty-Five and 78/100****************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002265⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

>113122655<
Prosperity Bank
73230000151520 09152016

REQUEST 00007792240000000 46645.78
ROLL ECIA 20160915 000008487576303
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026698

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2266

9/16/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **12,192.86

Twelve Thousand One Hundred Ninety-Two and 86/100********************************************************************** DOLLARS

TDR Services, Inc.

MEMO

⑈002266⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

>113122655<
Prosperity Bank
73230000162300 09162016

REQUEST 00007792240000000 12192.86
ROLL ECIA 20160916 000008785984121
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026701

CASH ONLY IF ALL ChockLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2271

9/21/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **70,000.00

Seventy Thousand and 00/100************************************************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈002271⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 074230000007630 09212016

>113122655<
Prosperity Bank
742300000007630 09212016

REQUEST 00007792240000000 70000.00
ROLL ECIA 20160921 000008881593912
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026707



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2276

9/23/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **30,000.00

Thirty Thousand and 00/100************************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO Contract labor

⑈002276⑈ ⑆111900659⑆ 5789300505⑈

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000022230 09232016

>113122655<
Prosperity Bank
74230000022230 09232016

REQUEST 00007792240000000 30000.00
ROLL ECIA 20160923 000008488882426
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2278

9/27/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **163,213.60

One Hundred Sixty-Three Thousand Two Hundred Thirteen and 60/100*********************************************** DOLLARS

TDR Services, Inc.

MEMO Loan#091516-01

⑈002278⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 07423000043980 09272016

>113122655<
Prosperity Bank
74230000043980 09272016

REQUEST 00007792240000000 163213.60
ROLL ECIA 20160927 000008687557439
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026716



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2298

10/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **74,000.00

Seventy-Four Thousand and 00/100************************************ DOLLARS

TDR Services, Inc.

MEMO

⑈002298⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655<
Prosperity Bank
74230000121730 10062016

REQUEST 00007792240000000 74000.00
ROLL ECIA 20161006 000008689096006
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026732



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2299

10/6/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **54,573.98

Fifty-Four Thousand Five Hundred Seventy-Three and 98/100*************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molnar

⑈002299⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
71237000170480 10072016

REQUEST 00007792240000000 54573.98
ROLL ECIA 20161007 000008384528828
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

SMP

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2309

10/17/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **66,338.60

Sixty-Six Thousand Three Hundred Thirty-Eight and 60/100*************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002309⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

113122655<
Prosperity Bank
74230000192890 10172016

REQUEST 00007792240000000 66338.60
ROLL ECIA 20161017 000008187807882
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026739

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2312

10/19/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **80,000.00

Eighty Thousand and 00/100****************************************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002312⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655< 0742300000208160 10192016

>113122655<
Prosperity Bank
7423000000208160 . 10192016

REQUEST 00007792240000000 80000.00
ROLL ECIA 20161019 000008386362992
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026744

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2317

10/20/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **55,000.00

Fifty-Five Thousand and 00/100********************************************** DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002317⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000214350 10202016

REQUEST 00007792240000000 55000.00
ROLL ECIA 20161020 000008188338361
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026745

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2327

10/26/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **40,545.88

Forty Thousand Five Hundred Forty-Five and 88/100************************************ DOLLARS

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002327⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74230000256940 10262016

REQUEST 00007792240000000 40545.88
ROLL ECIA 20161026 000008682125752
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026754

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2342

11/4/2016

PAY TO THE ORDER OF TDR Services, Inc. $ **70,000.00

Seventy Thousand and 00/100****************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TDR Services, Inc.

MEMO

Sandra Molinar

⑈002342⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 07423000348290 11042016

>113122655<
Prosperity Bank
74230000348290 11042016

ENDORSE HERE

Proceeds Deposited to
Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

REQUEST 00007792240000000 70000.00
ROLL ECIA 20161104 000008388647498
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026773



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2348

11/14/16

PAY TO THE ORDER OF TDR Services, Inc. $ 24,000.00

Twenty-Four thousand and 00/100 — — DOLLARS

MEMO

Sandra Molina

⑈002348⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655< 07423000412960 11142016

>113122655<
Prosperity Bank
74230000412960 11142016

REQUEST 00007792240000000 24000.00
ROLL ECIA 20161114 000008586677402
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026776



