Checks and Debits from Three Globals Wells Fargo Account #5789300505 to 365 Outdoors, Inc from 7/22/2013 through 04/07/2017

| Date | Amount | Transacti | Description | Bank Name | Account Num | Account Entity |
|---|---|---|---|---|---|---|
| 09/28/15 | -$6,901.00 | Check | 1788 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 10/08/15 | -$5,000.00 | Check | 1799 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 12/16/15 | -$6,890.03 | Check | 1893 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 08/15/16 | -$14,448.32 | Check | 2218 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 08/29/16 | -$6,217.00 | Check | 2232 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 09/09/16 | -$5,487.00 | Check | 2256 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 09/23/16 | -$5,549.00 | Check | 2274 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 10/07/16 | -$6,074.00 | Check | 2300 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 10/24/16 | -$6,074.00 | Check | 2321 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 11/04/16 | -$5,810.00 | Check | 2344 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 12/09/16 | -$5,034.60 | Check | 2397 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| 12/20/16 | -$6,590.00 | Check | 2413 365 Outdoors Inc. | WELLS FARGO B | 5789300505 | THREE GLOBAL LLC |
| **Total** | **-$80,074.95** | | | | | |

tabbies
EXHIBIT
C



PLS000188

Copy from re:SearchTX