EXHIBIT
D
tabbies

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161220 | 2413 | 11190065 | 5789300505 | 000060 | 6,590.00 | 4881981494 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2413

12/20/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **6,590.00

Six Thousand Five Hundred Ninety and 00/100************************************************************************************* DOLLARS

Details on Back

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molina

Intuit® CheckLock™ Secure Check

⑈002413⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4881981494

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161209 | 2397 | 11190065 | 5789300505 | 000060 | 5,034.60 | 4880017216 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2397

12/8/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **5,034.60

Five Thousand Thirty-Four and 60/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molnar

⑈002397⑈ ⑆111900659⑆ 5789300505⑈

© 2014 INTUIT INC. 1-800-433-8810

Details on Back

Intuit® CheckLock™ Secure Check

4880017216

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 06969

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161104 | 2344 | 11190065 | 5789300505 | 000060 | 5,810.00 | 4880946218 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

WELLS FARGO BANK TEXAS, NA
37-65/1119

2344

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

11/4/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **5,810.00

Five Thousand Eight Hundred Ten and 00/100****************************************** DOLLARS

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molina

⑈002344⑈ ⑆111900659⑆ 5789300505⑈

4880946218

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160909 | 2256 | 11190065 | 5789300505 | 000060 | 5,487.00 | 4880015319 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2256

9/9/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **5,487.00

Five Thousand Four Hundred Eighty-Seven and 00/100****************************** DOLLARS

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Details on Back. Intuit® CheckLock™ Secure Check

⑈002256⑈ ⑆111900659⑆ 5789300505⑈

4880015319

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C: |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160829 | 2232 | 11190065 | 5789300505 | 000060 | 6,217.00 | 4881988704 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2232

8/29/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **6,217.00

Six Thousand Two Hundred Seventeen and 00/100****************************************** DOLLARS

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molina

⑈002232⑈ ⑆111900659⑆ 5789300505⑈

4881988704

Credited to the account
Of the within named payee
WELLS FARGO BANK, N.A.
Office Number 687
Big Spring, TX 79721-3070
Absence of Endorsement Guaranteed

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160815 | 2218 | 11190065 | 5789300505 | 000060 | 14,448.32 | 3540107284 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2218

8-12-16

PAY TO THE ORDER OF 365 Outdoors Inc $ 14,448 32/xx

Fourteen thousand four hundred forty-eight and 32/xx DOLLARS

IS PROTECTED AGAINST FRAUD

MEMO Paid INV# 080216 & 081316

⑈002218⑈ ⑆111900659⑆ 5789300505⑈

© 2014 INTUIT INC. 1-800-433-8810

Details on Back

Intuit® CheckLock™ Secure Check

X ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

3540107284

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160923 | 2274 | 11190065 | 5789300505 | 000060 | 5,549.00 | 4880948123 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2274

9/23/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **5,549.00

Five Thousand Five Hundred Forty-Nine and 00/100************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molnar

⑈002274⑈ ⑆111900659⑆ 5789300505⑈

Details on Back. Intuit® CheckLock™ Secure Check

4880948123

Credited to the account
Of the within named payee
WELLS FARGO BANK, N.A.
Office Number 687
Big Spring, TX 79721-3070
Absence of Endorsement Guaranteed

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000196



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161024 | 2321 | 11190065 | 5789300505 | 000060 | 6,074.00 | 4880943713 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2321

10/24/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ **6,074.00

Six Thousand Seventy-Four and 00/100************************************************ DOLLARS

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Sandra Molinar

⑈002321⑈ ⑆111900659⑆ 5789300505⑈

4880943713

Credited to the account
Of the within named payee
WELLS FARGO BANK, N.A.
Office Number 687
Big Spring, TX 79721-3070
Absence of Endorsement Guaranteed

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20161007 | 2300 | 11190065 | 5789300505 | 000060 | 6,074.00 | 7449453847 | |

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Three Global LLC**
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

2300

10/07/2016

PAY TO THE ORDER OF 365 Outdoors Inc. $ 6,074.00/xx

Six thousand Seventy-four and 00/100 DOLLARS

MEMO

Sandra Molinar

⑈002300⑈ ⑆111900659⑆ 5789300505⑈

7449453847

Credited to the account
Of the within named payee
WELLS FARGO BANK, N.A.
Office Number 687
Big Spring, TX 79721-3070
Absence of Endorsement Guaranteed

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.


Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150928 | 1788 | 11190065 | 5789300505 | 000060 | 6,901.00 | 8484840268 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1788

9/25/2015

PAY TO THE ORDER OF 365 Outdoors Inc. $**6,901.00

Six Thousand Nine Hundred One and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

⑈001788⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING, ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CheckLock™ HIGH SECURITY FEATURES

SECURITY FEATURES DO NOT CASH IF

>111301122<
08500201000250 09/25/2015

008500020 1000250 09-25-15

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151008 | 1799 | 11190065 | 5789300505 | 000060 | 5,000.00 | 8685579855 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1799

10/6/2015

PAY TO THE ORDER OF 365 Outdoors Inc. $ **5,000.00

Five Thousand and 00/100****** DOLLARS

Details on Back

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

Intuit® CheckLock™ Secure Check

⑈001799⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REPLICATING, FORGING OR ALTERING THIS CHECK IS EXTREMELY DIFFICULT DUE TO CHECKLOCK'S HIGH SECURITY FEATURES

SECURITY FEATURES: DO NOT CASH IF

>111301122<
08500101000060 10/07/2015

0085000101000060 10-07-15

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

PLS000200



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151216 | 1893 | 11190065 | 5789300505 | 000062 | 6,890.03 | 4888438062 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1893

12/16/2015

PAY TO THE ORDER OF 365 Outdoors Inc. $**6,890.03

Six Thousand Eight Hundred Ninety and 03/100****** DOLLARS

PROTECTED AGAINST FRAUD

365 Outdoors Inc.
5006 Oak Valley Dr.
Midland Texas 79707

MEMO

⑈001893⑈ ⑆111900659⑆ 5789300505⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

4888438062

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.