| Date | Amount | Transaction Kind | Description | notes | Bank Name | Account Entity |
|---|---|---|---|---|---|---|
| 06/26/13 | -$25,000.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/26/13 | -$10.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/11/13 | -$30,000.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/15/13 | -$10,000.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/15/13 | -$10.00 | Other Debit | Withdrawal Made in A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/04/15 | -$19,816.28 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/28/15 | -$141,441.12 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 11/19/15 | -$10,000.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/30/16 | -$7,500.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/07/16 | -$2,647.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 03/31/17 | -$10,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 04/04/17 | -$33,698.80 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 04/28/17 | -$9,760.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 05/19/17 | -$104.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 05/25/17 | -$9,760.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/21/17 | -$14,841.55 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 09/13/17 | -$12,892.80 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 10/05/17 | -$65,482.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 10/19/17 | -$15,951.59 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 10/26/17 | -$7,833.93 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 10/27/17 | -$140.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 11/13/17 | -$10,094.75 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 11/13/17 | -$400.00 | Other Debit | Withdrawal in Branch/Store 9:12 Am 400 8 Main St Big SEring TX 7881 | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 11/16/17 | -$12,442.48 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 11/22/17 | -$13,168.92 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 12/06/17 | -$404.93 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 12/07/17 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 12/08/17 | -$4,500.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 02/06/18 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 03/01/18 | -$5,571.84 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 03/15/18 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 04/16/18 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 05/07/18 | -$14,128.24 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 05/18/18 | -$10,208.85 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 05/18/18 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/15/18 | -$20,663.20 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 06/28/18 | -$3,250.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/11/18 | -$1,350.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 07/13/18 | -$21,441.76 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 08/16/18 | -$8,010.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 08/23/18 | -$13,113.84 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 09/10/18 | -$8,860.24 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 09/13/18 | -$8,410.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| 09/28/18 | -$1,613.00 | Other Debit | Withdrawal Made In A Branch/Store | | WELLS FARGO BANK | THREE GLOBAL LLC Checking |
| | -$624,581.12 | | | | | |

EXHIBIT
tabbies
E



Copy from re:SearchTX