EXHIBIT H

tabbies

**Vehicles Included:9**

- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- 2015 GMC Sierra
- VIN Summary

## 2015 GMC Sierra [1]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Registration (CURRENT)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 3/31/2020 |
| Effective From: | 4/22/2019 | Effective To: | 4/22/2019 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | TDR. SERVICES INC. | Business ID: | |
| Address: | PO BOX 51988, MIDLAND, TX 79710 | | |

### Registration (CURRENT)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 3/31/2020 |
| Effective From: | 4/22/2019 | Effective To: | 4/22/2019 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |
| Address: | PO BOX 51988, MIDLAND, TX 79710 | | |

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [2]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 2/28/2019 |
| Effective From: | 3/26/2018 | Effective To: | 3/26/2018 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | TDR. SERVICES | Business ID: | |
| Address: | PO BOX 51988, MIDLAND, TX 79710 | | |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 2/28/2019 |
| Effective From: | 11/16/2015 | Effective To: | 3/26/2018 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |
| Address: | PO BOX 390, SNYDER, TX 79550 | | |

PLS000244



Copy from re:SearchTX

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [3]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 2/28/2019 |
| Effective From: | 3/26/2018 | Effective To: | 3/26/2018 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

#### Registrant

| | | | |
|---|---|---|---|
| Business Name: | TDR. SERVICES | Business ID: | 000733827550 |
| Address: | PO BOX 390, SNYDER, TX 79550 | | |

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [4]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 10/31/2017 |
| Effective From: | 11/1/2016 | Effective To: | 11/1/2016 |
| Previous Plate: | GMM4269 | Previous State: | TX |

### Registrant Details

#### Registrant

| | | | |
|---|---|---|---|
| Name: | ROBERT ROLAND | Gender: | Unknown |

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [5]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Owner Details

#### Owner

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |

| | | | |
|---|---|---|---|
| Address: | PO BOX 51988, MIDLAND, TX 79710 | | |

**Title Information**

| | | | |
|---|---|---|---|
| Title Number: | 20820042322144414 | Issue Date: | 11/24/2015 |

### Owner Details

**Owner**

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |
| Address: | 1211 19TH ST, LUBBOCK, TX 79401 | | |

**Title Information**

| | | | |
|---|---|---|---|
| Title Number: | 20820042322144414 | Issue Date: | 11/24/2015 |

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [6]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Owner Details

**Owner**

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |
| Address: | PO BOX 390, SNYDER, TX 79550 | | |

**Title Information**

| | | | |
|---|---|---|---|
| Title Number: | 20820042322144414 | Issue Date: | 11/24/2015 |

### VIN Summary Details

### Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [7]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

**Registration (HISTORICAL)**

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 10/31/2016 |
| Effective From: | 11/16/2015 | Effective To: | 11/16/2015 |
| Previous Plate: | GBN2243 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | TEX FI CAPITAL LLC | Business ID: | |
| Address: | 1211 19TH ST, LUBBOCK, TX 79401 | | |

**Registration (HISTORICAL)**

| | | | |
|---|---|---|---|
| Plate: | GMM4269 | Expires: | 10/31/2016 |
| Effective From: | 11/16/2015 | Effective To: | 11/16/2015 |
| Previous Plate: | GBN2243 | Previous State: | TX |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Name: | ROBERT ROLAND | Gender: | Unknown |
| Address: | PO BOX 390, SNYDER, TX 79550 | | |


Copy from re:SearchTX

VIN Summary Details

Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [8]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Owner Details

**Owner**

| | | | |
|---|---|---|---|
| Business Name: | BENCHMARK AUTO | Business ID: | |
| Address: | 4455 LYNDON B JOHNSON FWY STE1200, DALLAS, TX 75244 | | |

**Title Information**

| | | | |
|---|---|---|---|
| Title Number: | 5739542231153618 | Issue Date: | 8/24/2015 |

### Liens Details

**Liens**

| | | | |
|---|---|---|---|
| Business Name: | BENCHMARK BANK | Business ID: | |
| Address: | 5700 LEGACY DR, PLANO, TX 75024 | | |

VIN Summary Details

Sample Vehicle Photos

No sample photo available

## 2015 GMC Sierra [9]

### Vehicle Details

| | | | |
|---|---|---|---|
| VIN: | 1GT120E89FF604617 | Vehicle Type: | PASSENGER CAR/LIGHT TRUCK |
| Make: | GMC | Body Type: | Crew Pickup |
| Model: | Sierra | Series: | K2500 DENALI |
| Year: | 2015 | State of Origin: | TX |
| | | Major Color: | Black |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GBN2243 | Expires: | 7/31/2016 |
| Effective From: | 8/17/2015 | Effective To: | 8/17/2015 |
| Previous Plate: | | Previous State: | |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | BENCHMARK AUTO | Business ID: | |
| Address: | 4455 LYNDON B JOHNSON FWY STE1200, DALLAS, TX 75244 | | |

### Registration (HISTORICAL)

| | | | |
|---|---|---|---|
| Plate: | GBN2243 | Expires: | 7/31/2016 |
| Effective From: | 8/17/2015 | Effective To: | 8/17/2015 |
| Previous Plate: | | Previous State: | |

### Registrant Details

**Registrant**

| | | | |
|---|---|---|---|
| Business Name: | THREE GLOBAL LLC | Business ID: | |
| Address: | 5006 OAK VALLEY DR, MIDLAND, TX 79707 | | |

VIN Summary Details

Sample Vehicle Photos

No sample photo available

VIN Summary Details


Copy from re:SearchTX

| Sample Vehicle Photos |
|---|
| No sample photo available |

**Performance Disclaimer**

This data is provided as is. It is not a complete list, either nationally or statewide, nor is it guaranteed to be correct. The data provided is for informational and reference service purposes only. It is not to be used to injure, harass, or commit a criminal act against any person listed here. For more information refer to the Terms and Conditions.


Copy from re:SearchTX