| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20150430 | 1624 | 11190065 | 5789300505 | 000060 | 55,000.00 | 8681261744 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1624

Three Global LLC
1400 E. Hwy 350
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-85/1119

4/28/15

PAY TO THE ORDER OF TSR $ 55,000/$\frac{00}{xx}$

Fifty-five thousand and $\frac{00}{xx}$ DOLLARS

MEMO RT-90

⑈001624⑈ ⑆111900659⑆ 5789300505⑈

7372460002800 04-29-2015
Security Bank
Midland, TX >111321270<

07372460002800

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20151020 | 1811 | 11190065 | 5789300505 | 000060 | 6,750.00 | 8881117800 | |







Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



Copy from re:SearchTX

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20160309 | 1998 | 11190065 | 5789300505 | 000060 | 128,610.45 | 8589702701 | |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Three Global LLC
Big Spring, TX 79720

WELLS FARGO BANK TEXAS, NA
37-65/1119

1998

3/8/2016

PAY TO THE ORDER OF Total Supply & Rental

$ **128,610.45

One Hundred Twenty-Eight Thousand Six Hundred Ten and 45/100************************************** DOLLARS

PROTECTED AGAINST FRAUD

Total Supply & Rental
5512 Golden Gate
Midland, TX 79707

MEMO

Sandra Molinas

⑈001998⑈ ⑆111900659⑆ 5789300505⑈

Details on Back

Intuit® CheckLock™ Secure Check

ENDORSE HERE

X TSR
4138910

CREDITED TO THE ACCOUNT OF
The Within Named Payee
In Accordance with Payee's Instructions
Absent Endorsement Guaranteed
SECURITY BANK
#111321270

7381590004300 03-08-2016
Security Bank
Midland, TX >111321270<

07381590004300