EXHIBIT
K

Office of District Judge
118TH JUDICIAL DISTRICT
HOWARD, MARTIN AND GLASSCOCK COUNTIES
P.O. BOX 528
Big Spring, Texas
79721-0528

R. SHANE SEATON
DISTRICT JUDGE

TELEPHONE 432-264-2225
FAX 432-264-2270
DISTRICT COURT BUILDING
312 SCURRY STREET
BIG SPRING, TEXAS 79720

March 8, 2024

Via Email: jgoss@bruchez.com
Mr. Jay Goss
Attorney for Plaintiffs

Via Email: rolandconsulting@yahoo.com
Mr. Robert E. Roland, Jr.
Self-Represented Litigant

Re: Three Global, LLC, Jesse Dickens, Reed Shahan and Chuck Dorrity v. TDR Services, Inc., et al; Cause No. 53885-A in the 118th Judicial District Court of Howard County, Texas

Counsel,

The following is my ruling concerning the bench trial which was held March 4th, 2024.

I do find in favor of the Plaintiffs, Three Global, LLC, Jesse Dickens, Reed Shahan and Chuck Dorrity against Defendants TDR Services, Inc, 365 Outdoors, Inc, and Robert E. Roland, Jr., jointly and severally, in the total amount of $3,947,914.42.

The total damages above are awarded as 54% (Plaintiffs' Ownership of 3G) of the following damages:

| | |
|---|---|
| Fraudulent Invoices paid to 365 Outdoors: | $ 81,570.00 |
| Fraudulent Owner Draws charged to 3G: | $ 163,835.59 |
| Fraudulent Payroll Charges charged to 3G: | $1,136,578.00 |
| Tortious Interference with a Contract (Rock Oil): | $1,303,969.04 |
| Valuation Damage to 3G: | $4,625,000.00 |

Jesse Dickens, Reed Shahan, and Chuck Dorrity are individually awarded an additional $1,000 each pursuant to TCP&RC §134.005.

Plaintiffs are also awarded court costs and reasonable and necessary attorney fees. Mr. Goss may schedule a hearing on attorney fees via Zoom or submit attorney fees by affidavit, which may be awarded in a separate order.

Plaintiffs are also awarded pre-judgment and post-judgment interest at the highest rate provided by law.

For clarity and confirmation, I specifically do not enter any judgment against Robert (Trey) E. Roland, III, in recognition of the automatic stay according to Bankruptcy Code, 11 U.S.C. §362, which resulted in the severance of these "Non-Bankruptcy Defendants" and this action into Cause No. 53885-A.

Furthermore, I do not enter any judgment against Defendant Ten 22 Consulting, Inc, as I do not find any evidence of fraud by or through the use of Ten 22 Consulting, Inc.

I ask Mr. Goss to prepare a judgment for the Court's signing in conformity with this letter ruling.

Let me know if you have any questions or if I have failed to address any issue.

Best Regards,

R. Shane Seaton

Judge Presiding