EXHIBIT
L

Received 3/11/2024 4:51 PM
JoAnna Gonzales
District Clerk
Howard County, Texas
Filed 3/12/2024 8:56:16 am

**Cause No. 53885-A**

| | |
|---|---|
| **THREE GLOBAL, LLC, JESSE DICKENS, REED SHAHAN, and CHUCK DORRITY** | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | |
| **vs.** | **HOWARD COUNTY, TEXAS** |
| **TDR SERVICES, INC., 365 OUTDOORS, INC., TEN 22 CONSULTING, INC., TOTAL SUPPLY & RENTAL, LLC, INDUSTRIAL OILFIELD CONSTRUCTION, LLC., ROBERT E. ROLAND, JR., and JASON TINSLEY** | **118TH DISTRICT COURT** |

**FINAL JUDGMENT**

BE IT REMEMBERED that from March 4 through March 5, 2024 the entitled and numbered cause was tried before R. Shane Seaton, Judge presiding. The Plaintiffs appeared in person and by and through their attorneys of record. TDR Services, Inc. ("TDR"), 365 Outdoors, Inc. Ten 22 Consulting, Inc., Total Supply & Rental, LLC, wholly failed to appear through any counsel of record. Robert E. Roland, Jr. appeared pro se. All present announced ready for trial. The case proceeded to trial before Judge R. Shane Seaton, no one having requested a Jury.

After reviewing the pleadings, hearing the witnesses, reviewing the exhibits, the Court finds in favor of Plaintiffs Jesse Dickens, Reed Shahan and Chuck Dorrity and awards damages to Jesse Dickens, Reed Shahan and Chuck Dorrity against Defendants TDR, 365 Outdoors, Inc. and Robert E. Roland, Jr. jointly and severally in the total amount of $3,947,914.42. The Court makes the following findings of fact and conclusions of law:

1. 365 Outdoors and Robert Roland, Jr. submitted fraudulent invoices to Three Global, LLC ("Three Global") in the amount of $81,570.00, which Three Global paid.
2. Robert E. Roland, Jr. engaged in fraud by allowing the submission of owner draws



DISTRICT COURT OF HOWARD COUNTY TEX
True and correct copy of original filed in the Howard County District Clerks Office

and requesting that Three Global pay owner draws in the amount of $163,835.00 without the proper consent required by the Three Global regulations.

3. Robert E. Roland, Jr. fraudulently transferred money from Three Global to TDR in the form of payroll overcharges that TDR was not entitled to in the amount of $1,136,578.00.
4. Robert E. Roland, Jr. benefited personally from the fraudulent payroll overcharges because he owned 66 2/3% of TDR.
5. Robert E. Roland, Jr. tortiously interfered with the contractual arrangement between Three Global and Rock Oil II, Inc. ("Rock Oil") and caused TDR to usurp contract work from Rock Oil in the amount of $1,303,969.00.
6. Robert E. Roland, Jr. benefited individually from the tortious interference with the Rock Oil contract because he owned 66 2/3% of TDR at the time of the tortious interference.
7. Three Global's value on December 31, 2016 should have been $4,625,000.00.
8. As a result of Robert E. Roland, Jr.'s violations of the TEX. CIV. PRAC. REM. CODE §134.001 - §134.005, Three Global's value on December 31, 2018 was $0.
9. Because of the fraudulent actions of Robert E. Roland, Jr., Three Global was suffered a reduction in its enterprise value in the amount of $4,625,000.00.
10. Robert E. Roland, Jr. committed theft as defined by the TEX. CIV. PRAC. REM. CODE §134.001.
11. The damages resulting from the theft of Robert E. Roland, Jr. are the same damages as set forth in paragraphs 1 - 9 above.
12. In addition to the damages awarded in paragraphs 1-9 above, Jesse Dickens, Reed Shahan, and Chuck Dorrity are individually awarded an additional $1,000 each pursuant to TEX. CIV. P. & REM. CODE §134.005.



DISTRICT COURT OF HOWARD COUNTY TEX.
True and correct copy of original filed in the Howard County District Clerks Office

13. The Court finds that Jesse Dickens, Reed Shahan and Chuck Dorrity collectively owned 54% of Three Global and are entitled collectively to 54% of the damages found by this Court in paragraphs 1 – 9 above.
14. The Court finds that Robert E. Roland, Jr. committed theft as that term is defined under the Texas Theft Liability Act.

It is therefore Ordered, Adjudged and Decreed that Jesse Dickens, Reed Shahan and Chuck Dorrity are awarded judgment against TDR, 365 Outdoors, Inc. and Robert E. Roland, Jr., jointly and severally in the amount of $3,950,914.42 (which is comprised of $3,947,914.42 plus $3,000.00)

It is further ordered that Jesse Dickens, Reed Shahan and Chuck Dorrity are awarded against the defendants TDR, 365 Outdoors, Inc. and Robert E. Roland, Jr. all court costs.

It is further ordered that Jesse Dickens, Reed Shahan and Chuck Dorrity are awarded pre-judgment interest from February 1, 2017 at the highest rate allowed by law until the date of this judgment.

It is further ordered that Jesse Dickens, Reed Shahan and Chuck Dorrity are awarded post judgment interest at the highest rate allowed by law from the date of judgment until the judgment is paid.

All writs and processes for the enforcement and the collection of this judgment and costs may henceforth issue as necessary. All other relief not expressly granted herein is denied.

SIGNED on this the 3/12/2024.

R. Shane Seaton

JUDGE R. SHANE SEATON



DISTRICT COURT OF HOWARD COUNTY, TEX.

True and correct copy of original filed in the Howard County District Clerks Office

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jay Goss on behalf of Jay Goss
Bar No. 8222600
ldudley@bruchez.com
Envelope ID: 85434122
Filing Code Description: Judgment - Non Jury Trial
Filing Description:
Status as of 3/12/2024 8:58 AM CST

Associated Case Party: Three Global, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jay Goss | | jgoss@bruchez.com | 3/11/2024 4:51:43 PM | SENT |
| Jana Beddingfield | | jbeddingfield@bruchez.com | 3/11/2024 4:51:43 PM | SENT |
| Dianne Porter | | dporter@bruchez.com | 3/11/2024 4:51:43 PM | SENT |

Associated Case Party: RobertE.Roland

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Roland | | guitarboss59@yahoo.com | 3/11/2024 4:51:43 PM | SENT |

The document to which this certificate is affixed is a full, true and correct copy of the original on file and of record in my office.

Attest: 2-18-2025
JoAnna Gonzales District Clerk
Howard County, Texas

By: Angie Martin Deputy