EXHIBIT M

OWNER TRANSfer Bill of Sale

I Robert E. Roland, JR., February 09, 2019, award, transfer, give 100% ownership and responsibility of the land I own in Scurry Co, Texas, free and clear of debt, to Terry Turner, JR and not be contested by ANYONE OR family members. Property ID Numbers 23251, 19246, 19247, 19248

Robert Roland Jr.
Robert E Roland, JR
2-09-2019

Terry Turner Jr.
Terry Turne, JR.
2-9-19

Elizabeth Roland - witness
Elizabeth Roland
2/9/19

Jeremy Bryand - Witness
J. Bryand
02/09/19