EXHIBIT
N

20240886 B: OPR V: 1076 P: 105 GD Total Pages: 4

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# GENERAL WARRANTY GIFT DEED

**Date:** March 8, 2024

**Grantor:** **Robert Eugene Roland, Jr.**

**Grantor's Mailing Address:**

Robert Eugene Roland, Jr.
4419 E CR 60
Midland, Texas 79705

**Grantee:** **Terry Turner, Jr.**

**Grantee's Mailing Address:**

Terry Turner, Jr.
5912 Sunrise Way
Midland, Texas 79705

**Consideration:**

Love of, and affection for, Grantee.

**Property (including any improvements):**

Tract 1: Being a 3.326 acre tract of land in the NW/4 of Section 136, Block 97, H&TC RR Co. Survey, Abstract No. 2284, Patent No. 373, Volume 28-A, Scurry County, Texas, as follows:

BEGINNING at an iron rod set in the East line of the NW/4 of Section 136 and in the Southeast ROW line of State Highway 350, for the North corner of this tract, from which a set stone, the NE corner of the NW/4 of Section 136 bears N 1° 32' 25" E 227 feet;
THENCE S 1° 32' 25" W along and with the East line of the NW/4 of Section 136, for 655 feet to an iron rod set for the SE corner of this tract;
THENCE S 89° 27' 30" W for 442.67 feet to an iron rod set in the Southeast ROW line of State Highway 350, for the SW corner of this tract;
THENCE N 34° 56' E along and with the Southeast ROW line of Highway, for 803.78 feet to the PLACE OF BEGINNING.

Tract 2: Being a 10.364 acre tract of land in the NW/4 of Section 136, for the NE corner of this tract from which a set stone, the NE corner of the NW/4 of Section 136 bears N 1° 32' 25" E 902 feet;
THENCE S 1° 32' 25" W along and with the East line of the NW/4 of Section 136, for 657 feet to an iron pipe set at fence corner, for the SE corner of this tract;
THENCE N 74° 42' 30" W for 109.92 feet to an iron pipe for corner;
THENCE N 85° 32' 50" W 128. 93 feet to an iron pipe for corner;
THENCE S 73° 51' 30" W 74.2 feet to an iron pipe for corner;
THENCE 51° 02' W 91.59 feet to an iron pipe for corner ;
THENCE 88° 31' 40" W 535.35 feet to an iron pipe set in the Southeast ROW line of State Highway 350 and in highway curve, for the SW corner of this tract;

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF SCURRY
The above and foregoing is a full, true and correct photographic copy of the original record now in my lawful custody and possession, as the same is filed in the Official Public Records
I hereby certified on 02/18/2025
Melody Appleton County Clerk Scurry County, Texas
By ______ Deputy

THENCE N 35° 43' 30" Eon chord, for 14.92 feet to a highway cone, ROW marker, the pt of curve, for a corner of this tract;
THENCE N 34° 56' E along and with the Southeast ROW line of State Highway 350, for 812.71 feet to an iron rod set for the NW corner of this tract;
THENCE N 89° 31' 10" E for 455. 84 feet to the PLACE OF BEGINNING.

Tract 3: Being a tract of land in the town of Dunn in Scurry County, Texas, 94 x 120 feet in size, and being a part of Section No. 88, Block No. 3, H&GN Ry. Co. Survey, Scurry County, Texas, more particularly described by metes and bounds as follows:

BEGINNING fifty feet (50') East from the Northwest corner of the South One-third of said Section 88, Block 3, H&GN Ry. Co. Survey, Scurry County, Texas;
THENCE South ninety-four feet (94') to the Southwest corner of this tract;
THENCE East one hundred twenty feet (120') to the Southeast corner of this tract;
THENCE North ninety-four feet (94') to the Northeast corner of this tract;
THENCE West one hundred twenty feet (120') to the place of beginning.

