EXHIBIT
O

**Attorney General of the U.S**
Main Justice Bldg Room 5111
10th & Constitution Ave, N.W.
Washington, DC 20530

**BMO Harris Bank**
Attn: Bankruptcy
PO Box 2035
Milwaukee, WI 53201-2035

**Comenity Bank/Maurices**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Credit Management, LP**
Attn: Bankruptcy Attn: Bankruptcy
6080 Tennyson Parkway , Suite 100
Plano, TX 75024

**Davidson Sheen, LLP**
Brad J. Davidson
12405 Quaker Ave
Lubbock, TX 79424-7728

**Discover Financial**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

**Equifax Resolution Department**
Po Box 105873
Atlanta, GA 30348-5873

**Experian Attn: Legal Department**
Po Box 1240
Allen, TX 75013-1240

First Financial Bank
Attn: Bankruptcy
400 Pine St, PO Box 701
Abilene, TX 79601

GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114-0326

KEVIN M. EPSTEIN
515 Rusk St Ste 3516
Houston, TX 77002-2604

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Linebarger Goggan Blair & Sampson LLP
711 Navarro St Ste 300
San Antonio, TX 78205-1749

Gary Norwood
Po Box 2331
Midland, TX 79702-2331

Office of the Texas Attorney General
Po Box 12548
Austin, TX 78711-2548

**Perfection Collection**
Attn: Bankruptcy Department
313 E 1200 S , Suite 102
Orem, UT 84058

**State Comptroller Acct Div / Bankruptcy**
Po Box 13528
Austin, TX 78711-3528

**Synchrony Bank / Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Synchrony Bank / TJX**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Synchrony / PayPal Credit**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Texas Employment Commission**
101 E 15th St
Austin, TX 78778-1442

**Three Global. LLC**
2403 25th St
Snyder, TX 79549-2315

**TransUnion Resolution Department**
Po Box 2000
Chester, PA 19016-2000

Transworld System Inc
Attn: Bankruptcy
PO Box 15630
Wilmington, DE 19850

Trey Roland
4718 Esplanade Ct
Granbury, TX 76049-4010

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328