EXHIBIT
P

# MINUTES
# OF
# SPECIAL MEETING OF MANAGERS
# OF
# THREE GLOBAL, LLC

A Special Meeting of the Managers of THREE GLOBAL, LLC, was held at 3101 Crockett Avenue, Snyder, Texas 79549, on the 19th day of June, 2013, at 9:00 a.m.

The following Managers were present: TINA D. ROLAND, ROBERT EUGENE (TREY) ROLAND, III and ROBERT E. ROLAND, JR. Also, present were JESSE DICKENS, REED SHAHAN and CHUCK DORRITY. ROBERT EUGENE (TREY) ROLAND, III was appointed Chairman of the meeting and ROBERT E. ROLAND, JR. was appointed Secretary of the meeting.

The Secretary presented the Waiver of Notice of the meeting signed by all of the Managers, which was ordered filed with the Minutes of the meeting.

The Special Meeting was called for the purpose of: (1) approving the sale and transfer of five hundred forty (540) shares of Membership Units in the Company from TINA D. ROLAND, ROBERT EUGENE (TREY) ROLAND, III and ROBERT E. ROLAND, JR. to JESSE DICKENS, REED SHAHAN and CHUCK DORRITY; (2) approving the resignation of TINA D. ROLAND as a Manager of the Company; (3) for the purposes of reissuing new Membership Certificates in order to clarify the current membership.

The Chairman accepted the resignation of TINA D. ROLAND as a Manager of the Company.

The Secretary presented to the meeting the existing Regulations for the regulation and management of the affairs of the Company. The existing Regulations were read and considered, and upon motion duly made, seconded and carried, were adopted, ratified and confirmed as the Regulations of the Company.

The Secretary then presented: (1) a Bill of Sale, effective as of June 19, 2013, executed by TINA D. ROLAND, ROBERT EUGENE (TREY) ROLAND, III and ROBERT E. ROLAND, JR. pursuant to which have transferred five hundred forty membership units in the Company to JESSE DICKENS, REED SHAHAN and CHUCK DORRITY;

After discussion and upon motions duly made, seconded and unanimously carried, the following resolutions were adopted:

RESOLVED, that the above-referenced Bills of Sale representing the sale and transfer of fifty- four percent (54%) of the issued and outstanding units of membership of the Company from TINA D. ROLAND, ROBERT EUGENE (TREY) ROLAND, III and ROBERT E. ROLAND, JR., shall be and are hereby approved; and, all Membership Certificates previously issued to TINA D. ROLAND, ROBERT EUGENE (TREY) ROLAND, III and ROBERT E. ROLAND, JR. (being Certificates Nos. 1, 2 & 3) each be surrendered and that new Membership Certificates be issued as follows:

| CERTIFICATE NUMBER | NAME OF SHAREHOLDER | NUMBER OF SHARES |
|---|---|---|
| 4 | ROBERT E. ROLAND, JR. | 230 |
| 5 | ROBERT EUGENE (TREY) ROLAND, III | 230 |
| 6 | JESSE DICKENS | 230 |
| 7 | REED SHAHAN | 230 |
| 8 | CHUCK DORRITY | 80 |

RESOLVED FURTHER, after the surrender of Certificates Nos.1, 2 and 3 and the issuance of Certificates Nos. 4, 5, 6, 7 and 8, ownership in the Company is hereby revised and restated as follows:

ROBERT E. ROLAND, JR.. ........................................ 23%

ROBERT EUGENE (TREY) ROLAND, III.. .......................... 23%

JESSE DICKENS ............................................ 23%

REED SHAHAN .............................................. 23%

CHUCK DORRITY ............................................. 8%

The Secretary then reported that, after the resignation of TINA D. ROLAND as a Manager of the Company, the sole Managers are as follows:

ROBERT E. ROLAND, JR.. ......................... Manager, Operations

ROBERT EUGENE (TREY) ROLAND, III .................... Manager

JESSE DICKENS. ................................. Manager, Production

REED SHAHAN ...................................... Manager, Finance

CHUCK DORRITY ........................................ Manager

There being no further business to come before the meeting, the meeting was adjourned.

______________________________
**TINA D. ROLAND**

______________________________
**ROBERT E. ROLAND, JR.**

______________________________
**ROBERT EUGENE (TREY) ROLAND, III**

______________________________
**JESSE DICKENS**

______________________________
**REED SHAHAN**

______________________________
**CHUCK DORRITY**