EXHIBIT R1

## ASSUMED NAME RECORDS CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION

NAME IN WHICH BUSINESS WILL BE CONDUCTED
Robert Roland Consulting

BUSINESS ADDRESS: 4419 E CR 60
CITY: Midland STATE: TX ZIP: 79705 PHONE: 325-574-0128

TIME PERIOD BUSINESS NAME WILL BE USED (not to exceed 10 yrs.) 10 years.
CERTIFICATES OF OWNERSHIP ARE VALID ONLY FOR A TIME PERIOD NOT TO EXCEED 10 YEARS FROM DATE FILED WITH THE COUNTY CLERK (§71.052 Business and Commerce Code)

BUSINESS IS TO BE CONDUCTED AS: (Check one)
☒ Sole Proprietorship ☐ Joint Venture ☐ General Partnership ☐ Limited Partnership
☐ Other (specify) ______

CERTIFICATE OF OWNERSHIP ADDRESSES

I/We, the undersigned, are the am/owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed herein below.

**NAME(S) OF OWNER(S)**

Name: Robert E. Roland, JR Signature: [signature]
Address 4419 E CR 60 City Midland State TX Zip 79705

Name: ______ Signature: ______
Address ______ City ______ State ______ Zip ______

Name: ______ Signature: ______
Address ______ City ______ State ______ Zip ______

THE STATE OF TEXAS §
COUNTY OF MIDLAND §

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY APPEARED Robert E. Roland, Jr. ______ those ~~person(s)~~ whose ~~names(s)~~ ~~are~~ is listed above known to me to be the ~~person(s)~~ subscribed to the foregoing instrument and acknowledged to me that ~~they~~ he ~~are~~ is the ~~owner(s)~~ of the above named business and that ~~they~~ he signed the same for the purpose and consideration herein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on January 25th ____ 2021.

*Seal*

ELIZABETH LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
ID# 128506829
EXPIRES 1-31-2023

[signature] Elizabeth Lopez
Notary Public

*VG-213-2021-2588*

**Midland County**
**Alison Haley**
**Midland County Clerk**

---

**Instrument Number:** 2588

Assumed Name

Recorded On: January 25, 2021 03:52 PM

Number of Pages: 3

---

**" Examined and Charged as Follows: "**

Total Recording: $23.00

---

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

Document Number: 2588
Receipt Number: 20210125000202
Recorded Date/Time: January 25, 2021 03:52 PM
User: Clarisa P
Station: cc10297

**Record and Return To:**

ROBERT E. ROLAND, JR.
4419 ECR 60

MIDLAND TX 79705

---

COUNTY COURT MIDLAND COUNTY, TEXAS

**STATE OF TEXAS**
**Midland County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Midland County, Texas**

Alison Haley
Midland County Clerk
Midland County, TX

Alison Haley