EXHIBIT
T

FILED
In the Office of the
Secretary of State of Texas

MAY 02 2008

Corporations Section

**CERTIFICATE OF FORMATION**
**FOR A LIMITED LIABILITY COMPANY**

# THREE GLOBAL, LLC

## ARTICLE 1
## ENTITY NAME AND TYPE

The filing entity being formed is a Limited Liability Company. The name of the entity is **THREE GLOBAL, LLC.**

## ARTICLE 2
## REGISTERED AGENT AND REGISTERED OFFICE

The initial Registered Agent is an individual resident of the State whose name is set forth below:

Robert Eugene Roland, III
1806 Royal Drive
Snyder, Texas 79549

The business address of the Registered Agent and the registered office address is:

1806 Royal Drive
P.O. Box 390 (79550)
Snyder, Texas 79549

## ARTICLE 3
## GOVERNING AUTHORITY

The Limited Liability Company will have managers. The names and addresses of the initial managers are set forth below:

Robert E. Roland, Jr.
1806 Royal Drive
Snyder, Texas 79549

Tina D. Roland
1806 Royal Drive
Snyder, Texas 79549

Robert Eugene Roland, III
1806 Royal Drive
Snyder, Texas 79549

## ARTICLE 4
## PURPOSE

The purpose for which the Company is formed is for the transaction of any and all lawful purposes for which a Limited Liability Company may be organized under the Texas Business Organizations Code.

## ARTICLE 5
## LIMITATION OF LIABILITY

To the maximum extent provided by law, the Manager of the Company shall not be liable to the Company or its Members for monetary damages for an act or omission in such Manager's capacity as Manager, except that this Article does not authorize the elimination or limitation of the liability of such Manager to the extent the Manager is found liable for:

(a) a breach of his duty of loyalty to the Company or its Members;

(b) an act or omission not in good faith that constitutes a breach of duty of the Manager to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law;

(c) a transaction from which such Manager received an improper benefit, whether or not the benefit resulted from an action taken within the scope of the Manager's office; or,

(d) an act or omission for which the liability of such Manager is expressly provided for by an applicable statute.

## ARTICLE 6
## ACTIONS WITHOUT A MEETING

Any action required or permitted to be taken at a meeting of the Managers of the Company may be taken without a meeting, without prior notice, and without a vote or a consent in writing, setting forth the action so taken, shall be signed by the holder or holders of membership interests that would be necessary to take such action at a meeting at which the holders of all membership interests entitled to vote on the action were present and voted.

## ARTICLE 7
## ORGANIZER

The name and address of the organizer is:

Robert Eugene Roland, III
1806 Royal Drive
Snyder, Texas 79549

## ARTICLE 8
## EFFECTIVENESS OF FILING

This document becomes effective when the document is filed by the Secretary of State.

## ARTICLE 9
## EXECUTION

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of May, 2008.

ROBERT EUGENE ROLAND, III, Organizer

**THE STATE OF TEXAS** §

**COUNTY OF SCURRY** §

I, the undersigned, a Notary Public, do hereby certify that on this the 1st day of May, 2008, personally appeared before me, **ROBERT EUGENE ROLAND, III,** who being by me first duly sworn, declared that he is the person who signed the foregoing document as organizer, and that the statements contained herein are true and correct.

My commission expires: 8-17-2011

BOBBIE BROOKS NOTARY PUBLIC STATE OF TEXAS EXPIRES 08-17-2011

Notary Public in and for the State of Texas

BOBBIE\CORP\B028A