tabbies EXHIBIT U

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 800973358
**Original Date of Filing:** May 2, 2008
**Formation Date:** N/A
**Tax ID:** 32036963257
**Duration:** Perpetual

**Entity Type:** Domestic Limited Liability Company (LLC)
**Entity Status:** Forfeited existence

**FEIN:**

**Name:** THREE GLOBAL, LLC
**Address:** PO BOX 3523
BIG SPRING, TX 79721-3523 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 214166270002 | Certificate of Formation | May 2, 2008 | May 2, 2008 | No | 3 |
| | 306991250001 | Public Information Report (PIR) | December 31, 2009 | May 8, 2010 | No | 1 |
| | 337629740001 | Public Information Report (PIR) | December 31, 2010 | October 29, 2010 | No | 1 |
| | 377397390001 | Public Information Report (PIR) | December 31, 2011 | July 16, 2011 | No | 1 |
| | 448727910001 | Public Information Report (PIR) | December 31, 2012 | October 19, 2012 | No | 1 |
| | 538985850002 | Change of Registered Agent/Office | April 10, 2014 | April 10, 2014 | No | 2 |
| | 586101740001 | Public Information Report (PIR) | December 31, 2014 | January 12, 2015 | No | 2 |
| | 652609350001 | Public Information Report (PIR) | December 31, 2015 | January 28, 2016 | No | 2 |
| | 730542790001 | Public Information Report (PIR) | December 31, 2016 | April 24, 2017 | No | 2 |
| | 782028030001 | Public Information Report (PIR) | December 31, 2017 | December 17, 2017 | No | 3 |
| | 837736960001 | Public Information Report (PIR) | December 31, 2018 | September 19, 2018 | No | 3 |
| | 953665330001 | Public Information Report (PIR) | December 31, 2019 | March 7, 2020 | No | 3 |
| | 943785820002 | Change of Registered Agent/Office | February 5, 2020 | February 5, 2020 | No | 2 |
| | 1092548487284 | Tax Forfeiture | November 5, 2021 | November 5, 2021 | No | 1 |
| | 1264931270001 | Public Information Report (PIR) | December 31, 2022 | July 10, 2023 | No | 1 |
| | 1226028380003 | Reinstatement | March 1, 2023 | March 1, 2023 | No | N/A |
| | 1300946380001 | Public Information Report (PIR) | December 31, 2023 | November 1, 2023 | No | 2 |
| | 1301336880001 | Public Information Report (PIR) | December 31, 2023 | November 2, 2023 | No | 2 |
| | 1455608753210 | Tax Forfeiture | February 21, 2025 | February 21, 2025 | No | 1 |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.