EXHIBIT
V

FILED
In the Office of the
Secretary of State of Texas

JUN 21 2006

Corporations Section

# CERTIFICATE OF FORMATION
OF
# TDR SERVICES, INC.

ARTICLE I.
ENTITY NAME AND TYPE

The filing entity being formed is a for-profit corporation. The name of the entity is TDR SERVICES, INC.

ARTICLE II.
REGISTERED AGENT AND REGISTERED OFFICE

The initial registered agent is an individual resident of the state whose name is set forth below:

Robert E. Roland, Jr.
9753 E. Hwy. 180
Snyder, Texas 79549

The business address of the registered agent and the registered office address is:

9753 E. Hwy. 180
Snyder, Texas 79549

ARTICLE III.
DIRECTORS

The number of Directors constituting the initial Board of Directors and the names and addresses of the person or persons who are to serve as Directors until the first annual meeting of Shareholders or until their successors are elected and qualified are as follows:

| | | |
|---|---|---|
| ROBERT E. ROLAND, JR. | TINA D. ROLAND | TREY ROLAND |
| P.O. Box 390 | P.O. Box 390 | P.O. Box 390 |
| Snyder, TX 79550-0390 | Snyder, TX 79550-0390 | Snyder, TX 79550-0390 |

ARTICLE IV.
AUTHORIZED SHARES

The total number of shares the Corporation is authorized to issue is 100,000. The par value of each of the authorized shares is $1.00.

ARTICLE V.
PURPOSE

The purpose for which the Corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

ARTICLE VI.
INCORPORATOR

The name and address of the incorporator is:

ROBERT E. ROLAND, JR.
9753 E. Hwy. 180
Snyder, Texas 79549

ARTICLE VII.
DIRECTOR NOT LIABLE

A director is not liable to the Corporation for monetary damages for an act or omission in the director's capacity as director except to the extent otherwise provided by a statute of the State of Texas.

ARTICLE VIII.
INDEMNIFICATION

The corporation may indemnify a person who was, is, or is threatened to be made a named defendant or respondent in litigation or other proceedings because the person is or was a director or other person related to the Corporation as provided by the provisions of the Act governing indemnification. As provided in the by-laws, the Board of Directors shall have the power to define the requirements and limitations for the Corporation to indemnify directors, officers, or others related to the corporation.

ARTICLE IX.
EFFECTIVENESS OF FILING

This document becomes effective when the document is filed by the Secretary of State.

ARTICLE X.
EXECUTION

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of June, 2006.

Robert E. Roland Jr.
**ROBERT E. ROLAND, JR.**

**THE STATE OF TEXAS** §

**COUNTY OF SCURRY** §

I, the undersigned, a Notary Public, do hereby certify that on this the 20th day of June, 2006, personally appeared before me, **ROBERT E. ROLAND, JR.,** who being by me first duly sworn, declared that he is the person who signed the foregoing document as an incorporator, and that the statements contained herein are true and correct.

My commission expires:
9-15-07

SHANNA N. PORTER
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
09/15/2007

Shanna N. Porter
Notary Public in and for the State of Texas

SHANNA/CORP/A083