EXHIBIT
tabbies
W

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800671321 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 21, 2006 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12050521645 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TDR SERVICES, INC.
**Address:** 4718 ESPLANADE CT
GRANBURY, TX 76049-4010 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 133845840002 | Certificate of Formation | June 21, 2006 | June 21, 2006 | No | 3 |
| | 217309920055 | Tax Forfeiture | May 30, 2008 | May 30, 2008 | No | 1 |
| | 232026240002 | Reinstatement | October 6, 2008 | October 6, 2008 | No | 2 |
| | 326702830001 | Public Information Report (PIR) | December 31, 2009 | September 13, 2010 | No | 1 |
| | 337867060001 | Public Information Report (PIR) | December 31, 2010 | October 30, 2010 | No | 1 |
| | 385905110001 | Public Information Report (PIR) | December 31, 2011 | August 25, 2011 | No | 1 |
| | 462436830001 | Public Information Report (PIR) | December 31, 2012 | January 23, 2013 | No | 1 |
| | 525071180001 | Public Information Report (PIR) | December 31, 2013 | January 16, 2014 | No | 1 |
| | 573101070001 | Public Information Report (PIR) | December 31, 2014 | October 16, 2014 | No | 1 |
| | 652969750001 | Public Information Report (PIR) | December 31, 2015 | January 30, 2016 | No | 1 |
| | 730768760001 | Public Information Report (PIR) | December 31, 2016 | April 24, 2017 | No | 1 |
| | 775175900001 | Public Information Report (PIR) | December 31, 2017 | November 20, 2017 | No | 2 |
| | 971012870068 | Tax Forfeiture | May 15, 2020 | May 15, 2020 | No | 1 |

Order | Return to Search

---

Instructions:

- To place an order for additional information about a filing press the 'Order' button.