EXHIBIT
Z

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 24, 2024**

Mark X. Mullin
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT EUGENE ROLAND, III, | § | CASE NO. 24-40756-mxm7 |
| | § | (Chapter 7) |
| DEBTOR | § | |
| | § | |
| THREE GLOBAL, LLC, JESSE DICKENS, REED SHAHAN, and CHUCK DORRITY | § | |
| | § | |
| | § | |
| Plaintiffs | § | Adversary No. 24-04063-mxm |
| v. | § | |
| | § | |
| ROBERT EUGENE ROLAND, III, | § | |
| | § | |
| Defendant | § | |

**FINAL JUDGMENT AGAINST ROBERT EUGENE ROLAND III**

In accordance with the Findings of Fact and Conclusions of Law entered by the Court, the Court finds that Robert Eugene Roland III (the "Defendant") is liable for all relief requested by the Three Global, LLC, Chuck Dorrity, Reed Shahan, and Jesse Dickens (collectively "Plaintiffs"). Judgment is hereby entered against the Defendant.

It is therefore Ordered, Adjudged and Decreed that Jesse Dickens is hereby awarded judgment against Robert Eugene Roland III in the amount of $1,714,333.46.

It is further Ordered, Adjudged and Decreed that Reed Shahan is hereby awarded judgment against Robert Eugene Roland III in the amount of $1,714,333.46.

It is further Ordered, Adjudged and Decreed that Chuck Dorrity is hereby awarded judgment against Robert Eugene Roland III in the amount of $596,289.90.

It is further Ordered, Adjudged and Decreed that Jesse Dickens, Reed Shahan, and Chuck Dorrity are hereby awarded all court costs against Robert Eugene Roland III.

It is further Ordered, Adjudged and Decreed that the foregoing awards shall accrue prejudgment interest from February 1, 2017 at the highest rate allowed by law until the date of this judgment, and post judgment interest at the highest rate allowed by law from the date of judgment until the judgment is paid.

It is further Ordered, Adjudged and Decreed that the foregoing awards are hereby allowed as claims in the above-captioned bankruptcy case.

It is further Ordered, Adjudged and Decreed that the foregoing awards are hereby excepted from the Defendant's discharge in the above-captioned bankruptcy case pursuant to 11 U.S.C. § 523(a)(2), (a)(4), and (a)(6).

It is further Ordered, Adjudged and Decreed that the Defendant's discharge under 11 U.S.C. § 727 in the above-captioned bankruptcy case is hereby denied pursuant to 11 U.S.C. § 727(a)(3), (a)(4), and (a)(5).

All writs and processes for the enforcement and the collection of this judgment and costs may henceforth issue as necessary. All other relief not expressly granted herein is denied.

**# # # END OF ORDER # # #**

ORDER SUBMITTED BY:

Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com