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2353

11/16/16

PAY TO THE ORDER OF TDR Services, INC. $ 115,000.00

One hundred fifteen thousand dollars and no/100 DOLLARS

MEMO Payroll

⑈002353⑈ ⑆111900659⑆ 5789300505⑈

>113122655< 71237000353010 11162016

>113122655<
Prosperity Bank
71237000353010 11162016

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

REQUEST 00007792240000000 115000.00
ROLL ECIA 20161116 000008587142166
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026779

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2365

11/22/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **65,575.00

Sixty-Five Thousand Five Hundred Seventy-Five and 00/100****************************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molnar

⑈002365⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

>113122655<
Prosperity Bank
74230000479970 11222016

REQUEST 00007792240000000 65575.00
ROLL ECIA 20161122 000008588040635
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026791



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2370

11/30/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **51,490.50

Fifty-One Thousand Four Hundred Ninety and 50/100************************************************************ DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002370⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000526070 11302016

REQUEST 00007792240000000 51490.50
ROLL ECIA 20161130 000008281327204
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026798

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
32-65/1119

2371

12/1/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **98,348.03

Ninety-Eight Thousand Three Hundred Forty-Eight and 03/100*********************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002371⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000534560 12012016

REQUEST 00007792240000000 98348.03
ROLL ECIA 20161201 000008786340245
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026799

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

2382

12/2/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **11,737.91

Eleven Thousand Seven Hundred Thirty-Seven and 91/100************************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molnar

⑈002382⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>113122655<
Prosperity Bank
74230000560110 12052016

REQUEST 00007792240000000 11737.91
ROLL ECIA 20161205 000008882228606
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026808

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2400

12/9/2016

PAY TO THE ORDER OF TDR Services, INC.-

$ **29,993.00

Twenty-Nine Thousand Nine Hundred Ninety-Three and 00/100*************************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molina

⑈002400⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000605080 12092016

REQUEST 00007792240000000 29993.00
ROLL ECIA 20161209 000008282658961
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026819

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2404

12/12/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **55,241.24

Fifty-Five Thousand Two Hundred Forty-One and 24/100****************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002404⑈ ⑆111900659⑆ 5789300505⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

>113122655<
Prosperity Bank
74230000620470 12122016

REQUEST 00007792240000000 55241.24
ROLL ECIA 20161212 000008383603408
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026822



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2408

12/15/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **139,169.88

One Hundred Thirty-Nine Thousand One Hundred Sixty-Nine and 88/100********************************************* DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002408⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee
Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000653660 12152016

REQUEST 00007792240000000 139169.88
ROLL ECIA 20161215 000008788363342
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026831

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2412

12/20/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **15,837.52

Fifteen Thousand Eight Hundred Thirty-Seven and 52/100******************************************* DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002412⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

Proceeds Deposited to the Account of the Payee Prosperity Bank

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
7423000068878O 12202016

REQUEST 00007792240000000 15837.52
ROLL ECIA 20161220 000008788953311
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026841



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2421

12/29/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **70,000.00

Seventy Thousand and 00/100**************************************** DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

⑈002421⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

Intuit® CheckLock™ Secure Check

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

->113122655<
Prosperity Bank
742300000751070 12292016

REQUEST 00007792240000000 70000.00
ROLL ECIA 20161229 000008385967545
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS026851



Copy from re:SearchTX

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2425

12/30/2016

PAY TO THE ORDER OF TDR Services, INC.- $ **42,169.90

Forty-Two Thousand One Hundred Sixty-Nine and 90/100************************************************************ DOLLARS

TDR Services, INC.-
PO BOX 390
Snyder, TX 79550

MEMO

Sandra Molinar

⑈002425⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

PROCEEDS DEPOSITED TO THE ACCOUNT OF THE PAYEE PROSPERITY BANK

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

>113122655<
Prosperity Bank
74230000763250 12302016

REQUEST 00007792240000000 42169.90
ROLL ECIA 20161230 000008885666803
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

**Withdrawal** 6844 WELLS FARGO

(Check One) [x] Checking [ ] Savings [ ] Money Market Access

Checking, Savings, Money Market Access account number

*5789300505 Date 6-26-13

Please print Name: Robert Roland

Please print Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

x [signature]

$25,000.00
06/26/13 01:31PM

twenty five thousand dollars and no/xx Dollars $ 25,000.00

RT 119005598 acct 5789300505 First Bank

Bank Use Only (When SVT is Not Available) TLR8586 (2/07)

| Customer Id. | Exp. date | Token Verified (✓) | Approval. |
|---|---|---|---|
| | | | |