Tract 4: Being a tract of land lying near the Northwest corner of the South One-third (1/3rd) of Section No. 88, in Block No. 3, of the H&GN Ry. Co. Survey, in the village of Dunn, more particularly described as follows:

BEGINNING on the West line of said Section No. 88, at a point 96 feet South of the NW corner of the South 1/3rd of said Section;
THENCE South 48 feet to the SW corner of this tract;
THENCE East 140 feet to the SE corner of this tract;
THENCE North 48 feet to the NE corner of this tract;
THENCE West 140 feet to the PLACE OF BEGINNING.

SAVE AND EXCEPT however, that certain West 20 feet to the above-described tract of land heretofore conveyed to The State of Texas for highway purposes and described in that certain Deed dated May 23, 1940, recorded in Volume 75, Page 597, Deed Records, Scurry County, Texas, reference to which is here made for any further particulars.

Tract 5: Being two (2) tracts of land out of the South One-third (S 1/3rd) of Section Number Eight-eight (88), in Block Number Three (3), H&GN Ry. Co. Survey, Scurry County, Texas, said two tracts of land being described as follows:

Tract a: Part of the South One-third of Section 88, Block 3, H&GN Ry. Co. Surveys, Scurry County, Texas, described by metes and bounds as follows:
BEGINNING at a point located 142 feet South and 30 feet East from the Northwest corner of said one-third section;
THENCE East 140 feet to a point for the Northeast corner of this tract;
THENCE South 33 feet to a point for the Southeast corner of this tract;
THENCE West 140 feet to a point for the Southwest corner of this tract;
THENCE North 33 feet to the place of beginning.

Tract b: Being a portion of the South One-third of Section No. Eighty-eight (88), in Block Number Three (3), of the H&GN Ry. Co. Survey and the portion of said South One-third of Section 88, hereby conveyed is described by metes and bounds as follows:
BEGINNING at a point that is 175 feet South and 30 feet East from the Northwest corner of said South One-third Section;
THENCE East 140 feet to the NE corner of this tract;
THENCE South 77 feet to the SE corner of this tract;
THENCE West 140 feet to the SW corner of this tract;
THENCE North 77 feet to the place of beginning, containing one-fourth acre of land, more or less.

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF SCURRY
The above and foregoing is a full, true and correct photgraphic copy of the original record now in my lawful custody and possession, as the same is filed in the Official Public Records

I hereby certified on 02/18/2025
Melody Appleton County Clerk Scurry County, Texas

By_______________Deputy

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2024, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, gives, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

**This instrument was prepared based on information furnished by the parties, and no independent title search has been made.**

[signature]
Robert Eugene Roland, Jr.

STATE OF TEXAS )

COUNTY OF SCURRY )

This instrument was acknowledged before me on March 8, 2024, by Robert Eugene Roland, Jr..

[signature]
Notary Public, State of Texas

CHELCEA TAVAREZ
NOTARY PUBLIC
STATE OF TEXAS
ID # 13302841-8
My Comm. Expires 03-31-2025

PREPARED IN THE OFFICE OF:
Hargrove Law Firm
2617 College Avenue
P.O. Box 841
Snyder, Texas 79549

AFTER RECORDING RETURN TO:
Hargrove Law Firm
2617 College Avenue
P.O. Box 841
Snyder, Texas 79549

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF SCURRY
The above and foregoing is a full, true and correct photographic copy of the original record now in my lawful custody and possession, as the same is filed in the Official Public Records

I hereby certified on 02/18/2025
Melody Appleton County Clerk Scurry County, Texas

By [signature] Deputy

THE STATE OF TEXAS

COUNTY OF SCURRY

I hereby certify that this instrument was FILED on the date and the time stamped hereon by me and was duly RECORDED in the Records of Scurry County, Texas.

20240886 B: OPR V: 1076 P: 105 GD
03/12/2024 09:26 AM

1 Appleton Scurry Co Clerk
MAR 11 2024 16:53

Melody Appleton

Melody Appleton, County Clerk
Scurry County, Texas

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF SCURRY
The above and foregoing is a full, true and correct photgraphic copy of the original record now in my lawful custody and possession, as the same is filed in the Official Public Records

I hereby certified on 02/18/2025
Melody Appleton County Clerk Scurry County, Texas

By__________ Deputy