⑈6844⑈ ⑆500000694⑆

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

WELLS FARGO BANK NA CFH
20130626 E9006 PKT 04
1221-0527-84
2420279852

REQUEST 00007792240000000 25000.00
ROLL ECIA 20130626 000002420279852
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025523



Copy from re:SearchTX

THREE GLOBAL, LLC Account No 3013956755

Page 3 of 5


CREDIT PROSPERITY BANK
Three Global, LLC
1237
3-4-13
Opening Deposit New Account
One Hundred 00
150
3013956755
100.00

3/4/2013 $100.00


THREE GLOBAL, LLC
3101 CROCKETT AVENUE
SNYDER, TEXAS 79549
3-7-13
$ 734 23/100
PROSPERITY BANK

3/11/2013 $734.23


THREE GLOBAL, LLC
3101 CROCKETT AVENUE
SNYDER, TEXAS 79549
3/12/13
TDR Services, Inc
$ 26,347 64
twenty six thousand three hundred fourty seven 64/100
PROSPERITY BANK
Memo MOA - plastic liner

3/12/2013 $26,347.64


DEBIT PROSPERITY BANK
THREE GLOBAL, LLC
1237
3-15-13
TRANSFER TO 10188778 TDR SERVICES
FORTY NINE THOUSAND THREE HUNDRED
1108
3013956755
49300.00

3/15/2013 $49,300.00


THREE GLOBAL, LLC
3101 CROCKETT AVENUE
SNYDER, TEXAS 79549
#3
3-20-13
1,014 83/100
PROSPERITY BANK

3/25/2013 $1,014.83

0000

003462 : 03509602

PROSPERITY BANK®

PO Drawer G
El Campo TX 77437

**Wire Transfer of Funds Notice**

**INCOMING DOMESTIC WIRE**

**Deposit Account**

**XXXXXX6755**

THREE GLOBAL, LLC
3101 CROCKETT
SNYDER, TX 79549

Processing Date: 7/03/2013
Time: 1:14PM

The Following Information Was Received For: Regular Transfer of Funds

Originator: ID#: XXXXXXXXXXXXXX0505
THREE GLOBAL, LLC
PO BOX 390
SNYDER TX 79550-0390

Wire Amount: $15,000.00

Beneficiary: ID#: XXXXXXXXXXXXXX6755
THREE GLOBAL, INC
PO BOX 390
SYNDER, TX 79550

Wire Credited To: XXXXXX6755

IMAD: 20130703I1B7031R036595

Additional Wire Information:

Reference: 2013070300106009 Reference to Ben: 0006969184507035 Sending Bank: 1210-0024-8 WELLS FARGO SF
OMAD: 20130703QMGFNP7500224407031413FT03

**If you have any questions, please contact your local Banking Center.**



Ref #: 597

PLS024215



Copy from re:SearchTX

**Withdrawal**

6931 WELLS FARGO

(Check One) [x] Checking [ ] Savings [ ] Money Market Access

Checking, Savings, Money Market Access account number

*5789 300505 Date 7-11-13

Please print. Name: Thi... Global LLC

Please print: Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

X [signature]

Thirty Thousand Dollars $ 30000.00

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

Bank Use Only (When SVT is Not Available) TLR8586 (2/07) WF8113 07472135

| Customer Id | Exp date | Token Verified (✓) ☐ | Approval |
|---|---|---|---|
| | | | |

⑈6931⑈ ⑆500000694⑆

WELLS FARGO BANK NA DFW
20130711 E0007 PKT 04
0910-0001-9
1724580162

REQUEST 00007792240000000 30000.00
ROLL ECIA 20130711 000001724580162
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025524

**Withdrawal/Retiro:** 5574 WELLS FARGO

(Check One/ Marque Uno) [x] Checking/Cuenta de Cheques [ ] Savings/Ahorros [ ] Money Market Access [ ] Command

Account Number/ Numero de Cuenta: *5789300505

Date/: 7-15-13

Please print Name/ Letra de molde Nombre: Jesse Dickens

Please print Street Address, City, State, Zip Code/ Letra de molde Domicilio, Ciudad, Estado, Codigo Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence/ Favor de firmar en la presencia del cajero. Two forms of ID may be required./ Se podrian requerir dos tipos de identificación

X

ten dollars + no Dollars $ 10.00

Wells Fargo Internal Use When Blank; Wells Fargo Confidential When Completed

Bank Use Only (When SVT Is Not Available) TLR9230 (08/11) wfotrx 12564131

| Customer Id. | Exp. date. | Token Verified (✓) | Approval. |
|---|---|---|---|
| | | | |

⑈5574⑈ ⑆500000694⑆

WELLS FARGO BANK NA DFW
20130715 E0010 PKT 04
1221-0527-84
2420102265

REQUEST 00007792240000000 10.00
ROLL ECIA 20130715 000002420102265
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025525



Copy from re:SearchTX

**Withdrawal / Retiro:** 5573

WELLS FARGO

(Check One/ Marque Uno) ☑ Checking / Cuenta de Cheques ☐ Savings / Ahorros ☐ Money Market Access ☐ Command

Account Number/ Número de Cuenta
*5789300505

Date/Fecha 7-15-13

Please print Name / Letra de molde Nombre
Jesse Dickens

Please print Street Address, City, State, Zip Code / Letra de molde Domicilio Ciudad, Estado, Codigo Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence / Favor de firmar en la presencia del cajero. Two forms of ID may be required. / Se podrian requerir dos tipos de identificacion

X

ten thousand & no/xx Dollars $ 10,000.00

$10,000.00
07/15/13 12:02PM Co 808
05 0006969 0480067
RT 111900659 Acct 5789300505

Bank Use Only (When SVT Is Not Available) TLR9230 (08/11) Wrons 12564131

| Customer Id. | Exp date. | Token Verified (✓) ☐ | Approval |
| --- | --- | --- | --- |
| | | | |

⑈5573⑈ ⑆500000694⑆

WELLS FARGO BANK NA DFW
20130715 E0010 PKT 04
▶1221-0527-8◀
2420102263

REQUEST 00007792240000000 10000.00
ROLL ECIA 20130715 000002420102263
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025526

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1003
32-65/1119 2731
5789300505

DATE 7-22-13

PAY TO THE ORDER OF TDR Services Inc $ 25,500/00/xx

Tweenty five thousand five hundred and xx/xx DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Labor

⑈0000001003⑈ ⑆111900659⑆ 5789300505⑈

>111322655<
Prosperity Bank
72237001092120 07/22/2013

REQUEST 00007792240000000 25500.00
ROLL ECIA 20130722 000008180000964
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025529



Copy from re:SearchTX

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1014

37-65/1119 2731
5789300505

DATE 7-25-13

PAY TO THE ORDER OF Three Global $ 3,000/xx

Three thousand and xx/xx DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Taxes

⑈0000001014⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
72237001111540 07/25/2013

REQUEST 00007792240000000 3000.00
ROLL ECIA 20130725 000008386467664
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025531

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1027
37-66/1119 2731
5789300505

DATE 5-8-13

PAY TO THE ORDER OF TDR Services Inc $ 20,068.08

twenty thousand, sixty eight 08/100 DOLLARS

WELLS FARGO Wells Fargo Bank, N.A. Texas wellsfargo.com

FOR 7-22-13 7-28-13 hours

⑈0000001027⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237001181980 08/06/2013

REQUEST 00007792240000000 20068.08
ROLL ECIA 20130806 000008588842052
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025546



Copy from re:SearchTX

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1031

37-65/1119 2731
5789300505

DATE 8/6/13

PAY TO THE ORDER OF TDR Services, Inc. $ 15,712.23

fifteen thousand seven hundred twelve 23/100 DOLLARS

WELLS FARGO Wells Fargo Bank, N.A. Texas wellsfargo.com

FOR Invoice # 080313-TR1 (hours)

⑈0000001031⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
72237001192930 08/08/2013

REQUEST 00007792240000000 15712.23
ROLL ECIA 20130808 000008288923052
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025547

**THREE GLOBAL, LLC**
P O BOX 390
SNYDER, TX 79550-0390

1030
37-65/1119 2731
5789300505

DATE 8/14/13

PAY TO THE ORDER OF TDR Services, Inc. $ 36,000.00

thirty six thousand 00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR: payroll 8/16/13

⑈0000001030⑈ ⑆111900659⑆ 5789300505⑈

>111322655<
Prosperity Bank
72237001230930 08/14/2013

REQUEST 00007792240000000 36000.00
ROLL ECIA 20130814 000008389660127
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025557



Copy from re:SearchTX

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1053

37-65/1119 2731
5789300505

DATE 9-5-13

PAY TO THE ORDER OF TDR Services Inc. $ 37,908.65

Thirty seven thousand nine hundred eight and 65/xx DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Invoice 090413-TR3

⑈0000001053⑈ ⑆111900659⑆ 5789300505⑈

>111312265<
Prosperity Bank
71230001671650 09/05/2013

REQUEST 00007792240000000 37908.65
ROLL ECIA 20130905 000008689429876
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025576

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1061

37-65/1119 2731
5789300505

DATE 9/11/13

PAY TO THE ORDER OF TDR Services Inc. $ 39,819.24

thirty nine thousand eight hundred ninteen 24/100 DOLLARS

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR labor 8/24-8/31 & 9/2-9/8

⑈0000001061⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237000033010 09/11/2013

REQUEST 00007792240000000 39819.24
ROLL ECIA 20130911 000008187704695
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025582



Copy from re:SearchTX

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1080

37-65/1119 2731
5789300505

DATE 9/24/13

PAY TO THE ORDER OF Three Global LLC $ 2,000/00/xx

Two thousand and 00/xx DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Deposite - 301 39 56755

⑈0000001080⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230001813690 09/24/2013

Deposite Only

REQUEST 00007792240000000 2000.00
ROLL ECIA 20130924 000008189500716
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025598



Copy from re:SearchTX

jc

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1098

37-65/1119 2731
5789300505

DATE 10/10/13

PAY TO THE ORDER OF TDR Services Inc $ 50,975/63/xx

Fifty thousand ninehundred seventy-five and 43/xx DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR

MP

⑈0000001098⑈ ⑆111900659⑆ 5789300505⑈

>111312265<
Prosperity Bank
71280001959150 10/11/2013

REQUEST 00007792240000000 50975.63
ROLL ECIA 20131011 000008388302203
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025613

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1095
37-65/1119 2731
5789300505

DATE 10-16-13

PAY TO THE ORDER OF T. v. D. R. $ 5000 00/100

Five Thousand & 00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank N.A.
Texas
wellsfargo.com

FOR C&H

⑈0000001095⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
71230001990700 10/16/2013

REQUEST 00007792240000000 5000.00
ROLL ECIA 20131016 000008685830546
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0590

1121

DATE 11/8/13

PAY TO THE ORDER OF TDR Services, Inc $ 41,000.00

fourty one thousand 00/100 DOLLARS

WELLS FARGO

FOR labor 9/23/13-10/6/13, partial 10/7-10/20/13

⑈0000001121⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237000247040 11/08/2013

REQUEST 00007792240000000 41000.00
ROLL ECIA 20131108 000008186480005
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025645



Copy from re:SearchTX

1158

WELLS FARGO BANK TEXAS, NA
37-65/1119

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

12/17/13

PAY TO THE ORDER OF TDR Services, Inc. $ 58,391.55

fifty eight thousand three hundred ninety one 55/100 DOLLARS

MEMO week of 11/4/13 - 11/7/13

⑈001158⑈ ⑆111900659⑆ 5789300505⑈

>1113122655 <
Prosperity Bank
72237000461730 12/18/2013

REQUEST 00007792240000000 58391.55
ROLL ECIA 20131218 000008889052112
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025677

THREE GLOBAL, LLC
P O BOX 390
SNYDER, TX 79550-0390

1135

37-65/1119 273
5789300505

DATE 11/18/13

PAY TO THE ORDER OF TDR Services, Inc $ 55,366.48

fifty-five three hundred sixty six 48/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR Labor partial 10/7/13 - 10/20/13 - full 10/21/13 - 11/3/13

⑈0000001135⑈ ⑆111900659⑆ 5789300505⑈

>1113122655<
Prosperity Bank
72237000806540 11/20/2013

REQUEST 00007792240000000 55366.48
ROLL ECIA 20131120 000008383875168
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025656

WELLS FARGO BANK TEXAS, NA
37-65/1119

1159

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

12/17/13

PAY TO THE ORDER OF TDR Services, Inc. $ 48,087.48

forty-eight thousand eighty seven 48/100 DOLLARS

MEMO week of 11/18/13 - 12/1/13

⑈001159⑈ ⑆111900659⑆ 5789300505⑈

>1113122655< 72237000509180 12/27/13

>1113122655<
Prosperity Bank
72237000509180 12/27/2013

REQUEST 000077922400000000 48087.48
ROLL ECIA 20131227 000008880394483
JOB ECIA E ACCT 8080005789300505
REQUESTOR U726206
22588495 11/04/2019 Research 22607429

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

PLS025685

THREE GLOBAL, LLC
PH. 325-575-3155
P O BOX 330
SNYDER, TX 79550

1036

DATE 7/31/13

PAY TO THE ORDER OF State Line Equip. Leasing Inc $ 1357.25

One thousand three hundred fifty seven 25/100 DOLLARS

PROSPERITY BANK
SNYDER BANKING CENTER
3610 COLLEGE AVE. • SNYDER, TX 79549

FOR Aug. 1st Payment - Trailer

⑈001036⑈ ⑆113122655⑆ 3013956755⑈

State Line Leasing for deposit only

PLABC0213:181 6C8881828 Plat Lubbock>111325713<

Date 08-05-2013 Account 3013956755 Amount 1357.25
Serial 1036 TR 113122655 Sequence 9175213503 TranCode 0
DbCr D

THREE GLOBAL, LLC
PH. 325-575-3155
P O BOX 330
SNYDER, TX 79550

1037

DATE 7/30/13

PAY TO THE ORDER OF State Line Equip. Leasing, Inc $ 900.99

nine hundred 99/100 DOLLARS

PROSPERITY BANK
SNYDER BANKING CENTER
3610 COLLEGE AVE. • SNYDER, TX 79549

FOR Aug. 1st Payment - Dodge

⑈001037⑈ ⑆113122655⑆ 3013956755⑈

State Line Leasing for deposit only

PLABC0213:181 6C8860968 Plat Lubbock>111325713<

Date 08-05-2013 Account 3013956755 Amount 900.99 Serial 1037
TR 113122655 Sequence 9175213501 TranCode 0 DbCr D

THREE GLOBAL, LLC
PH. 325-575-3155
P O BOX 330
SNYDER, TX 79550

1038

DATE 11/15/13

PAY TO THE ORDER OF Sherwin Williams $ 1592.37

one thousand five hundred ninety two dollars & 37/100 DOLLARS

PROSPERITY BANK
SNYDER BANKING CENTER
3610 COLLEGE AVE. • SNYDER, TX 79549

FOR WTO - paint

⑈001038⑈ ⑆113122655⑆ 3013956755⑈

WELLS FARGO BANK NA
20131118
>0910-0001-9<
1720291823

Return Checks To
7443
39076

Date 11-19-2013 Account 3013956755 Amount 1592.37
Serial 1038 TR 113122655 Sequence 9188691901 TranCode 0
DbCr D

THREE GLOBAL, LLC
PH. 325-575-3155
P O BOX 330
SNYDER, TX 79550

1040

DATE 12/2/13

PAY TO THE ORDER OF TDR Services, Inc $ 24,500.00

twenty four thousand five hundred 00/100 DOLLARS

PROSPERITY BANK
SNYDER BANKING CENTER
3610 COLLEGE AVE. • SNYDER, TX 79549

FOR State line - Payment - Exploration

⑈001040⑈ ⑆113122655⑆ 3013956755⑈

>113122655< 072237000389070 12/02/13

>113122655<
Prosperity Bank
72237000389070 12/02/2013

Date 12-02-2013 Account 3013956755 Amount 24500.00
Serial 1040 TR 113122655 Sequence 2004302160 TranCode 0
DbCr D

**PROSPERITY BANK®**

Wire Transfer of Funds Notice
INCOMING DOMESTIC WIRE
Deposit Account
XXXXXX6755

PO Drawer G
El Campo TX 77437

THREE GLOBAL, LLC
3101 CROCKETT
SNYDER, TX 79549

Processing Date: 10/16/2013
Time: 3:26PM

The Following Information Was Received For: Regular Transfer of Funds

Originator: ID#: XXXXXXXXXXXXXX1738
TXPLORATION CAPITAL INC
8226 VALENCIA AVENUE
LUBBOCK TX 79424-0000

Wire Amount: $26,091.58

Beneficiary: ID#: XXXXXXXXXXXXXX6755
THREE GLOBAL LLC
8492 STATE HIGHWAY 350
SNYDER TX 79549

Wire Credited To: XXXXXX6755

IMAD: 20131016QMGFT012002352
Additional Wire Information:
Sending Bank: 1113-1934-7 FIRST BANK & TRUST OMAD: 20131016QMGFNP6900244310161621FT03

**If you have any questions, please contact your local Banking Center.**



Ref #: 720

PLS024216



Copy from re:SearchTX

Flournoy_000624